UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHANNON LEWANDOWSKI,
        Plaintiff,

v.                              Case No. 16-CV-1089

CITY OF MILWAUKEE,
        Defendant.

## ORDER

On November 2, 2017 the court ordered counsel for the plaintiff, Janet L. Heins, to pay a sanction of $250 as a result of her repeated failures to appear as required for conferences with this court. (ECF No. 32.) The court ordered Attorney Heins to pay this sum no later than November 14, 2017. She has failed to do so. Therefore, the court now orders Attorney Heins to appear in **Courtroom 242** of the United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, on **November 22, 2017** at **8:30 AM** to show cause why she should not be held in contempt and why further sanctions, including additional monetary sanctions and the dismissal of this action, should not be imposed.

    **SO ORDERED.**

Dated at Milwaukee, Wisconsin this 15th day of November, 2017.

                                    _William E. Duffin_
                                    WILLIAM E. DUFFIN
                                    U.S. Magistrate Judge