UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHANNON LEWANDOWSKI,

    Plaintiff,

v.      Case No. 16-CV-1089

CITY OF MILWAUKEE,

    Defendant.

## ORDER

Based upon the stipulation of the parties (ECF No. 34) and the court finding good cause, defendant City of Milwaukee may have an extension of time until January 3, 2018 to file a motion to dismiss. If such a motion is filed, the plaintiff must respond by February 14, 2018 and the defendant must reply by February 28, 2018.

**SO ORDERED.**

Dated at Milwaukee, Wisconsin this 12th day of December, 2017.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge