UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHANNON LEWANDOWSKI,

      Plaintiff,

   v.                                        Case No. 16C1089

CITY OF MILWAUKEE,

      Defendant.

## DEFENDANT'S MOTION TO DISMISS ON THE BASIS OF CLAIM AND ISSUE PRECLUSION

PLEASE TAKE NOTICE that Defendant City of Milwaukee, represented by City Attorney Grant F. Langley, by Assistant City Attorney Robin Pederson, brings this motion to the Court for an order to dismiss this matter with prejudice upon the principles of judicial economy, issue preclusion, and claim preclusion, permitted by order of the Court (ECF No. 31; 35). This motion is filed with a supporting memorandum, declaration, and supporting exhibits.

Dated and signed at Milwaukee, Wisconsin 3 day of January, 2018.

GRANT F. LANGLEY
City Attorney

s/ ROBIN A. PEDERSON
Assistant City Attorney
State Bar No. 01045759
Attorneys for Defendant
Milwaukee City Attorney's Office
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Telephone: (414) 286-2601
Fax: (414) 286-8550
Email: rpederson@milwaukee.gov

1032-2016-1768:245902