BE A FORCE 

Milwaukee Police Department
Police Administration Building
749 West State Street
Milwaukee, Wisconsin 53233
http://www.milwaukee.gov/police

Edward A. Flynn
Chief of Police

November 20, 2015

(414) 933-4444

Shannon Lewandowski
Detective
P.S. #012860

Detective Lewandowski:

There is reason to believe that you have violated the department Code of Conduct, including but not limited to the following Core Value, which is detailed in the enclosed copy of Charges and Specifications:

Core Value 3.00 – Integrity, referencing Guiding Principle 3.10

Included with this letter is a summary of the investigation. If you wish to do so, you are hereby afforded the opportunity to respond in writing to the information contained in the summary of the investigation. Your department Memo (PM-9E) may include the following:

a.) A written statement of your side of the story including the names, addresses and phone numbers of additional witnesses you wish the department investigators to interview, specifying the nature of the information possessed by the additional witnesses.

b.) Any mitigating factors or circumstances you may wish the Chief to consider in determining a possible penalty.

You have the right to consult with your union representative in the preparation of your written response. The Chief of Police will carefully consider the contents of your department Memo (PM-9E) before making any decision on your guilt or innocence. Similarly, he will weigh any mitigating circumstances against the nature and seriousness of the charges before deciding upon any possible penalty. If you choose not to take this opportunity, the Chief will be compelled to base his disciplinary decisions solely upon the information possessed by the department.

Your department Memo (PM-9E) must be received in the Office of the Internal Affairs Division no later than 4:00 P.M. on or before the seventh (7th) day following the date you received this notice. If the seventh (7th) day falls on a Saturday, a Sunday, or a



IN SOME JOBS, SUCCESS IS MEASURED BY WHAT DOESN'T HAPPEN.

To:   Detective Shannon Lewandowski
Page 2

holiday, your department Memo (PM-9E) may be received on the next regular business day.

If you have any questions regarding this matter, please contact the Internal Affairs Division at 935-7942.

Sincerely,

EDWARD A. FLYNN
CHIEF OF POLICE

*D.I. Michael J. Brunson*

Michael J. BRUNSON
Deputy Inspector of Police
Internal Affairs Division

EAF:MJB:rls

Enclosures (2)