

**BE A FORCE**

Milwaukee Police Department
Police Administration Building
749 West State Street
Milwaukee, Wisconsin 53233
http://www.milwaukee.gov/police

Edward A. Flynn
Chief of Police

(414) 933-4444

# PERSONNEL ORDER 2015 – 150

December 16, 2015

RE: DISCIPLINARY ACTION

DETECTIVE SHANNON LEWANDOWSKI, (012860), Intelligence Fusion Center, charged with violation of department Code of Conduct as follows:

Core Value 1.00 - Competence, referencing Guiding Principle 1.03: Failure to use time to accomplish the mission of the department.

Core Value 1.00 – Competence, referencing Guiding Principle 1.05, referencing Standard Operating Procedures relating to Department Owned Vehicles and Property, Section 640.15(A)(2): Failure to operate a department vehicle in a safe manner.

Core Value 3.00 - Integrity, referencing Guiding Principle 3.10: Failure to be forthright and candid in connection with any administrative inquiry or report.

The charges having been substantiated, she is found guilty as charged and the penalty adjudged appropriate by the Chief of Police is as follows:

| | |
|---|---|
| Failure to use time to accomplish the mission of the department. | Five (5) day suspension without pay. |

IN SOME JOBS, SUCCESS IS MEASURED BY WHAT DOESN'T HAPPEN.

Ex. 3

MPD - 0001

| | |
|---|---|
| Failure to operate a department vehicle in a safe manner. | Thirty (30) day suspension without pay. |
| Failure to be forthright and candid in connection with any administrative inquiry or report. | Discharged from the department. |

It is hereby ordered that DETECTIVE SHANNON LEWANDOWSKI be discharged from the department and removed from the payroll effective immediately pursuant to Wisconsin Statute § 62.50(18).

EDWARD A. FLYNN
CHIEF OF POLICE

EAF:rls
(15-0032)