# Shannon Lewandowski v. Board of Fire & Police Commissioners of the City of Milwaukee

## Appeal Number 2017AP001304

**Court of Appeals District 1**

### CASE HISTORY

| Status | Court | Filing Date | Anticipated Due Date | Activity |
|---|---|---|---|---|
| PEND | CA | | 08-02-2017 | Response |
| | | Comment: signed notice of voluntary dismissal received | | |
| PEND | CA | | 07-14-2017 | Statement on Transcript |
| OCCD | CA | 09-14-2017 | | Remittitur |
| | | Comment: T/J | | |
| OCCD | CA | 08-07-2017 | | Opinion/Decision |
| | | Opinion: Court Order<br>Decision: Delinquency Dismissal Pages: 1<br>Order Text: IT IS ORDERED that Appeal No. 2017AP1304 is dismissed as a sanction for filing to pay the filing fee. | | |
| OCCD | CA | 07-26-2017 | | Delinquent |
| | | Comment: New due date of connected SRT: 8-2-2017 | | |
| OCCD | CA | 07-24-2017 | | Motion to Dismiss |
| | | Filed By: Shannon Lewandowski<br>Submit Date: 7-24-2017<br>Decision: (N) No Action<br>Decision Date: 7-26-2017<br>ORD that this court shall take no action on the unsigned notice of voluntary dismissal.<br>Comment: Unsigned | | |
| OCCD | CA | 07-05-2017 | | Notif. Sent-Filing of NAP & Ct. Record |
| OCCD | CA | 07-05-2017 | | RAP and Guide Sent |
| OCCD | CA | 07-05-2017 | | Indigency Forms Sent |
| | | Filed By: Unassigned District 1 | | |

Submit Date: 8-3-2017
Decision: (M) Dismiss
Decision Date: 8-7-2017
IT IS ORDERED that Appeal No. 2017AP1304 is dismissed as a sanction for filing to pay the filing fee.
Comment: Dismiss?

| OCCD | CA | 07-05-2017 | Notice of Appeal & Court Record |
| OCCD | CA | 06-30-2017 | Notice of Appeal filed in Cir. Ct. |
| OCCD | CA | 06-06-2017 | Order of Circuit Court |