UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

SHANNON LEWANDOWSKI

    Plaintiff,

  v.                                            Case No: 16-CV-1089

CITY OF MILWAUKEE

    Defendant.

---

**PLAINTIFF'S EMERGENCY MOTION TO FILE REPLY BRIEF
ON HER MOTION TO FILE AMENDED COMPLAINT**

---

    Plaintiff moved this Court pursuant to CIVIL LOCAL RULE 7(h) and FED. R. CIV. P. 15 to file an Amended Complaint based on the discovery of new information, and Defendant filed its brief in opposition two days ago.  Defendant's brief raises issues that would benefit from additional clarification by Plaintiff's counsel, and thus Plaintiff seeks to file a short reply brief on her original motion.  The proposed brief is attached.

    Dated this 28th day of February, 2018.

                                                    HEINS EMPLOYMENT LAW PRACTICE LLC
                                                   Counsel for the Plaintiff

                                                   *s/ Janet L. Heins*
                                                   Janet L. Heins, State Bar No. 1000677

HEINS EMPLOYMENT LAW PRACTICE LLC
1001 West Glen Oaks Lane, Suite 103
Mequon, WI  53092
(262) 241-8444 voice
(262) 241-8455 facsimile
e-mail: jheins@heinslawoffice.com