UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SHANNON LEWANDOWSKI,

    **Plaintiff,**

v.                                    Case No. 16-CV-1089

CITY OF MILWAUKEE,

    **Defendant.**

---

## SECOND AMENDED SCHEDULING ORDER

On March 8, 2018, the court conducted a telephonic scheduling conference pursuant to Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff was Attorney Janet L. Heins and on behalf of the defendant was Attorney Robin A. Pederson.

**IT IS HEREBY ORDERED,**

1. The parties shall make their initial disclosures to the opposing party in accordance Fed. R. Civ. P. 26(a) no later than **April 9, 2018**.

2. The plaintiff shall disclose expert witnesses in accordance with Civil L.R. 26(b) no later than **May 8, 2018**.

3. The defendant shall disclose expert witnesses in accordance with Civil L.R. 26(b) no later than **July 9, 2018**.

4. All discovery is to be completed by **September 10, 2018**. Pursuant to Civil Local Rule 26(c), depositions to preserve testimony for trial, so-called "trial depositions," are to be completed by this date. Boilerplate objections to discovery requests are not to be used. In the event a responding party has an objection to a particular discovery request, the objection is to be stated with specificity. The response should also indicate whether some or all of the requested information or documents are NOT being produced on the basis of an objection.

5. All motions for summary judgment together with the moving party's principal materials in support of the motion are to be filed in accordance with Civil L.R. 56 no later than **November 23, 2018**.

6. All motions under *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), or otherwise challenging an opposing party's expert witness shall be filed no later than **November 23, 2018**.

7. The court will schedule a telephonic scheduling conference to discuss further scheduling if no summary judgment motions are filed or if resolution of the summary judgment motions does not dispose of the case in its entirety.

Dated at Milwaukee, Wisconsin this 9th day of March, 2018.

WILLIAM E. DUFFIN
U.S. Magistrate Judge