UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

SHANNON LEWANDOWSKI

    Plaintiff,

  v.                                    Case No: 16-CV-1089

CITY OF MILWAUKEE

    Defendant.

---

**ORDER**

---

Based upon the submissions of the parties, and for good cause shown,

IT IS ORDERED that the discovery deadline in this matter be extended to December 21, 2018; and

IT IS FURTHER ORDERED that the dispositive motion deadline in this matter be extended to February 18, 2019.

Dated this _____ day of _____, 2018.

BY THE COURT:

_____
Hon. William E. Duffin
United States Magistrate Judge