UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MAURITA HOLMES,

    Plaintiff,

v.                                             Case No. 16C1727

CITY OF MILWAUKEE,

    Defendant.

## STIPULATION OF EXTENSION OF DUE DATE OF DISPOSITIVE MOTIONS

Due to an unforeseen congestion of professional obligations on the part of defendant's counsel, the parties hereby stipulate that the scheduling order may be modified, should it please the Court, by extending the deadline for dispositive motions from April 8, 2019, to April 22, 2019.

Dated and signed at Milwaukee, Wisconsin 8 day of April, 2019.

| | |
|---|---|
| s/ JANET HEINS | GRANT F. LANGLEY |
| Attorneys for Plaintiff | City Attorney |
| Janet L. Heins, Esq. SBN 1000677 | |
| Alan Freed, Jr. SBN 1056507 | s/ ROBIN A. PEDERSON |
| Heins Employment Law Practice LLC | Assistant City Attorney |
| 1001 West Glen Oaks Lane, Suite 103 | State Bar No. 01045759 |
| Mequon, WI 53092 | Attorneys for Defendant |
| Tel: (262) 241-8444 | Milwaukee City Attorney's Office |
| Fax:(262) 241-8455 | 800 City Hall |
| email: jheins@heinslawoffice.com | 200 East Wells Street |
| | Milwaukee, WI 53202 |
| | Telephone: (414) 286-2601 |
| | Fax: (414) 286-8550 |
| | Email: rpederson@milwaukee.gov |