UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHANNON LEWANDOWSKI,

       Plaintiff,

    v.                                     Case No. 16CV1089

CITY OF MILWAUKEE,

       Defendant.

## STIPULATION OF EXTENSION OF DUE DATE OF DISPOSITIVE MOTIONS

Due to an unforeseen congestion of professional obligations on the part of defendant's counsel, the parties hereby stipulate that the scheduling order may be modified, should it please the Court, by extending the deadline for dispositive motions from April 8, 2019, to April 22, 2019.

Dated and signed at Milwaukee, Wisconsin 8 day of April, 2019.

s/ JANET HEINS
Attorneys for Plaintiff
Janet L. Heins, Esq. SBN 1000677
Alan Freed, Jr. SBN 1056507
Heins Employment Law Practice LLC
1001 West Glen Oaks Lane, Suite 103
Mequon, WI 53092
Tel: (262) 241-8444
Fax:(262) 241-8455
email: jheins@heinslawoffice.com

GRANT F. LANGLEY
City Attorney

s/ ROBIN A. PEDERSON
Assistant City Attorney
State Bar No. 01045759
Attorneys for Defendant
Milwaukee City Attorney's Office
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Telephone: (414) 286-2601
Fax: (414) 286-8550
Email: rpederson@milwaukee.gov