UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHANNON LEWANDOWSKI,

    Plaintiff,

v.                                                                     Case No. 16C1089

CITY OF MILWAUKEE,

    Defendant.

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that Defendant City of Milwaukee, represented by City Attorney Grant F. Langley, by Assistant City Attorney Robin Pederson, hereby moves the Court for an order granting the City summary judgment, dismissing the claims of Plaintiff Shannon Lewandowski. This motion is made pursuant to Fed. R. Civ. P. 56 and Civil L. R. 7, and is brought upon the grounds that there is no genuine issue of material fact that would support Lewandowski's claims and they should therefore be dismissed as a matter of law.

This motion is made upon the pleadings and proceedings on file herein, the accompanying memorandum of law, proposed statement of material facts, declarations, and exhibits in support of the motion for summary judgment.

Dated and signed at Milwaukee, Wisconsin 22 day of April, 2018.

                                                          GRANT F. LANGLEY
                                                          City Attorney

                                                          s/ ROBIN A. PEDERSON
                                                          Assistant City Attorney
                                                          State Bar No. 01045759
                                                          Attorneys for Defendant
                                                          Milwaukee City Attorney's Office

800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Telephone: (414) 286-2601
Fax: (414) 286-8550
Email: rpederson@milwaukee.gov

1032-2016-1768:245902