```
Form PM-9E
11/09
```

# MILWAUKEE POLICE DEPARTMENT
## MEMORANDUM



**Date:** March 7, 2015

**TO:** Heather WURTH
Police Lieutenant

**FR:** Adam ZIEGER
Police Sergeant

**RE:** Detective Shannon LEWANDOWSKI, Peoplesoft # 012860
File # IAS-2015-0032

---

Ma'am,

On January 29, 2015 Captain of Police Timothy HEIER instructed members of the Internal Affairs Division to initiate an investigation into an allegation of misconduct on the part of Police Detective Shannon LEWANDOWSKI.

On January 19, 2015, at approximately 2:17 a.m., Detective LEWANDOWSKI operated a Department vehicle, with emergency lights activated, and collided with another vehicle near 3500 West North Avenue. Detective LEWANDOWSKI was not responding to official Department business at the time of the accident.

If this allegation is sustained it could constitute a violation of the Department's Code of Conduct as follows:

**Core Value 1.00: Competence,** which states, *"We are prudent stewards of the public's grant of authority and resources. We are accountable for the quality of our performance and the standards of our conduct. We are exemplary leaders and exemplary followers."*

**Referencing Guiding Principle 1.03,** which states, *"All department members shall render service to the community promptly and efficiently. When not answering a call for service, members shall use their time to accomplish the mission of the department."*

**Referencing Guiding Principle 1.05,** which states, *"All department members shall be familiar with department policy, procedures and training, and shall conduct themselves accordingly."*

**Referencing Standard Operating Procedure 640.15(A)(2) Vehicle Operations – General:**

    A.  *Operating Requirements*

IAS-2015-0032
Initiation Report
Page 1 of 2



Case 2:16-cv-01089-WED   Filed 04/22/19   Page 1 of 2   Document 80-1

Ex. 1

MPD - 0089

2. Operators of Department vehicles shall, in all instances, operate the vehicle in a safe and courteous manner, comply with all traffic laws and ordinances.

Respectfully submitted,

Adam ZIEGER
Police Sergeant
Internal Affairs Division