December 16, 2015

HAND DELIVERED


RECEIVED DEC 16 2015
FIRE AND POLICE COMMISSION

Ms. MaryNell Regan
Executive Director
Board of Fire and Police Commissioners
200 East Wells Street, Room 706
Milwaukee, WI 53202

Dear Ms. Regan:

Please take notice that I hereby appeal from Personnel Order, 2015-150 of the Chief of Police of the Milwaukee Police Department, suspending me from service for 30 days and discharging me from the department. Said Order was made on the 16th day of December, 2015.

I have retained the Law Firm of Cermele & Matthews, S.C., 6310 West Bluemound Road, Suite 200, Milwaukee, Wisconsin, 53213 to represent me, and would request that all further proceedings and communications in this matter be handled through my attorney.

Yours very truly,

Shannon J Lewandowski

PeopleSoft Number 012860

Ex. 4