UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

SHANNON LEWANDOWSKI

    Plaintiff,

    v.                          Case No: 16-CV-1089

CITY OF MILWAUKEE

    Defendant.

---

**STIPULATION TO EXTENSION OF TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

Due to Plaintiff's counsel's extended illness, the parties hereby stipulate that the deadline for filing a response to Defendant's Motion for Summary Judgement shall be extended from May 22, 2019 to June 21, 2019.

Dated this 20th day of May, 2019.


HEINS EMPLOYMENT LAW PRACTICE LLC    GRANT F. LANGLEY, CITY ATTORNEY
Counsel for the Plaintiff    Counsel for the Defendant

_s/ Janet L. Heins_                         _s/ Robin A. Pederson_
Janet L. Heins, SBN 1000677           Robin A. Pederson, SBN 1045759
200 South Executive Drive, Suite 101    Milwaukee City Attorney's Office
Brookfield, WI 53005                      800 City Hall
(262) 241-8444 voice                      200 East Wells Street
e-mail: jheins@heinslawoffice.com      Milwaukee, WI 53202
                                                      Tel: (414) 286-2601
                                                      Fax: (414) 286-8550
                                                      email: rpederson@milwaukee.gov