UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SHANNON LEWANDOWSKI

    Plaintiff,

v.                                     Case No: 16-CV-1089

CITY OF MILWAUKEE

    Defendant.

## ORDER EXTENDING TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Based upon the stipulation of the parties and for good cause shown,

IT IS ORDERED that the time for filing Plaintiff's response to Defendant's Motion for Summary Judgment shall be extended from May 22, 2019 to June 21, 2019.

Dated this _____ day of _____, 2019.

BY THE COURT:

_____
Hon. William E. Duffin
United States Magistrate Judge