UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SHANNON LEWANDOWSKI

       Plaintiff,

   v.                            Case No: 16-CV-1089

CITY OF MILWAUKEE

       Defendant.

## PLAINTIFF'S CIVIL LOCAL RULE 7(h) MOTION TO EXTEND TIME FOR RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

      Plaintiff hereby moves, in expedited fashion pursuant to CIVIL LOCAL RULE 7(h), to extend the time for her response to Defendant's Motion for Summary Judgment for good cause shown. As documented in the Heins Declaration, attached, Plaintiff's counsel has been ill for an extended period of time and unable to even get started on the response. Defendant stipulates to the request for an additional 30 days to respond, or until June 21, 2019, as noted in ECF 81.

      Dated this 21st day of May, 2019.

                         HEINS EMPLOYMENT LAW PRACTICE LLC
                         Counsel for the Plaintiff

                              *s/ Janet L. Heins*    .
                         Janet L. Heins, State Bar No. 1000677

HEINS EMPLOYMENT LAW PRACTICE LLC
200 South Executive Drive, Suite 101
Brookfield, WI 53005
(262) 241-8444 voice
e-mail: jheins@heinslawoffice.com