

### I am not happy
Lewandowski, Shannon

Sent: Sunday, December 7, 2014 8:50 PM
To: Sgrignuoli, Johnny; Lough, Paul; Flynn, Edward; Hanley, Sean; Smith, Jason; Armbruster, Kevin

Today on December 6, I received a call from an informant regarding the homicide that is televised on the news; ANTHONY BRADLEY B/M 01-17-72, who is wanted for a homicide of his wife.

I have not watched the news becasue I have been very busy and was not aware of this incident.

I then looked up his name, had console run the ONLY Anthony BRADLEY in our system only to find that a Anthony BRADLEY had eluded officers, and nothing about a homicdie.

I brought this information to the D3 AGU officers and they did know about the case and stated that he is wanted.

However I ran his name on Console, thorugh Tiburon and of course, I nor any other officer can see Metro's reports. Not even the face. Not even the incident.

I then have console run the same name without birtthdate and found that ther is no WANT, no temp felony, no suspect card not even an investigative want for this guy.

This guy is ARMED and Dangerous and is apparently all over the news.

The public has the information that I cannot even find on the computer becasue all of Metros info is so secret.

He also has a recent case of fighting and eluding officers on the traffic stop and there is no WANT in the system for even that.

I look incompetent as a Detective/officer when I

- - - - - - 2146



Client Records 000447

cannot even confirm that the person is wanted and that there is a case for him for a homicide.

Additonally this suspect is supposed to be at a location in the morning at 7am and I have nothing to go on.

I am not happy becasue I feel as though not only am I in danger, the public, but any other officer that is seeking him or might come across him accidently.

The only WANT in the system for him is a VOP.

Why is he all over the news and no WANT is in the system?
Why can I not see the reports, not even the FACE?
Why does the news have more information than I do?

This person is to be between 6am- and whenever on 12-08-14, at Jimmie Johns to pick up his check which is on Hwy 100 in Tosa. I cannot even give the Tosa cops heads up or our warrant squad becasue there is NOTHING in the system. I had him run in three different consoles to make sure that they were not making an error. Nothing. This case apparently occurred on 80th and Bender.

Soimeone tell me what to do. I am not happy.

Connected to Microsoft Exchange

------2147