Form PM-9E
11/09

# MILWAUKEE POLICE DEPARTMENT
## MEMORANDUM

Date: Sunday, December 07, 2014

TO: Johnny SGRIGNUOLI, Captain of Police

FR: Sean HANLEY, Police Lieutenant

CC:

RE: Shannon Lewandowski (PS#012860)



This report is typed by Lt. Sean HANLEY, assigned to CID, late power shift.
On Sunday, December 07, 2014 at 8:50PM, I received an e-mail from Det. Shannon Lewandowski titled "I am not happy."
The contents of this e-mail are, in summary, a complaint with the policy of secrecy around Metro's investigations. The e-mail is also plagued with misspellings.
This e-mail was sent by Det. Lewandowski to others besides myself, namely; Lt. Paul Lough, Lt. Kevin Armbruster, Lt. Johnny Sgrignuoli, Captain Jason Smith and Chief Edward Flynn.
Including the Chief of Police in this e-mail represents an extreme breach of the chain of command.
Acting Captain, Lt. Sgrignuoli directed me to counsel Det. Lewandowski regarding this matter.
On Sunday, 12-07-2014, at approximately 10:35PM, I called Det. Lewandowski into the Lieutenant's office in District 3, and with Lt. Michael Schmitz as a witness, I counseled Det. Lewandowski regarding this e-mail. I informed her at the beginning of our meeting that this was a formal counseling session.
Upon calling her into the office she stated "I know I should have used spell check and I know I violated the Chain of Command." I discussed with her how inappropriate the e-mail was. She said she was sorry for any headaches she caused us but she knows what she is doing and accepts full responsibility for her actions. She said she knows if she brought her concerns to Lt. Lough or me we would have handled them appropriately but she was frustrated and decided send the e-mail instead.
I informed her that any further e-mails to the Chief would result in Internal Investigations and she is to adhere to the chain of command in the future.
She asked how she could apologize for her actions and I told her I would convey her apology in the Memorandum I would be filing regarding this counseling session.

CAPTAIN OF POLICE
CENTRAL COMMAND
Received 12/7/2014
Referred A/C Kurt LEIBOLD
By G/L SEAN SGRIGNUOLI A/C

CC: IAD

Respectfully submitted,

Sean HANLEY
Police Lieutenant
CID, Late Power Shift



-2137

EXHIBIT 6

Client Records 000438