PE-27E 7/14

# MILWAUKEE POLICE DEPARTMENT

## EVALUATION REPORT

PERIOD ENDING 12/31/2014

NAME Lewandowski, Shannon     Detective     012860
                                                                RANK             P.S. #

DISTRICT/DIVISION CID                        SHIFT 8p-4a      ASSIGNMENT 0092

Instructions: Rater to set forth in concise narrative manner specifically observed performance or behavior during rating period. Area 3 should present a specific recommendation or course of action through which employee can improve performance as specified in Area 2 of report.

1. **Identify area (s) where employee does well or excels:** Detective Lewandowski is assigned to the late power shift in the Central Investigations Division, and she reports directly to District #3. Detective Lewandowski is very passionate bout her work and genuinely cares about the victims. She takes ownership of all of her cases, and completes the required follow up in order to obtain criminal charges AND a conviction. Detective Lewandowski is skilled at using social media to identify suspects and gather evidence against them. During this rating period, she chaired a trial in which the defendant was a high value target. At the conclusion of the trial, the defendant was found guilty of Attempt-1st Degree Intentional Homicide, and he was sentenced to 37years in prison.

2. **Identify area (s) where improvement is recommended:** Detective Lewandowski should seek training on RMS (ORIG) reporting in order to minimize errors. Furthermore, she needs to focus on one task until it's completed, rather than jumping from one thing to the next. During this rating period, she was counseled by Lt. Sean Hanley about the proper way to follow the chain of command. This stemmed from an email that she sent to the Chief and other members of the command staff.

3. **Recommended course of action through which employee can improve performance:** Keep up with training and technology which can assist investigations.



EXHIBIT 7

- - - - - - 1 3 9 8

**How long has employee worked for rater:** Since March 1st of 2013.

**Other comments (continued from reverse, if necessary).** Detective Lewandowski is punctual and neat in appearance.

**Progress Evaluation:** Progress is good

Detective Lewandowski is undoubtedly one of the most dedicated detectives on the department - Her ability to follow through with her investigations from start to finish is impressive. I am concerned with her ability to remain professional and focused on her duties and strongly urge her to dedicate attention to her assigned tasks. LJS

Rater's Signature: _____ LUCY PAUL R LT. 02/22/2015

Shift Commander Signature: _____ Lucy PAUL LT. 02/22/2015

I have read this report and it has been reviewed with a Supervisory Officer.

Employee Signature: X Refused Signature

District/Division Commander's Signature: _____ Captain 1-25-2015