PD-30E
Rev. 05/14

**MILWAUKEE POLICE DEPARTMENT**
**CORRECTIONS/DISCIPLINARY FORM**


*First Discipline after writing chief*

NAME: LEWANDOWSKI                SHANNON                    _____
     (LAST)                                    (FIRST)                        (MIDDLE)

RANK: DETECTIVE

WORK LOCATION: 92                                    P.S. # 012860

EVENT DATE: 01/01/2015                               TIME: 5:00AM

EVENT LOCATION: District 3

DESCRIBE EVENT: Det. Lewandowski disregarded a direct order from Lt. Lough to complete the original report on an Obstructing incident before securing from her tour of duty.

**CORRECTIVE ACTION TAKEN (check at least one box)**
☐ Verbal warning and instructions
☒ Counseling/Coaching
☐ Required employee to read Code of Conduct or SOP pertaining to the above
☒ Advised employee that he/she could file a Department Memorandum (PM-9E) explaining the above
☐ Other

**EMPLOYEE'S SIGNATURE ONLY ACKNOWLEDGES RECEIPT OF A COPY OF THIS FORM.**
**THIS IS A RECORD OF THE ABOVE INCIDENT.**

EVENT OBSERVED BY: Lt. Sean Hanley              P.S.# 007929

EMPLOYEE'S SIGNATURE: [signature]               P.S.# 012860

COMMANDER'S SIGNATURE: _____        P.S. # ____

DATE OF ISSUANCE: 01/01/2015

ORIGINAL: INTERNAL AFFAIRS        COPY: EMPLOYEE        COPY: DISTRICT LEVEL FILE

EXHIBIT 8

------1774