# EMPLOYEE'S REPORT

Claim Number: _150092_ms_ Date of Injury: _01/19/2015_ Date: _January 28, 2015_

In order for us to complete our investigation and give prompt consideration to your claim, it is necessary for you to fill out this form and return it in the enclosed self-addressed, stamped envelope. **If you have not received an answer from our office regarding the compensability of your claim, the delay is due to the fact that requested medical or other pertinent information has not been received and our investigation is continuing.**
Thank You.                                          Worker's Compensation Claim Section

Name _Shannon Lewandowski_ SS# _395869784_

Address _1632 N. 53rd Milw WI_

How long with the City of Milwaukee: Months _____ Years _16_ Occupation _Detective_

Home Phone _414 405-4401_ Cell Phone _____ Work Phone _____

Date & Time of Injury _2:15Am Jan 19, 15_ Type of Injury _Concussion, extremity injury_

Address Where Injury Occurred _3500 W. North Ave Milw_ extremity injury

Any employment elsewhere? Yes: ☒ or No: ☐ If yes, where? _Part time Marian Univer._

In your own words describe what caused your injury (Use back if more space needed)_____
_Intoxicated driver that disregarded the_
_red stop light. See incident report for_
_Witness statements 15 019 0017_

List dates and hours lost from work due to this injury (include hours lost for doctor's appointments, etc.).
_It is mandatory that you notify our office when you are returning to work or are losing additional time from work._
_Jan 19, 2015 @ 2:15Am → present_

Witnesses _See Police Report included in 15 019 0017_

Describe present complaints, if any _neck, back aches, unable to sit_
_long time. Severe headache, short term_
_memory loss, therapy for ℞ foot, dizziness ℄ Knee pain_

Any previous similar problems? If so, please explain _None except for_
_Left Knee_

Did you have surgery? Yes: ☐ or No: ☒  Is surgery scheduled? Yes: ☒ or No: ☐

Doctors' Names _Dr. Brian McCarty_ Address: _3111 W. Rawson_ Phone: (414) _384-6700_

Name of Hospital _Dr. Jamie Edward_
_Dr. Erin Otool_

Date of First Treatment _1-19-15_ Were X-Rays taken _✓_ Where _Froedtert_

Name & Address of Family Physician _Dr. William_ Phone: (414) _____
_Shaffer_                                                    _- - - - - -1675_

I certify that the above information is true and accurate to the best of my understanding. I understand that filing a fraudulent claim may result in disciplinary action.

Date _Feb 1, 2015_ Employee's Signature _Lewandow_

EXHIBIT
9

USE REVERSE SIDE TO GIVE US ANY ADDITIONAL INFORMATION

Rev 06-01-07, 11-10-09