# MILWAUKEE POLICE DEPARTMENT
## MEMORANDUM

DATE: January 22, 2015

TO: Lieutenant Johnny SCRIGNUOLI, Acting Captain Of Police

FROM: Shannon LEWANDOWSKI, Detective of Police

This report was prepared by Detective Shannon LEWANDOWSKI, assigned to the Criminal Investigative Division, Central Investigations, Late Power Shift.

On Monday, January 19, 2015, at approximately 2:30 A.M., I was involved in a squad accident while on-duty. This incident occurred at the intersection of West North Avenue and North 35th Street. I sustained injuries that will not allow me to perform my duties at work at this time. I am, therefore, requesting to be carried as being injured on-duty until I am able to return to work. I have been provided a tentative return-to-work date of 4 weeks from today. I may need to be referred out to a specialist if my injuries have not improved by this time.

I have attached a Physician's Report On Duty-Related Injuries.

Respectfully Submitted,

*[signature]* Lewandowski @128460



EXHIBIT 11

------ 1676