```
 1   STATE OF WISCONSIN   :   CIRCUIT COURT   :   MILWAUKEE COUNTY

 2   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

 3   In the Interest of

 4   NATHAN KING                      Case No. 14-JV-624

 5              Juvenile.

 6   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
     DATE:  January 23, 2015          The Honorable
 7   WAIVER HEARING                   DAVID SWANSON
                                      Judge Presiding, Br. 11
 8

 9   APPEARANCES:

10                    JOY HAMMOND
                      Assistant District Attorney
11                    appeared on behalf of the State.

12                    Attorney ANNE T. BOWE
                      appeared on behalf of the Juvenile,
13                    who appeared in person.

14                    ROXANE BRUYETTE
                      Probation Officer.
15
                      CRYSTAL SIMPSON
16                    Saint A.

17                    GREGORY WASHINGTON
                      St. Charles.
18
                      REGINA ROGERS-RAGLAND
19                    Mother.

20                    DWIGHT RAGLAND
                      Father.
21
                      Officer ERIC DRAEGER and
22                    Detective SHANNON LEWANDOWSKI
                      Milwaukee Police Department.
23
                      BRAD LICHTENSTEIN
24                    371 Production.

25   Jeannette Achauer Novak, Court Reporter.

                              Page 1
```

EXHIBIT 12

Case 2:16-cv-01089-WED   Filed 06/21/19   Page 1 of 5   Document 86-12

EXCERPT OF PROCEEDINGS

                    THE COURT: Let me interrupt for a moment. I
want to make sure everyone understands there no cell
phone usage permitted in the court. I you want to make
sure no one has been taping. Has anyone been taping?
                    DETECTIVE LEWANDOWSKI: I did, but I erased
it.
                    MS. BOWE: Could we have the name of the
person for the record?
                    THE COURT: Ma'am, what was your name, again?
                    DETECTIVE LEWANDOWSKI: Pardon?
                    THE COURT: What's your name, please?
                    DETECTIVE LEWANDOWSKI: Detective Shannon
Lewandowski.
                    THE COURT: And what organization are you
with?
                    DETECTIVE LEWANDOWSKI: Milwaukee Police
Department.
                    THE COURT: Okay. Okay. Yeah, recording is
not allowed. I mean --
                    DETECTIVE LEWANDOWSKI: I only recorded it
because it was for back up for him.
                    THE COURT: You don't need to back up for Mr.
Lichtenstein, he's making a documentary. This is a --
                    DETECTIVE LEWANDOWSKI: Right.

                              Page 2

Case 2:16-cv-01089-WED   Filed 06/21/19   Page 2 of 5   Document 86-12

```
 1                THE COURT:  This is a public hearing --
 2                DETECTIVE LEWANDOWSKI:  Right.
 3                THE COURT:  I'm limiting recording to just
 4     Mr. Lichtenstein today, and you do understand, right?
 5                DETECTIVE LEWANDOWSKI:  Yes.  I don't have a
 6     problem with that.
 7                THE COURT:  And no one else is recording on
 8     any cell phones, are you, in fact?  Thanks, everyone.
 9                MR. LICHTENSTEIN:  Just for the record,
10     usually speaking -- that was not prearranged.
11                THE COURT:  Ah --
12                MR. RAGLAND:  I mean she's lying then.
13                THE COURT:  Okay, Mr. Ragland.  No, we
14     were --
15                DEPUTY ABDULLAH:  Hey!
16                THE COURT:  We're still on the record.  I
17     just want to make sure everyone is clear.  While this
18     is a public hearing, only media are permitted to
19     record.  Okay?
20                Detective --
21                DETECTIVE LEWANDOWSKI:  Yeah, I'm
22     cooperating, but this is unnecessary.  You can stop all
23     of this.
24                DEPUTY ABDULLAH:  No, it's not unnecessary.
25     You need to erase it.
```

```
 1                DETECTIVE LEWANDOWSKI:  That's what I am
 2       doing, I'm erasing it.
 3                DEPUTY SMITH:  You have to step out.
 4                DETECTIVE LEWANDOWSKI:  I have to step out?
 5                THE COURT:  Hold on, Deputy.
 6                Did you erase it?
 7                DETECTIVE LEWANDOWSKI:  Yes.  There's like
 8       three.  I erased two -- (unintelligible).
 9                THE BAILIFF:  She's still erasing --
10                DETECTIVE LEWANDOWSKI:  --but she's talking
11       to me telling me they should be able to --
12                (The deputies and Detective Lewandowski all
13       speaking at the same time.)
14                THE COURT:  Please step out with the deputies
15       so they can be assured those are erased.
16                DETECTIVE LEWANDOWSKI:  Wow.
17                (Deputy Abdullah, Deputy Smith and Detective
18       Lewandowski exited the courtroom.)
19                THE COURT:  Detective Lewandowski is not a
20       witness; is that correct?
21                MS. HAMMOND:  That's correct.
22                THE COURT:  Okay.
23                (Which is the completion of the excerpt
24       involving Detective Lewandowski.)
25
```

```
 1   STATE OF WISCONSIN    )
 2                         ) SS:
 3   MILWAUKEE COUNTY      )
 4
 5            I, Jeannette Achauer Novak, a court reporter, do
 6   hereby certify that the foregoing is a true and correct
 7   transcript of all the proceedings had and testimony taken in
 8   the above-entitled matter as the same are contained in my
 9   original machine shorthand notes.
10            Dated at Milwaukee, Wisconsin, this 2nd day
11   of February, 2015.
12
13
14            _____
15                 Jeannette Achauer Novak
                   Court Reporter
```