# M..WAUKEE POLICE DEPARTMENT
## TEMPORARY SUSPENSION OF MEMBER REPORT

| | |
|---|---|
| SUSPENDED MEMBER: (NAME, RANK & EMPLOYEE I.D. NO.) | Detective Shannon Lewandowski |
| DATE, TIME & LOCATION OF INCIDENT: | 01-23-2015 - 1500 - Milwaukee County Children's Court |
| COMPLAINANT: | Judge David Swanson |
| CHARGED WITH: | N/A |
| INCIDENT, CITATION OR I.A.D. #: | N/A |
| DATE, TIME & LOCATION OF ARREST: | N/A |
| ARRESTED BY: | N/A |
| SUPERVISOR IN CHARGE OF INVESTIGATION: | Lt Johnny Sgrignuoli This supervisor shall be responsible for keeping I.A.D. apprised as to the progress of the case. |

FACTS OF INCIDENT: According to Judge Swanson, on Friday, January 23, 2015 while off-duty and present in Brch#11 of the Milwaukee County Children's Court Center, Detective Lewandowski was observed by a Milwaukee County Deputy Sheriff court room bailiff, video recording the court proceedings with her cell phone. When ordered to cease recording, Detective Lewandowski identified herself as a member of the department and argued with the deputy causing Judge Swanson to interrupt the court proceedings and order Det Lewandowski to delete the recordings from her phone. Judge Swanson contacted me and described the conduct as contemptuous.

If only police powers suspended, include status of member if determined to be unfit to perform in even a restricted capacity, e.g., sick leave or other paid leave (vacation or compensatory time).

| | |
|---|---|
| CODE OF CONDUCT VIOLATION: | 3.01 |
| POLICE EQUIPMENT RECOVERED: | ☒ Badge ☐ Call Box Key ☐ Long Baton<br>☐ Cap Shield ☐ Oleoresin Capsicum ☐ Police Portable Radio<br>☒ Firearm ☐ Handcuffs ☐ Body Armor<br>☐ Identification Card ☐ Expandable Baton ☐ Other (explain below)<br>Comments/Notes: addl equipment at D#3<br><br>If only police powers are suspended, allow member to retain I.D. and call box key. |
| RECOVERED EQUIPMENT DELIVERED TO: | Dist. #3 shift CO office |
| DATE, TIME & LOCATION OF SUSPENSION: | 01-24-2015 ▮▮ N 53rd St ▮▮ |
| SUSPENDED BY: | Lt. Sgrignuoli/Captain Smith | ☐ Complete Suspension<br>☒ Suspension of Police Powers Only |
| MEMBER'S DEMEANOR & FITNESS FOR DUTY: | Calm |
| INSTRUCTIONS TO MEMBER: | ☒ His/Her arrest powers are suspended.<br>☒ He/She shall not carry a weapon or firearm during this period of suspension.*<br>☒ He/She shall abide by the Department Code of Conduct.<br>☐ He/She shall not wear a police uniform whether "complete" or "police power only" suspension.<br>☒ He/She shall honor court subpoenas during this period of suspension.<br>☒ He/She shall comply with reporting procedures as outlined in SOP 870.15(D):<br><br>"Any department member whose suspension with pay exceeds seven (7) consecutive calendar days shall report to their commanding officer, or shift commander if the commanding officer is unavailable, on at least a weekly basis (or more often as determined necessary by the commanding officer) during the member's normal tour of duty hours." |
| NOTIFICATIONS MADE TO: | AC Leibold & DI Brunson<br>For deactivation of I.D. card, check one: ☐ I.J.S.D ☐ I.T.D |
| SUBMITTED BY: | Lt Johnny Sgrignuoli | DATE: 01-24-2015 |

If a category is not applicable, indicate with "N/A".

Police members who are suspended from duty, suspended of police powers, or discharged pending appeal, are relieved of the responsibility to perform those tasks requiring the exercise of official police powers and are not duly authorized to exercise

**EXHIBIT 13**

police powers under any circumstance. ...ch police members are not deemed to be pe... officers and shall not go armed with a concealed or dangerous weapon as defined by State Statutes in any official capacity.