Lewandowski, Shannon (MR # 494893) DOB: 10/21/1966

**Shannon Lewandowski**
3/2/2015 1:30 PM   Initial consult

Encounter Date: 03/02/2015
Description: **Female DOB: 10/21/1966**
Provider: Erin M O'Tool, MD
Department: **WFMG Family Medicine - Oak Creek**

Thank you for choosing Wheaton Franciscan as your healthcare provider. We strive to provide the best possible experience for you and your family. You may receive a survey asking about your experience with us, and we would appreciate your time in completing and returning the survey. Our goal is to provide excellent care and your input will assist us in improving the care we deliver. Thank you for trusting us with your health and wellness.

To ensure the information is correct within your Wheaton Franciscan medical record, please review all information below and report any inaccuracies to your Wheaton Medical Group provider's office. Dept: 414-647-3920

### Diagnoses this Visit
**Concussion with loss of consciousness, initial encounter** - Primary
**Cervicalgia**
**Anxiety**
**Balance problem due to vestibular dysfunction, unspecified laterality**

### Reason for Visit
**Motor Vehicle Crash**   01/19/2015
Reason for Visit History

### Instructions

EXHIBIT 15

## Wheaton Concussion Care Network - Concussion Basic Management Plan

### General Information:

The cornerstone of concussion management is physical and cognitive rest. Early complete rest shortens recovery and improves outcome. The goal is to balance the need for rest with return to academic and athletic activities.

Initially physical and cognitive rest includes **limiting all physical and cognitive activities**. This includes such things as **computer** activities, **video games**, talking on **cell phones** and **texting**, watching TV and listening to load music. **Any activity that causes or increases symptoms should be stopped.**

1. When symptom free at rest, Shannon Lewandowski may progress to: Return to Learn strategies

2. When symptom free with Return to Learn/Activities, Shannon Lewandowski may progress to: Return to Play protocols

### School Attendance restrictions:

- - - - - - 1718

Students recovering from concussion frequently experience **extreme fatigue**, **impaired visual motor processing, decreased concentration, memory and organizational abilities** making it difficult for the

Instructions
___
concussed student to participate fully in school. Sometimes this may include balancing the increased need for physical and cognitive rest with academic responsibilities.

### Academic accommodations:

Many students recovering from a concussion have difficulty with **short term memory** that makes learning new material more difficult and recall is frequently incomplete and slow. Testing will not accurately reflect the student's knowledge or effort.   Students recovering from concussion frequently have **difficulty with visual motor processing**. Most importantly this affects their ability to read and to take notes. **Books on tape and audio versions of texts** can be very helpful. If unavailable consider having a parent read the material to the student. Visual tracking may also be improved by using a ruler or other guide when reading.  Providing the student with **notes outlines or a copy of a power point** before class decreases the visual demands and allows the student to focus on listening. It can be helpful to allow the student to tape the class.  Many students will have impaired **organizational skills**.

Many students recovering form concussion experience **increased emotionality**, depression and anxiety as well as appropriate frustration and sadness. A school nurse, counselor or student advisor can be very helpful in helping the student to manage these feelings and making a referral if indicated.

The school and/or parent may wish to formalize accommodations through a 504 plan if symptoms persist following  a period of less formalized accommodations.


### Risk Considerations:

We have discussed the increased risk of additional head injury during the recovery from mild traumatic brain injury (concussion). We have discussed the risk of cumulative and permanent neurologic damage with the loss of academic and athletic abilities. We have discussed the association of multiple head injuries and subsequent dementia, severe depression, Parkinson like syndrome and progressive degenerative neuromuscular disorders. We have discussed he possibility of Second Impact Syndrome and its catastrophic, often fatal outcome.

We have discussed the importance of playing smart, wearing well fitting appropriate protective equipment and reporting immediatly any concussion like symptoms experienced. We have also discussed the importance of reporting symptoms suggestive of concussion experienced by teammates.

