

Afghanistan and United States
Afghan Tel: +93 (0) 795 069 652
+93 (0) 788 887 887
Int'l Tel : +1 (704) 765-4887
U.S. Tel : +1 (704) 763-5413
Website : motleylegal.com

March 5, 2015

RECEIVED
15 MAY -6 PM 1:10
MILWAUKEE POLICE
INTERNAL AFFAIRS
DIVISION

Mayor Barrett
Office of Mayor Barrett
City of Milwaukee
200 East Wells Street
Milwaukee, Wisconsin 53202
414.286.8504 | 414.286.3191 (fax)

RE: Award Recommendation for Detective Shannon Lewandowski

Dear Mayor Barrett:

I hope you are well. I am sending this email as a recommendation that Detective Shannon Lewandowski be acknowledged for her great work as a police officer particularly in the cases involving my clients Victoria Davison and Claudiare Motley. Thanks to Detective Lewandowski's efforts, she not only received crucial evidence including a confession against the perpetrator who shot Claudiare Motley in June 2014. But her actions have also led to arrests of more than twenty other suspects who were involved with a string of over 50 robberies and armed robberies in the Milwaukee Metropolitan Area. This has potentially stopped other victims from being in similar situations that is important.

If there is a way to publicly acknowledge Detective Lewandowski for her efforts and hard work I ask that you consider doing as such as we are more then satisfied with her work.

Thank you so much for your time and if you have any questions or concerns please feel free to contact me at your leisure.

Warm Regards,

Kimberley Cy. Motley, Esq.
CEO / Founding Partner
Motley Legal Services
International Number : +1 (704) 765-4887
U.A.E. Number : +971 (0) 561 442 175
Email : kmotley@motleylegal.com

via email : Jodie.Tabak@milwaukee.gov


EXHIBIT 16

------1776