Form PM-9E
11/09

# MILWAUKEE POLICE DEPARTMENT
## MEMORANDUM

Date: 06-01-15

TO: Captain of Police, Johnny SGRIGNUOLI

FR: Detective of Police, Shannon LEWANDOWSKI

RE: IOD/FMLA



I am respectfully submitting this memo regarding the Medical Leave of Absence that I am forced to take instead of being carried Injury on Duty from the Accident that occurred on January 19, 2015, while on duty.

In the meantime, while that investigation is still on going, almost five months later, I am requesting Medical leave for June 8, 2015. I have four scheduled vacation days from June 9-12, 2015. I have Regular Off scheduled June 13-14, 2015. I have a scheduled Vacation on the 15th, 2015, a Regular OFF on the 16th, 2015, a Holiday scheduled on the 17th, 2015, and an Overtime off on the 18th of June 2015.

I am requesting for Medical Leave from June 19th-21st, I have a regular off on June 22, 2015, and I am further requesting Medical Leave for the dates of June 23rd -26th 2015.

June 27-28th 2015 are scheduled Regular Off.

I have surgery scheduled for June 26th 2015 for my left knee from two prior Injury on Duty Workmans Comp Claims, which was re-injured during the accident. This will be the third surgery on that knee. Additionally I also injured the same knee in claim 141838 on 06-24-2014.

I am still waiting on the status of my Workmans Comp claim File number 150092. I have handed all of the required paperwork to Supervisors of Central Division, I have been sent to PPD, and am kept unaware of the status. I have made several calls to PPD with no return calls or emails.

I need to know if Workman's Comp is covering my knee surgery. The attached paperwork detail the injury from the Doctors examination. In the event that it is not, I am requesting Medical Leave for June 29th -July 2, 2015. I have a scheduled holiday on July 3rd 2015. Regular Off scheduled July 4-5th, 2015, Vacation from July6th-10th, Regular off July 11-12th, 2015, Holiday scheduled on the 13th of July.

I request Medical Leave if IOD Workman's Comp is not completed on July14th. Vacation on July 15-16, 2015, Regular Off on July 17th, and Medical leave if Workman's Comp is still not completed on July 18-19th, 2015. Vacation from July 20-22. July 23rd a Overtime Off is scheduled. Regular Off is scheduled on July 24th. July 25-26th is a request for Medical Leave/IOD, July 27th is a Regular off.

------1461

I anticipate returning to work either as soon as I am healed from the surgery in June, at a minimum limited duty, but I anticipate full duty. I am aware that I have been transferred to Fusion Division.

Respectfully submitted,

*[signature]*

Det. Shannon Lewandowski

------1462