Form PM-9E
11/09

# MILWAUKEE POLICE DEPARTMENT
## MEMORANDUM



Date: June 19, 2015

TO: Acting Captain Johnny Sgrignuoli

FR: Lieutenant Kevin Armbruster

RE: Detective Shannon Lewandowski- Counseling

---

Sir,

   On Wednesday, June 3rd, 2015, at 1:00PM, Lieutenant Johnny Sgrignuoli and I met with Detective Shannon Lewandowski (PS#012860), at the Police Administration Building, 3rd Floor Captains office, regarding Detective Lewandowski not following proper court procedures.

   On March 3rd, 2015, Detective Lewandowski, while assigned to the Central Investigations Division missed a mandatory court appearance in Branch #1 for Quianna Brewer, Case#14073318, per Lt Phillip Henschel of Court Administration.

   This counseling session is in regards to Core Value 1.00- competence and Guiding Principles 1.07.

   Detective Lewandowski stated that she understood and did not go because she was sick. Detective Lewandowski states that she has memory loss and doesn't want to lose cases as she did in State Court. Detective Lewandowski was instructed to read and was given the Department Core Values and Guiding Principles. Det Lewandowski declined saying she knows them.

Respectfully Submitted

Lieutenant Kevin Armbruster
Central Investigation Division
000970 (92)



EXHIBIT 21