Form PM-9E
11/09

# MILWAUKEE POLICE DEPARTMENT
## MEMORANDUM



Date: September 8, 2015

TO: Heather WURTH
      Police Lieutenant

FR: Adam ZIEGER
      Police Sergeant

RE: Police Detective Shannon LEWANDOWSKI, Peoplesoft #012860
      FILE# IAS-2015-0032

Ma'am,

On April 14, 2015, both Detective Shannon LEWANDOWSKI and Detective JUANITA CARR were interviewed persuant to issued PI-21's. Both Detective LEWANDOWSKI and Detective CARR were represented by Police Liaison Officer Shawn LAUDA of the Milwaukee Police Association (MPA). MPA representative LAUDA expressed to me, Police Sergeant Adam ZIEGER, a concern whether Detective LEWANDOWSKI and Detective CARR would be able to participate in the interview do to their injuries sustained from the accident. The concern was stated while the interview was not in progress, and therefore specifically not recorded. Both Detective LEWANDOWSKI and Detective CARR particpated and completed the interviews.

Respectfully Submitted,

Adam ZIEGER
Police Sergeant
Internal Affairs Division



EXHIBIT 22

- - - - - - 1937

Client Records 000223

Case 2:16-cv-01089-WED   Filed 06/21/19   Page 1 of 1   Document 86-22