# Milwaukee Police Department
## Investigation Employee Case File History

### Personnel Profile

| | | | |
|---|---|---|---|
| Employee Name: | LEWANDOWSKI, SHANNON | Rank: | DETECTIVE |
| Employ012860 | | Bureau: | 331 58 |
| Sex: | F | Sworn: | |
| Race: | White | Assignment: | INTEL ERLY |
| DOB: | 10/21/1966 | Hire Date: | 06/07/1999 |
| Height: | 510 | Agency: | Milwaukee Police Department |
| Weight: | 145 | Position: | 2309 |
| Hair Color: | BLONDE | Status: | A |
| Eye Color: | GREEN | | |

| Case No | Status | Incident Date | Allegation | Violation | Finding | Action Type | Action | Suspension Days | Linked Complainant |
|---|---|---|---|---|---|---|---|---|---|
| IAS-2015-0026 | Closed | 01/23/2015 | Integrity, 3.01 - Behavior that could discredit the Dept. | Integrity, 3.01 - Behavior that could bring discredit to Dept | SUSTAINED | Initial | REPRIMAN D - OFFICIAL | | SGRIGNUOLI, JOHNNY C |
| IAS-2015-0032 | Open | 01/19/2015 | Competence, 1.03 - Idling & loafing | | | | | | BRUNSON, MICHAEL J |
| | | | Integrity, 3.06 - Interfering in business of another | | | | | | BRUNSON, MICHAEL J |
| | | | Competence, 1.05 - SOP Squad Accident | 640.15(A)(2) | | | | | BRUNSON, MICHAEL J |
| IAS-2014-0435 | Open | 12/28/2014 | Competence, 1.05 - F/T Know Dept Policy/Procedure | | | | | | SMITH, Joyce S |

Client Records 000213

IAS-2014-192

EXHIBIT 34

Case 2:16-cv-01089-WED   Filed 06/21/19   Page 1 of 10   Document 86-34

# Personnel Profile

| | | | | |
|---|---|---|---|---|
| Employee Name: | LEWANDOWSKI, SHANNON | | Rank: | DETECTIVE |
| | Employ012860 | | Bureau: | 331 58 |
| Sex: | F | | Sworn: | |
| Race: | White | | Assignment: | INTEL ERLY |
| DOB: | 10/21/1966 | | Hire Date: | 06/07/1999 |
| Height: | 510 | | Agency: | Milwaukee Police Department |
| Weight: | 145 | | Position: | 2309 |
| Hair Color: | BLONDE | | Status: | A |
| Eye Color: | GREEN | | | |

| Case No | Status | Incident Date | Allegation | Violation | Finding | Action Type Action | Suspension Days | Linked Complainant |
|---|---|---|---|---|---|---|---|---|
| IAS-2014-0094 | Closed | 02/23/2014 | Respect, 5.01 - FT treat a supervisor with courtesy & professionalism | | POLICY REVIEW | | | TURCINOVIC, BORIS |
| PPD-2012-0249 | Closed | 05/18/2012 | Integrity, 3.03 - Improper Search & Seizure | | UNFOUNDED | | | MCDANIELS, ERICA L |
| SIS-2011-0006 | Closed | 01/04/2011 | 947.01 - Disorderly Conduct | | BASELESS | | | Collins, Julie C |
| PPD-2009-0524 | Closed | 05/26/2009 | PROCEDURES/INTERNAL-F/T BE CIVIL TWDS ASSOC | | NOT SUSTAINED | | | BJORKQUIST, PAUL J |
| PPD-2009-0344 | Closed | 04/12/2009 | SERVICE RELATED-F/T FULLY INVESTIGATE | | NOT SUSTAINED | | | WEBER, TODD D |
| PPD-2008-0315 | Closed | 05/15/2008 | SERVICE RELATED-F/T BE CIVIL/COURTEOUS | | NOT SUSTAINED | | | WEBER, TODD D |
| | | | ETHICS-OTHER/ | | NOT SUSTAINED | | | BEECHER, VICTOR E |