### Follow Up:
- minimize exposure to unpredictable environments
- minimize screen time (TV / computer / tablets / phone / video games / movies)
- minimize use of analgesia (tylenol or ibuprofen) or stimulants (caffeine) beyond normal use
- minimize fast food
- maximize fluids
- maximize sleep
- maximize lean proteins
- get out and be active but nothing too busy / fast (walking / stationary biking)
- minimize napping during the day / maximizing sleep at night
- start melatonin 5-10mg 30min before bed
- Follow up evaluation is scheduled to occur on: 2-4 wks
- Referrals were placed for: VT and NP
- Please call with any additional concerns

- - - - - - 1 7 1 9

Erin M O'Tool, MD
Concussion Care Network
Wheaton Franciscan Medical Group – Oak Creek
414-647-3920

I have reviewed and agree with the above concussion management plan and anticipate that school staff will work together to implement the plan as much as possible. I authorize Dr. Erin O'Tool to discuss this plan with school personnel.

Signature _____
Printed name _____
Relationship to student _____

## Medications Ordered this Visit

**WALGREENS DRUG STORE 10196 - WAUWATOSA, WI - 6600 W STATE ST AT NEC OF 68TH & STATE**
6600 W STATE ST, WAUWATOSA WI 53213-2836

Telephone: **414-476-5585**
Fax: **414-476-0892**
Hours:

E-Prescribed (1 of 1)

**meloxicam (MOBIC) 15 MG tablet**
Sig:        Take 1 tablet (15 mg total) by mouth daily.
Start:      3/2/15
Quantity:   30 tablet          Refills:    1

## Orders placed at this visit
**Ambulatory Referral to Neuropsychology**
**Physical Therapy Evaluate and Treat**

## Start Taking
**meloxicam (MOBIC) 15 MG tablet**     Take 1 tablet (15 mg total) by mouth daily.

## Vital Signs/Measurements
| BP | Pulse | Temp(Src) | Resp |
|---|---|---|---|
| 110/76 | 100 | 98.7 °F | 20 |
| Ht | Wt | BMI | SpO2 |
| 5' 10" (1.778 m) | 160 lb (72.576 kg) | 22.96 kg/m2 | 99% |
| Smoking Status | | | |
| Never Smoker | | | |

## Basic Information

- - - - - - 1 7 2 0

## Basic Information

| Date Of Birth | Sex | Race | Ethnicity | Preferred Language |
|---|---|---|---|---|
| 10/21/1966 | Female | White or Caucasian | Not Hispanic or Latino | English |

### Your Current Medications Are

cyclobenzaprine (FLEXERIL) 10 MG tablet
fLUoxetine (PROZAC) 10 MG capsule
fLUoxetine (PROZAC) 20 MG capsule
meloxicam (MOBIC) 15 MG tablet    Take 1 tablet (15 mg total) by mouth daily.
VYVANSE 70 mg capsule

### Allergies as of 3/2/2015

No Known Allergies

### Immunizations Administered on Date of Encounter - 3/2/2015

None

### Orders Placed This Encounter

Normal Orders This Visit
Ambulatory Referral to Neuropsychology [REF47 Custom]
Physical Therapy Evaluate and Treat [PT4 Custom]

## Result Summary

### Your goals (5 Years of Data)

None

Wheaton MyChart allows you to send messages to your doctor, view Wheaton test results, request renewals on prescriptions, request appointments, and more. To sign up, log on to **https://wheatonmychart.org** . Once you are logged on, click on the **Set up your account** link and you will access the **Please identify yourself** page. Enter your Wheaton MyChart **Access Code** exactly as it appears below to complete the sign-up process. If you do not sign up before the expiration date, you must request a new code. Once you are signed up for MyChart, you can download the free MyChartMobile App for iPhone and Android devices for easy access on the go.

MyChart Access Code: 9A2JA-28SFR-638AS
Expires: 4/27/2015  3:04 PM

If the patient is 12 or younger, parents or guardians may consult the clinic about setting up proxy access to MyChart.

If you have questions, please call your Wheaton Franciscan Medical Group provider's office. You may also e-mail  mychartsupport@wfhc.org  to contact our Wheaton MyChart staff. Remember, Wheaton MyChart is **NOT** to be used for urgent needs. For medical emergencies, dial **911**.

**Smoking, tobacco products and second hand smoke are harmful to your health.  If you smoke, use e-cigarettes or use other tobacco products,  QUIT NOW.  If you don't smoke, don't start.  Contact your provider for help and additional information on quitting.**

------1721