Client Records 0002l4

----1928

## Personnel Profile

| | |
|---|---|
| Employee Name: | LEWANDOWSKI, SHANNON |
| | Employ012860 |
| Sex: | F |
| Race: | White |
| DOB: | 10/21/1966 |
| Height: | 510 |
| Weight: | 145 |
| Hair Color: | BLONDE |
| Eye Color: | GREEN |

| | |
|---|---|
| Rank: | DETECTIVE |
| Bureau: | 331 58 |
| Sworn: | |
| Assignment: | INTEL ERLY |
| Hire Date: | 06/07/1999 |
| Agency: | Milwaukee Police Department |
| Position: | 2309 |
| Status: | A |

| Case No | Status | Incident Date | Allegation | Violation | Finding | Action Type Action | Suspension Days | Linked Complainant |
|---|---|---|---|---|---|---|---|---|
| PPD-2008-0679 | Closed | 11/28/2007 | PROCEDURES/INTERNAL-FILING FALSE OFF RPT | | NOT SUSTAINED | | | BEECHER, VICTOR E |
| | | | INSUBORDINATION-F/T OBEY ORDER | 2/030.00 - WRITTEN DIRECTIVE | NOT SUSTAINED | | | BEECHER, VICTOR E |
| | | | SERVICE RELATED-F/T FULLY INVESTIGATE | | NOT SUSTAINED | | | BEECHER, VICTOR E |
| PPD-2007-0758 | Closed | 09/26/2007 | SOP., F/T KNOW-SECT. # | 4/080.00(19) | FILED - PENDING ADDITIONAL INFORMATION | POLICY TRAINING | | Flynn, Robert |
| PPD-2007-0723 | Closed | 09/17/2007 | SERVICE RELATED-OTHER/ | | | MEMBER COUNSELED | | RAMIREZ, ALEXANDER |
| PPD-2007-0716 | Closed | 08/15/2007 | F/T CONFORM/STATE-STATUTE # | | NOT SUSTAINED | | | Shank, Cynthia M |

-----1929

Client Records 000215

## Personnel Profile

**Employee Name:** LEWANDOWSKI, SHANNON
Employ012860

| | |
|---|---|
| Sex: | F |
| Race: | White |
| DOB: | 10/21/1966 |
| Height: | 510 |
| Weight: | 145 |
| Hair Color: | BLONDE |
| Eye Color: | GREEN |

| | |
|---|---|
| Rank: | DETECTIVE |
| Bureau: | 331 58 |
| Sworn: | |
| Assignment: | INTEL ERLY |
| Hire Date: | 06/07/1999 |
| Agency: | Milwaukee Police Department |
| Position: | 2309 |
| Status: | A |

| Case No | Status | Incident Date | Allegation | Violation | Finding | Action Type | Action | Suspension Days | Linked Complainant |
|---|---|---|---|---|---|---|---|---|---|
| CIS-2007-0173 | Closed | 08/15/2007 | 943.20 - Theft | | SUPENDED PENDING ADDED INFO | | | | Flynn, Maribeth A |
| CL-C-2007-0021 | Closed | 01/30/2007 | SERVICE RELATED-F/T BE CIVIL/COURTEOUS | | NOT SUSTAINED | | | | Flynn, Maribeth A |
| PI20060683 | Closed | 08/11/2006 | SERVICE RELATED-F/T BE CIVIL/COURTEOUS | | NOT SUSTAINED | | | | LEMMERHIRT, LISA |
| X PI20060503 | Closed | 06/20/2006 | OTHER/-OFFICIOUS CONDUCT | 2/065.00 | SUSTAINED | Initial | D - DISTRICT LEVEL REPRIMAN | | GUERRO, DENISE |
| | | | X SOP, F/T KNOW-SECT. # | 3/250.35 - 3/250.35 (A) (5) | SUSTAINED | Initial | D - DISTRICT LEVEL REPRIMAN | | GUERRO, DENISE |
| PI20060113 | Closed | 02/12/2006 | PROCEDURES/INTERNAL-F/T BE CIVIL TWDS ASSOC | | NOT SUSTAINED | | | | HAYNES, LINDA |

Client Records 000216

0861 ------ 1980

## Personnel Profile

**Employee Name:** LEWANDOWSKI, SHANNON
**Employee:** Employ012860

| | | | | |
|---|---|---|---|---|
| **Sex:** F | | **Rank:** | DETECTIVE | |
| **Race:** White | | **Bureau:** | 331 58 | |
| **DOB:** 10/21/1966 | | **Sworn:** | | |
| **Height:** 510 | | **Assignment:** | INTEL ERLY | |
| **Weight:** 145 | | **Hire Date:** | 06/07/1999 | |
| **Hair Color:** BLONDE | | **Agency:** | Milwaukee Police Department | |
| **Eye Color:** GREEN | | **Position:** | 2309 | |
| | | **Status:** | A | |

| Case No | Status | Incident Date | Allegation | Violation | Finding | Action Type Action | Suspension Days | Linked Complainant |
|---|---|---|---|---|---|---|---|---|
| PI20050769 | Closed | 08/23/2005 | | PROCEDURES/INTERNAL-F/T BE CIVIL TWDS ASSOC | NOT SUSTAINED | | | FLOWERS, KERRY L |
| CIS-2005-0106 | Closed | 06/17/2005 | | SERVICE RELATED-F/T BE CIVIL/COURTEOUS | NOT SUSTAINED | | | CRAWFORD, JOETTA |
| PI20040819 | Closed | 09/26/2004 | | SERVICE RELATED-F/T BE CIVIL/COURTEOUS | NOT SUSTAINED | | | BLAN, ARKESHIA |
| PI20040530 | Closed | 07/02/2004 | | F/T CONFORM/STATE-STATUTE # | UNFOUNDED | | | BILLINGS, MICKY |
| CIS-2004-0150 | Closed | 07/02/2004 | 940.19(1) - Battery | | BASELESS | | | BILLINGS, MICKY |
| PI20040197 | Closed | 01/09/2004 | OTHER/-OTHER/ | | OTHER | | | MARTIN, UNIQUEKA J. |

Client Records 000217

# Personnel Profile

**Employee Name:** LEWANDOWSKI, SHANNON
Employ012860

| | | | |
|---|---|---|---|
| **Sex:** F | | **Rank:** | DETECTIVE |
| **Race:** White | | **Bureau:** | 331 58 |
| **DOB:** 10/21/1966 | | **Sworn:** | |
| **Height:** 510 | | **Assignment:** | INTEL ERLY |
| **Weight:** 145 | | **Hire Date:** | 06/07/1999 |
| **Hair Color:** BLONDE | | **Agency:** | Milwaukee Police Department |
| **Eye Color:** GREEN | | **Position:** | 2309 |
| | | **Status:** | A |

| Case No | Status | Incident Date | Allegation | Violation | Finding | Action Type Action | Suspension Days | Linked Complainant |
|---|---|---|---|---|---|---|---|---|
| CIS-2004-0017 | Closed | 10/30/2003 | FORCE/USE OF IMPROP.-OTHER/ | | BASELESS | | | MARTIN, UNIQUEKA J. |
| PI20030170 | Closed | 01/18/2003 | SERVICE RELATED-F/T FILE REPORTS | | NOT SUSTAINED | | | HUNT, JEANETTE |
| PI20021131 | Closed | 09/27/2002 | SERVICE RELATED-F/T BE CIVIL/COURTEOUS | | NOT SUSTAINED | | | HUNT, JEANETTE |
| PI20020447 | Closed | 04/24/2002 | SERVICE RELATED-F/T BE CIVIL/COURTEOUS | | NOT SUSTAINED | | | OMEREONYE, GOLD |
| PI20020124 | Closed | 02/01/2002 | FORCE/USE OF IMPROP.-BODILY FORCE | | RESOLVED AT DISTRICT LEVEL | | | JONES, JOSEPH |
| | | | SERVICE RELATED-FALSE ARREST | | NOT SUSTAINED | | | Lewis, Delisa H |
| | | | | | NOT SUSTAINED | | | Lewis, Delisa H |

Client Records 000218

1982

## Personnel Profile

**Employee Name:** LEWANDOWSKI, SHANNON
Employ012860

| | | | |
|---|---|---|---|
| Sex: | F | Rank: | DETECTIVE |
| Race: | White | Bureau: | 331 58 |
| DOB: | 10/21/1966 | Sworn: | |
| Height: | 510 | Assignment: | INTEL ERLY |
| Weight: | 145 | Hire Date: | 06/07/1999 |
| Hair Color: | BLONDE | Agency: | Milwaukee Police Department |
| Eye Color: | GREEN | Position: | 2309 |
| | | Status: | A |

| Case No | Status | Incident Date | Allegation | Violation | Finding | Action Type Action | Suspension Days | Linked Complainant |
|---|---|---|---|---|---|---|---|---|
| PI20011169 | Closed | 09/17/2001 | SERVICE RELATED-OTHER/ | | NOT SUSTAINED | | | HOPKINS, BEVERLY |
| PI20010328 | Closed | 02/26/2001 | COURT-F/T APPEAR | 2/225.00 - 2/225.00 | SUSTAINED | REPRIMAN D - DISTRICT LEVEL | Initial | DREES, CINDY L |
| PI20010243 | Closed | 02/21/2001 | EQUIPMENT/DEPT-NEGLIGENT CARE | | UNFOUNDED | | | LUCAS, EARNEL |
| PI20010198 | Closed | 02/18/2001 | FORCE/USE OF IMPROP. -BODILY FORCE | | NOT SUSTAINED | | | HARRIS, TYRONE |
| PI20010489 | Closed | 11/01/2000 | RULES/REG, F/T KNOW-RULE # | 2/110.00 - 2/110.00 | SUSTAINED | SUSPENSI ON | Initial 1 | LUCAS, EARNEL |
| PI20001082 | Closed | 08/09/2000 | RULES/REG, F/T KNOW-RULE # 3/250.35(A)(4) - # 2/010.00 | | SUSTAINED | SUSPENSI ON | Initial 0 | LUCAS, EARNEL |
| | | | F/T CONFORM/STATE-STATUTE | | UNFOUNDED | | | CARTER, ANDRE |

Client Records 0002'19

# Personnel Profile

**Employee Name:** LEWANDOWSKI, SHANNON
Employ012860

| | |
|---|---|
| **Sex:** | F |
| **Race:** | White |
| **DOB:** | 10/21/1966 |
| **Height:** | 510 |
| **Weight:** | 145 |
| **Hair Color:** | BLONDE |
| **Eye Color:** | GREEN |

| | |
|---|---|
| **Rank:** | DETECTIVE |
| **Bureau:** | 331 58 |
| **Sworn:** | |
| **Assignment:** | INTEL ERLY |
| **Hire Date:** | 06/07/1999 |
| **Agency:** | Milwaukee Police Department |
| **Position:** | 2309 |
| **Status:** | A |

| Case No | Status | Incident Date | Allegation | Violation | Finding | Action Type Action | Suspension Days | Linked Complainant |
|---|---|---|---|---|---|---|---|---|
| PI20001048 | Closed | 08/09/2000 | SOP, F/T KNOW-SECT. # | 3/250.35 - 3/250.35 - NOTIFY DISP DE CHANGE IN | SUSTAINED | Initial INSTRUCTION | | ETTIENNE, LISA D |
| | | | SERVICE RELATED-F/T FULLY INVESTIGATE | | NOT SUSTAINED | | | ETTIENNE, LISA D |
| CIS-2000-0229 | Closed | 08/09/2000 | 940.19(1) - Battery | | WARRANT REFUSED | | | CARTER, ANDRE |
| PI20000062 | Closed | 01/25/2000 | FORCE/USE OF IMPROP.-BATON | | EXONERATED | | | ROSE, VICTOR M |
| CIS-2000-0019 | Closed | 01/25/2000 | 940.19(1) - Battery | | BASELESS | | | ROSE, VICTOR |
| PI20011287 | Closed | | SERVICE RELATED-F/T BE CIVIL/COURTEOUS | | NOT SUSTAINED | | | BLACK, LISA |
| PI20010883 | Closed | | PRISONER-ESCAPE/CUSTODY | 2/460.00 | SUSTAINED | SUSPENSION | 2 | LUCAS, EARNEL |

Client Records 000220

Client Records 000221

## Personnel Profile

| | | | |
|---|---|---|---|
| **Employee Name:** Employ012860 LEWANDOWSKI, SHANNON | | **Rank:** DETECTIVE | |
| | | **Bureau:** 331 58 | |
| **Sex:** F | | **Sworn:** | |
| **Race:** White | | **Assignment:** INTEL ERLY | |
| **DOB:** 10/21/1966 | | **Hire Date:** 06/07/1999 | |
| **Height:** 510 | | **Agency:** Milwaukee Police Department | |
| **Weight:** 145 | | **Position:** 2309 | |
| **Hair Color:** BLONDE | | **Status:** A | |
| **Eye Color:** GREEN | | | |

----1985

| Case No | Status | Incident Date | Allegation | Violation | Finding | Action Type Action | Suspension Days | Linked Complainant |
|---|---|---|---|---|---|---|---|---|
| PI20011269 | Closed | | SERVICE RELATED-F/T BE CIVIL/COURTEOUS | | NOT SUSTAINED | | | BANKS, JOHNNY |
| PI20051228 | Closed | | PROCEDURES/INTERNAL-F/T KEEP INFO CONFIDENTIAL | | FILED - INFORMATION ONLY | | | HOERIG, MARY K |
| | | | PROCEDURES/INTERNAL-F/T KEEP INFO CONFIDENTIAL | | FILED - INFORMATION ONLY | | | COUNCIL, NS CITIZEN |

Case 2:16-cv-01089-WED   Filed 06/21/19   Page 9 of 10   Document 86-34

View Records Where:

(Employee Name In ("LEWANDOWSKI, SHANNON"))

------1936

Client Records 000222