# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF WISCONSIN

---

**SHANNON LEWANDOWSKI,**

        **Plaintiff,**

-vs-             **Case No. 16 CV 1089**

**CITY OF MILWAUKEE,**

        **Defendant.**

---

**DEPOSITION OF**

**JOHNNY SGRIGNUOLI**

**(Pages 1 - 53)**

**Mequon, Wisconsin**

**February 28, 2019**

**10:00 a.m. to 1:00 p.m.**

**PHYLLIS KAPARIS**

**Registered Professional Reporter**

---

**Page 2**

1       A P P E A R A N C E S
2           HEINS EMPLOYMENT LAW PRACTICE LLC, 1001
3   West Glen Oaks Lane, Suite 101, Mequon, Wisconsin
4   53092, by MS. JANET L. HEINS
5   (jheins@heinslawoffice.com), appeared on behalf of the
6   Plaintiff.
7           RETTKO LAW OFFICES, S.C., 15460 West
8   Capitol Drive, Suite 150, Brookfield, Wisconsin 53005,
9   by MR. WILLIAM R. RETTKO (bill@rettkolaw.com), appeared
10  on behalf of the Witness.
11          OFFICE OF THE CITY ATTORNEY, Frank P.
12  Zeidler Municipal Building, 841 North Broadway, 7th
13  Floor, Milwaukee, Wisconsin 53202-3653, by MR. ROBIN
14  PEDERSON (rpederson@milwaukee.gov), Assistant City
15  Attorney, appeared on behalf of the Defendant.
16
17
18          I N D E X
19
20  WITNESS        EXAMINATION          PAGE
21  JOHNNY SGRIGNUOLI
22  By Ms. Heins.......................... 4
23  By Mr. Pederson...................... 99
24  By Ms. Heins.........................100
25

---

**Page 3**

1       E X H I B I T S
2   EXHIBIT        DESCRIPTION         ID'D
3   Exhibit 1  IAD Case Management Record................ 23
4   Exhibit 2  Squad Accident Report.................... 52
5   Exhibit 3  Lewandowski Memo RE: IOD/FMLA............. 51
6
7   Exhibit 4  Employee Case File (* CONFIDENTIAL *)..... 53
8
9
10          * * * CONFIDENTIAL DESIGNATION * * *
11              Pages 54 - 106
12
13
14          DOCUMENT REQUEST
15      1.  Page 56, line 10
16  Any documentation that Captain Scrignuoli submitted
17  requesting reversal of his discipline and any document
18  issued by the department in response to that.
19
20
21
22  (Original transcript sent to Attorney Heins)
23  (Original exhibits attached to original transcript)
24
25

---

**Page 4**

1           P R O C E E D I N G S.
2           (Exhibits 1-4 were marked.)
3           JOHNNY SGRIGNUOLI, called as a
4   witness herein by the Plaintiff, after having
5   been first duly sworn, was examined and testified
6   as follows:
7           EXAMINATION
8   BY MS. HEINS:
9   Q   Good morning.  Could you give us your name and
10      spell it for the record, please?
11  A   Sure.  Johnny Sgrignuoli, J-O-H-N-N-Y,
12      S-G-R-I-G-N-U-O-L-I.
13  Q   You understand that you're here today to give
14      testimony in the case of Shannon Lewandowski
15      versus The City of Milwaukee?
16  A   Yes.
17  Q   How long have you known Shannon Lewandowski?
18  A   I would estimate -- I'm just trying to think back
19      to when I was assigned to the CIB.  I would
20      estimate -- oh, boy.  Bear with me for a second
21      because it's -- maybe 2012 or '13, but I'm
22      guessing when I was assigned there.  It's been a
23      while.
24  Q   Okay.  Well, let's go through that.  You're
25      currently employed by the Milwaukee Police

---

**Page 5**

1       Department?
2   A   Yes.
3   Q   And what's your current position?
4   A   I work at the Criminal Investigation Bureau as a
5       Captain.
6   Q   All right.  And how long have you been a Captain
7       in the CIB?
8   A   2015, I believe August.
9   Q   Okay.  Prior to August, 2015 what were your
10      duties or what was your title with the Milwaukee
11      Police Department?
12  A   Immediately prior?
13  Q   Yes.
14  A   Lieutenant in the Milwaukee Police Department
15      assigned to the -- I believe it was called the
16      Investigations Division back then.  We
17      restructured a few times, so.
18  Q   Right.
19  A   It was the same thing, detectives.
20  Q   Okay.  And how long did you hold that position?
21  A   It's hard to say.  I was assigned -- I know I was
22      assigned to Internal Affairs prior to that.  I'm
23      guessing a year, year-and-a-half.  It's really
24      kind of hard to remember that far.
25  Q   And at some point during that year,

---

2 (Pages 2 to 5)

Page 6

1     year-and-a-half were you also an Acting Captain?
2  A  Yes.
3  Q  And how did that come about?
4  A  The Captain retired that was assigned there, Chad
5     Wagner, and I was a Lieutenant, and the Assistant
6     Chief then, Kurt Leibold, designated me as the
7     person in charge.
8  Q  And how long did you serve in that capacity?
9  A  Six months maybe, give or take.
10 Q  Okay.  And before being a Lieutenant in the
11    Investigations Division, what was your title?
12 A  Before I was promoted to Lieutenant or --
13 Q  Yes.
14 A  -- before I was assigned there?  I was a
15    Sergeant.
16 Q  How long were you a Sergeant?
17 A  From 2000 until 2009?
18 Q  And where were you assigned as Sergeant?
19 A  Initially District 6 in 2000.  And then a short
20    time after that I -- I don't remember exact
21    dates -- I went to District 3.  Then -- you're
22    asking me to go back 20 years.  I really don't
23    recall exactly, but I do know all the assignments
24    I had.  I just don't know them in chronological
25    order.

Page 7

1  Q  That's fine.  I'm just interested in the
2     different assignments.
3  A  Okay.  So patrol at District 6.  District 3, I
4     worked in the Intelligence Division, which was
5     part of the Criminal Investigation Bureau.  I
6     worked at Internal Affairs.  I worked at
7     District 5, and then I was promoted to Lieutenant
8     out of that assignment at District 5.
9  Q  Okay.  And in your assignment as Captain, are you
10    assigned to a particular district?
11 A  I'm assigned to a division, the Narcotics
12    Division, the High Intensity Drug Trafficking
13    Areas.  The acronym is HIDTA.
14 Q  And the detectives who work under you, what
15    districts are they working out of?
16 A  They work out of the same building.  We don't
17    have a specific district.  In fact, the personnel
18    there, many of them are deputized federal agents,
19    so we have -- they have jurisdiction all over the
20    state, quite frankly, the Midwest Region.  So
21    they're responsible for the entire -- as far as
22    City of Milwaukee, our entire jurisdiction.
23 Q  Okay.  As a Lieutenant, and some portion of which
24    Acting Captain, what district were you assigned?
25 A  North side districts, District 3, 5, eventually

Page 8

1     District 7 and 4.  Again, another restructuring
2     occurred where it was initially District 3 and 5,
3     and then 7 and 4 were added.  So all the north
4     side districts essentially.
5  Q  Okay.  When did you start with the Milwaukee
6     Police Department initially?
7  A  March of 1994.
8  Q  Okay.
9  A  March 14th.
10 Q  How long did you spend in Internal Affairs or
11    whatever it's been called during the various
12    reorganizations?
13 A  I spent time there as a Sergeant, and then I
14    spent time there as a Lieutenant.  I would say
15    total time maybe two-and-a-half years.
16 Q  Okay.
17 A  It's an estimate.
18 Q  Okay.  Was part of that time in Internal Affairs
19    in 2009?
20 A  So I have to recall.
21 Q  Sure.
22 A  I don't think so.  I think I was at District 7
23    and District 2.  And then I went to the -- what
24    was then known as Neighborhood Task Force.  And
25    then I went to Internal Affairs, so it would have

Page 9

1     been after '09, maybe '10 or '11.
2  Q  Okay.
3  A  I don't think I got sent there in '09.
4  Q  And when was your other stint in Internal
5     Affairs?
6  A  That was as a Sergeant, and that would have been
7     in '07 or '08 perhaps, because it was just prior
8     to going to District 5.  And then I got promoted
9     to Lieutenant.
10 Q  Okay.
11 A  It's hard to remember exact dates going back that
12    far.
13 Q  You do get shifted around fairly regularly in the
14    department, right?
15 A  I've been lucky to have a very wide variety of
16    assignments, yes.
17 Q  Okay.  Can you describe what your duties are as
18    Captain in the CIB?
19 A  I essentially at this point oversee all
20    operations both in the sense of physical
21    operations that occur with our detectives and
22    police officers and sergeant and lieutenant.
23       I also oversee and manage budgets
24    that the Milwaukee Police Department and the
25    HIDTA initiative have memorandums of

3 (Pages 6 to 9)

Page 10

1       understanding with, supervise all of the
2       subordinate personnel that are there, and I work
3       as a liaison with federal agencies, private and
4       public sector partners, and all of the partners
5       back at the Police Administration Building.  So a
6       variety of different duties.
7    Q   Okay.  And you mentioned that as a Lieutenant in
8       the Investigations Division that you supervised
9       detectives.
10   A   Yes.
11   Q   Do you still supervise detectives as Captain?
12   A   Not directly, but I am responsible for all MPD
13       personnel that are assigned to me, yes.
14   Q   Okay.  And when you were Acting Captain, were you
15       also supervising detectives?
16   A   Yes.
17   Q   And when I speak about detectives, are there
18       detectives in different divisions or are they all
19       in CIB?
20   A   Well, the Criminal Investigation Bureau is a
21       bureau that has divisions within it.  So within
22       the bureau, you have members assigned to violent
23       crimes, you have members assigned to homicide,
24       members assigned to sensitive crimes, robbery,
25       property crimes.  So there's a lot of

Page 11

1       subsections.  So they all work for the Criminal
2       Investigation Bureau, each division, if that
3       makes it clear.
4    Q   Yes.  Thank you.
5           What is your highest level of
6       education?
7    A   Marquette University, graduate.
8    Q   In what?
9    A   Business school in leadership.
10   Q   What was the highest degree you received from
11       them?
12   A   A master's degree.
13   Q   So MBA?
14   A   No, no.  I'm not good with math.
15   Q   All right.  And obviously then you have an
16       undergraduate degree.
17   A   From UWM, Milwaukee.
18   Q   Okay.  Is that a bachelor of science?
19   A   Yes.  In fact, I'm just wrapping up at Marquette
20       very shortly, a couple of weeks.
21   Q   Okay.  Are you married?
22   A   Yes.
23   Q   How long?
24   A   Nineteen years.
25   Q   So --

Page 12

1    A   2000.
2    Q   Okay.  That seemed too easy.
3    A   That one I know.
4    Q   I have a friend who got married in 2000 also, so
5       that he could always do the math easily on how
6       long he'd been married.
7          Do you have children?
8    A   Yes.
9    Q   How many?
10   A   Three.
11   Q   What are their ages, roughly?
12          MR. RETTKO:  What's the relevance of
13       this?
14          MS. HEINS:  Just getting personal
15       background information.
16          MR. RETTKO:  You can answer this one.
17          THE WITNESS:  16, 15, 13.
18   BY MS. HEINS:
19   Q   Okay.  All right.  So you've known Shannon
20       Lewandowski for six or seven years, I think you
21       said since 2012 or 2013.  Does that sound right?
22   A   As soon as I got assigned to the Acting Captain
23       job.  She worked in the -- I believe it was
24       called the Central Division or Central Sector of
25       the CIB, and I was overseeing that.  So when I

Page 13

1       got assigned there is when she worked for me.
2    Q   Okay.  How would you describe Shannon
3       Lewandowski?
4    A   Can you be more specific?
5    Q   Well, I want to talk about personally and
6       professionally.  So start with whichever one you
7       want.
8    A   Well, professionally is how I know her.
9    Q   Okay.
10   A   And a very hard worker, pays attention to detail,
11       very persistent.  What else can I say?  Goes the
12       extra mile, very -- just a thorough, very
13       hard-working detective --
14   Q   Okay.
15   A   -- would be the best way to describe her.
16   Q   Did you know her before she was a detective?
17   A   I don't think so.
18   Q   Okay.
19   A   I don't recall that, no.
20   Q   Okay.  So how would you describe her personally,
21       say personality-wise?
22   A   Very independent, outspoken, confident,
23       dedicated.  That's about it.
24   Q   Okay.  Generally speaking if a member of the
25       department has some type of complaint against

4 (Pages 10 to 13)

Page 14

1    another member of the department, is there a
2    particular agency or bureau or some division of
3    the department that investigates those?
4  A   **If you're talking about a personnel complaint,**
5    **yes, it would be the Internal Affairs Division.**
6  Q   When you were in the Internal Affairs Division,
7    either time, did you ever see a complaint come
8    across from Shannon Lewandowski?
9  A   **I don't remember. I don't recall that. Can you**
10   **be more specific?**
11 Q   Yes. I'm trying to think of how to describe it
12   in a short period of time. Do you recall seeing
13   a complaint by Shannon Lewandowski that Chief
14   Flynn had come to her house drunk and hit on her?
15 A   **Absolutely not.**
16 Q   You don't recall seeing anything like that while
17   you were in Internal Affairs?
18 A   **I don't.**
19 Q   Did you ever hear about it?
20 A   **No.**
21 Q   Okay. And you are aware that Detective
22   Lewandowski filed complaints about being
23   discriminated against in the department as a
24   woman, right?
25 A   **I believe so, but I don't recall specifics. I**

Page 15

1    **know I had been in the City Attorney's Office**
2    **prior regarding something that Shannon had filed,**
3    **but I don't know the details of it.**
4  Q   Were you ever working in Internal Affairs when
5    she filed any of those complaints?
6  A   **I don't believe so.**
7  Q   Okay. You mentioned that you were in the City
8    Attorney's Office discussing at least one of
9    those complaints. Was that one that included
10   allegations against you personally?
11 A   **I think so. That would have been the reason I**
12   **was there.**
13 Q   Okay. That was my follow-up question.
14 A   **Yeah.**
15 Q   Were you ever responsible for doing a performance
16   review on Shannon Lewandowski?
17 A   **I would have not been directly responsible for**
18   **doing it, but I would have seen one of the**
19   **Lieutenant's reports. It would have come through**
20   **me, yes.**
21 Q   Okay. Do you recall there being any issues with
22   Shannon Lewandowski's performance while you were
23   one of her supervisors?
24 A   **You mean specifically something documented on her**
25   **performance review?**

Page 16

1  Q   That or documented any other way.
2        MR. RETTKO: Just one question for
3    clarification. As Captain he was never her
4    direct supervisor, and I don't believe he ever
5    said he was her direct supervisor.
6        MS. HEINS: Right. That's not what
7    I'm asking.
8        MR. RETTKO: Okay.
9        MS. HEINS: He's two levels up
10   obviously. But let me go back.
11 BY MS. HEINS:
12 Q   When Shannon Lewandowski was working under your
13   indirect supervision, I think you mentioned you
14   saw and approved performance reviews that were
15   performed on her?
16 A   **Anything for the division would have ultimately**
17   **come through me, yes.**
18 Q   Okay. Do you recall seeing any either
19   performance reviews or other documents that
20   indicated any kind of performance issue with
21   Shannon Lewandowski?
22 A   **I don't recall. If she would have had an**
23   **evaluation done while I was there, I would have**
24   **seen it. But that could be verified by my**
25   **signature on there.**

Page 17

1  Q   Right.
2  A   **I don't remember any positives or negatives. I**
3    **just go back to what I recall about her work**
4    **performance.**
5  Q   Okay. Do you recall an occasion where you
6    received a copy of an e-mail she sent to Chief
7    Flynn about an arrest warrant?
8  A   **I don't recall that.**
9  Q   Okay. Did Chief Flynn have an open door policy?
10 A   **Not to me he didn't. I never heard that.**
11 Q   All right. So if he had not had an open door
12   policy, did that mean that he expected everyone
13   to go through the chain of command with
14   everything?
15 A   **That was made very clear to us as commanders,**
16   **yes, chain of command.**
17 Q   How was that made clear to you?
18 A   **Just through our Assistant Chief and through the**
19   **policies.**
20 Q   Okay. Do you recall a suspect named Anthony
21   Bradley?
22 A   **I don't.**
23 Q   In case it helps your recollection, he was an
24   individual who ultimately -- to use a
25   colloquialism -- committed suicide by cop.

5 (Pages 14 to 17)

Case 2:16-cv-01089-WED   Filed 06/21/19   Page 5 of 22   Document 86-46
Exhibit 46

Page 18

1  A    I'm sorry.  I don't remember the name.
2  Q    Okay.
3  A    Or the incident.
4  Q    All right.  Well, as part of -- have you reviewed
5       any of the documents in this lawsuit?
6  A    I don't remember.  I don't recall.
7  Q    Okay.
8  A    I don't know if that's been made accessible to
9       me.
10 Q    All right.  Well, referring to the Complaint in
11      the case, which is already part of the record, so
12      it's the Amended Complaint in particular which
13      would be ECF 47, for reference later.  Just to be
14      brief, Ms. Lewandowski details that she had
15      received an informant tip on where to find a
16      wanted person on December 6, 2014.  And she
17      describes her efforts to get someone to authorize
18      a warrant and indicates that she -- after various
19      unsuccessful attempts she e-mailed you,
20      Lieutenant Lough, Lieutenant Hanley, Captain
21      Smith, Lieutenant Armbruster and Chief Flynn
22      indicating that she had had problems getting
23      anyone to authorize this, and ultimately did
24      receive clearance to arrest the suspect, but he
25      later committed suicide by cop.  Any of that

Page 19

1       sound familiar to you?
2  A    I'm sorry.  It doesn't.
3  Q    Okay.  She also indicates that a few days after
4       she had sent this e-mail, you, who were Acting
5       Captain at the time, talked to her in the hallway
6       about that e-mail.  Do you recall doing that?
7  A    I don't.
8  Q    Did you ask her any words to the effect of, what
9       the hell is wrong with you?  Why would you write
10      to the Chief?
11 A    No.
12 Q    Okay.  Did you tell her not to write any more
13      e-mails to the Chief?
14 A    No.
15 Q    Did you tell her not to do anything to cross you
16      again?
17 A    No.
18 Q    Okay.  Assuming for the sake of this question
19      that Shannon Lewandowski did send an e-mail
20      directly to Chief Flynn without going through the
21      chain of command, is that something that would
22      reflect poorly on the individuals that she
23      skipped over in order to e-mail the Chief?
24 A    I think it reflects poorly on the person that
25      sent the e-mail.

Page 20

1  Q    All right.  Would it also present a problem for
2       the individuals in the intervening chain of
3       command for allowing one of their subordinates to
4       skip the chain of command?
5  A    No problem at all.
6  Q    No?  So you would have no reason to tell her not
7       to cross you again?
8            MR. RETTKO:  I'm going to object.  It
9       assumes a fact not yet in evidence.  He has
10      denied that he ever said that to her.
11           But go ahead and answer.
12           THE WITNESS:  Can you ask me that
13      question again?
14 BY MS. HEINS:
15 Q    Sure.  So you would have no reason to tell
16      Ms. Lewandowski not to cross you again?
17 A    Absolutely not.  I don't think I ever used that
18      term in my life.
19 Q    All right.  Did you ever tell Ms. Lewandowski
20      that she should apologize for anything?
21 A    No, I don't -- no.
22 Q    Okay.  Did you tell Ms. Lewandowski that it would
23      be her career if she did that again?
24 A    Absolutely not.
25 Q    You mentioned a moment ago that sending such an

Page 21

1       e-mail outside of the chain of command would
2       reflect poorly on the person who sent it.
3  A    I believe so, yes.
4  Q    Why?
5  A    Well, that's why we have layers of supervision.
6       You can take your concerns to your immediate
7       supervisor, and if that doesn't resolve it, you
8       go to the next level.  I can't, nor have I ever
9       sent an e-mail directly above my direct
10      supervisor's boss.  That isn't how we train
11      people.  That isn't what's expected.
12 Q    Okay.  All right.  Did you ever personally
13      reprimand Shannon Lewandowski for anything?
14 A    Can you clarify reprimand?
15 Q    Admonish, to use slang, to yell at her or
16      indicate that you were unhappy with something she
17      had done.
18 A    No.
19 Q    Okay.  In the end of the 2014 and the beginning
20      of 2015, what was department's policy or approach
21      to overtime?
22 A    I can give you a general description.  Overtime
23      policy has always been the same since I was an
24      officer.
25 Q    All right.  And what is that?

6 (Pages 18 to 21)

Case 2:16-cv-01089-WED   Filed 06/21/19   Page 6 of 22   Document 86-46
Exhibit 46

Page 22

1  **A    It's used when necessary.  Supervisors are**
2  **charged with monitoring it and making sure**
3  **appropriate overtime is allocated in a productive**
4  **way.**
5  Q    And has there always been an interest in
6  minimizing overtime to the extent possible?
7  **A    It's very dependent on the situation.**
8  Q    Okay.  Can you give us a couple examples of when
9  overtime would be appropriate for an officer or
10  detective?
11  **A    Certainly felony investigations, we have a**
12  **variety of grants that we have to expend where**
13  **overtime is part of that, unexpected incidents,**
14  **completing reports for a case or presentation to**
15  **the D.A. if it's an arrest situation.**
16          **There's a lot of time constraints in**
17  **our business, and we have to get things done, and**
18  **sometimes it requires working beyond the**
19  **eight-hour shift.**
20  Q    Okay.  Going back to January 1st of 2015, was
21  that part of your stint as Acting Captain or had
22  you become Captain already?
23  **A    Was what part of my stint?**
24  Q    Strike that.  On January 1st of 2015 you were
25  Acting Captain in the Investigations Division,

Page 23

1  right?
2  **A    Yes.**
3  Q    Okay.  Do you recall sending Ms. Lewandowski home
4  that night before she had a chance to complete a
5  report that she was doing?
6  **A    No.**
7  Q    Okay.  Ms. Lewandowski claims as part of her
8  lawsuit that you sent her home without completing
9  the report that evening and then reprimanded her
10  for not having completed the report the night
11  before.
12  **A    And what's your question?**
13  Q    My question is, do you recall any incident like
14  that?
15  **A    No.**
16  Q    Okay.  Do you recall telling Ms. Lewandowski that
17  that's what happens when you go against me?
18  **A    No.**
19  Q    Okay.  I'm going to show you what we marked as
20  Exhibit 1 to your Deposition.  Could you review
21  that briefly?
22  **A    Okay.**
23  Q    All right.  I want to refer your attention
24  specifically to Pages 4 and 5 of the exhibit.
25  It's your April 7, 2014, two-page memo to Michael

Page 24

1  Brunson from Thomas Hines, and it bears your
2  signature on Page 5; is that correct?
3  **A    I want to make sure I'm looking at the right one.**
4  Q    Yes, right there.
5  **A    Okay.  Yes.**
6  Q    Do you recall sending this memo?
7  **A    I do.**
8  Q    Why does it indicate that it's from Thomas Hines,
9  Police Sergeant?
10  **A    In Internal Affairs the sergeant's role is to**
11  **conduct the investigations and quite frankly**
12  **interact with members when it comes to personnel**
13  **investigations.  The information here in the body**
14  **of this report is conveyed to me, and quite**
15  **frankly this is authored by me, and I think what**
16  **I overlooked is that that "from" wasn't changed.**
17  **We do many of these reports and --**
18  Q    Right.
19  **A    -- looking at this one on the front, it's**
20  **possible that that "from" title just wasn't**
21  **changed.  But that is my signature.**
22  Q    Okay.  Do you recall this particular incident
23  that's contained in Exhibit 1?
24  **A    I only recall what Lieutenant Turcinovic had sent**
25  **up, which is indicated in that memorandum that he**

Page 25

1  **forwarded through Captain Stigler.  As far as the**
2  **rest of that process, I wouldn't have been**
3  **involved in it.**
4  Q    Do you recall speaking to Detective Lewandowski
5  about the information contained in Exhibit 1?
6  **A    No.**
7  Q    Do you know who Melanie Beasley is?
8  **A    I know the name.**
9  Q    Okay.  Do you know what her current status is
10  with the department?
11  **A    I don't.**
12  Q    Did you ever supervise Ms. Beasley directly or
13  indirectly?
14  **A    I don't believe so.**
15  Q    Okay.  Do you recall Shannon Lewandowski
16  testifying in a hearing on a temporary
17  restraining order Ms. Beasley was bringing
18  against Robert Wilkinson?
19  **A    I don't have any knowledge of that.**
20  Q    Okay.  Have you ever gone through early
21  intervention training at the department?
22  **A    Oh, yes.  I don't know if it was called that, but**
23  **we've received training as supervisors on that**
24  **topic, yes.**
25  Q    Okay.  Can you briefly in a sentence or two

7 (Pages 22 to 25)

Page 26

1   describe what that training consists of?
2   A   The training that I received was specific to
3       monitoring officers that are outliers as far as
4       use of force, pursuits, citizen complaints.  That
5       was the type of training that I received.
6   Q   Okay.  Does the department also offer training in
7       assisting officers who may be having personal
8       issues?
9   A   I don't know if I would call it training.  I know
10      that we are all aware of the resources available
11      and how to convey that information to those that
12      we either identify would benefit or people that
13      actually request it.
14  Q   Do the policies of the department allow for
15      officers to assist other officers with personal
16      matters if it's affecting their work?
17  A   I don't know if that's noted in the policies.  Do
18      you mean like being friends with people?
19  Q   No.  What I'm asking about is if you notice that
20      another member of the department is having a
21      personal issue that's affecting their work, is
22      there anything that provides for you to have the
23      ability to assist that officer and still have it
24      be considered police business?
25  A   We have a police officer support team that

Page 27

1       handles that.  It's called the POST team.
2   Q   And briefly, what does the POST team do?
3   A   I only know from a 10,000 foot level.  It's a
4       group of members of a variety of ranks that do
5       respond to those types of requests, people that
6       need help with a personal matter, financial
7       matter, work matter, I think a variety of things.
8       But it's a confidential exchange with members of
9       that team and the member.
10  Q   Okay.  Did you ever attend any injunction hearing
11      or TRO hearing brought by Ms. Beasley?
12  A   No.
13  Q   Did you ever send someone else to attend a
14      hearing like that?
15          MR. PEDERSON:  I'm going to interject
16      here.  Are you saying for any member or
17      specifically as to Ms. Beasley?
18  BY MS. HEINS:
19  Q   Specifically as to Ms. Beasley.
20  A   I don't think so, no.
21  Q   Okay.  At some point in January of 2015
22      Ms. Lewandowski was involved in an accident in a
23      police squad, correct?
24  A   Yes.
25  Q   How did you first become aware of that?

Page 28

1   A   I believe it was a phone call from one of the
2       Lieutenants, and I am not exactly sure which one.
3   Q   Was it Lieutenant Hanley?
4   A   It's possible.  I did get a call from a
5       Lieutenant.  Again, I just don't know which one.
6   Q   And do you recall generally the substance of the
7       call?
8   A   That there was a severe accident with injuries to
9       civilian and police personnel, Shannon and her
10      partner Juanita Carr, Detective Juanita Carr,
11      and, like I said, a civilian.  And that was
12      really it, and that it was being handled.
13  Q   Did the call indicate that the accident had
14      happened recently?
15  A   I got the call I believe as soon as the
16      supervisor was available to tell me.  I don't
17      remember the time gap.
18  Q   Were you on duty at the time?
19  A   I was home.
20  Q   Okay.
21  A   It was at night.
22  Q   Right.  And at that time what were your work
23      hours at the department usually?
24  A   Well, I was a day shift Lieutenant so, 7:00 a.m.
25      to three or 8:00 a.m. to four, business hours.

Page 29

1   Q   Okay.  Did you -- after you received the call
2       from the Lieutenant describing the accident, did
3       you take any further steps with regard to that
4       accident right away?
5   A   I don't recall.  But knowing myself, I would have
6       called my boss to tell him.
7   Q   And who was your boss at the time?
8   A   Assistant Chief Kurt Leibold.
9   Q   Okay.  Do you recall anything that he did after
10      being informed by you?
11  A   I wouldn't know what he did.  I can only assume.
12  Q   Okay.  Any accident that happens involving
13      members of the department is considered serious,
14      right?
15  A   No.
16  Q   Let me back up a second.  Is it of particular
17      note to officers when fellow officers have been
18      involved in an accident with injuries?
19  A   Can you rephrase it?  I don't think I understand
20      your question.
21  Q   When you hear that another officer has been
22      involved in an accident and has been injured,
23      does that hit you personally in any way?
24  A   Are you made aware of it, are you concerned?  Is
25      that the question?

8 (Pages 26 to 29)

**Page 30**

1  Q   Yes, essentially.
2  A   Absolutely.
3  Q   And if fellow officers are injured, that's
4      something that's of interest to all the members
5      of the department in one way or another, right?
6  A   I can only speak for myself.
7  Q   All right.  For you, is that something of
8      interest to you?
9  A   When someone's seriously hurt?
10 Q   Yes.
11 A   Yes.
12 Q   Why?
13 A   It's an unfortunate part of the task that we
14     perform every day, and nobody wants to hear about
15     that.
16 Q   Okay.  When you learned about the accident, did
17     you direct anybody under your supervision to take
18     any steps to investigate it?
19 A   I don't recall that, but the policy is that a
20     supervisor will investigate all accidents.  And
21     in the situation here, which was a severe
22     accident from what I was explained to, I believe
23     the supervisors were already there.
24 Q   Okay.  And who would have been considered
25     Ms. Lewandowski's direct supervisor at that time?

**Page 31**

1  A   Quite frankly, any one of supervisory rank at the
2      scene, you know, she's subordinate to.  But the
3      working Lieutenant in the bureau would have been
4      the person that would have called me.
5  Q   Okay.  And so someone with the rank of Lieutenant
6      would have been her supervisor, right, or
7      immediate supervisor?
8  A   As far as her reporting chain of command through
9      her bureau, yes.  But again if there's a Sergeant
10     there, a Sergeant also can oversee that.
11 Q   Okay.  As a result of the accident on January 19,
12     2015, was Ms. Lewandowski off work for a period
13     of time?
14 A   Yes.
15 Q   And why was she off work?
16 A   She had injuries from the accident.
17 Q   What were her injuries?
18 A   I don't know specifically.
19 Q   One of the injuries Ms. Lewandowski sustained was
20     a concussion, right?
21         MR. RETTKO:  If you know.
22         THE WITNESS:  I don't know.
23 BY MS. HEINS:
24 Q   You don't know?  Did you ever go to visit
25     Ms. Lewandowski at her home after the accident?

**Page 32**

1  A   Yes.
2  Q   Okay.  And what was your purpose in doing that?
3  A   Captain Jason Smith and I went to her residence.
4      I believe it was to either check on her status or
5      convey some paperwork.  I don't recall exactly
6      why we went.
7  Q   How long after the accident did the two of you go
8      there?
9  A   Well, she was still injured and not at work.  So
10     I don't remember the day.  I remember it was
11     cold.
12 Q   Okay.
13 A   And there was snow.
14 Q   Was this a few days after the accident or was it
15     a longer period of time than that?
16 A   I don't recall.
17 Q   You don't recall?  Was there ever any other
18     occasion when you went to Ms. Lewandowski's home
19     after the accident?
20 A   Absolutely not.
21 Q   No?  Within a week or two after the accident did
22     you verbally reprimand Ms. Lewandowski for
23     testifying on behalf of Ms. Beasley?
24 A   Absolutely not.
25 Q   Why do you say, absolutely not?

**Page 33**

1  A   I don't know about that until you just mentioned
2      it.
3  Q   Okay.  Going back to the accident, you described,
4      you indicated that Detective Lewandowski and
5      Detective Carr were in the accident together,
6      right?
7  A   Yes.
8  Q   Was Detective Carr injured as well?
9  A   Yes.
10 Q   Did she also have severe injuries?
11 A   I don't know.
12 Q   Was she off work for a period of time?
13 A   I think so.  I don't remember.
14 Q   Okay.  Did Ms. Lewandowski try to return to work
15     after the accident within a month or two?
16 A   I think she did return to work.
17 Q   Okay.  During the time she was off work because
18     of the accident, was she also required to testify
19     in cases that she had helped investigate?
20 A   Can you rephrase the question?
21 Q   Sure.  While she was off work for the injuries
22     from the accident, was she also required to
23     testify under subpoena at any court hearings in
24     cases she had worked on as a detective?
25 A   I believe she received subpoenas from -- related

Case 2:16-cv-01089-WED   Filed 06/21/19   Page 9 of 22   Document 86-46
Exhibit 46

Page 34

1     to her duties.  The rule on being able to testify
2     on those are -- when you're hurt, deals with how
3     mobile are you, if you can get there or not.
4  Q  Okay.  And does being subpoenaed to testify
5     depend on what off-duty status you are in at the
6     time?
7  A  Do you mean do you not get a subpoena if you're
8     injured?  I don't understand the question.
9  Q  Let's start with that.  Do you not get a subpoena
10     to testify if you're out injured?
11  A  You do get subpoenas, orders from the court.
12  Q  Okay.  And so I believe you mentioned a moment
13     ago that the question of whether you would go or
14     not relates to whether you can get there?
15  A  I said based upon someone's mobility that's
16     related to their injury.
17  Q  Right.  So if they're not mobile because of the
18     injury, they would not be forced to testify?
19  A  What do you mean by forced?
20  Q  Subpoenaed, legally forced, compelled.
21  A  Well, I think the subpoena comes no matter what.
22     The person issuing the subpoena doesn't know if
23     someone's hurt or not.
24  Q  Okay.  So if someone's hurt and not mobile, how
25     would they go about getting out of a subpoena to

Page 35

1     testify?
2  A  There's an adjournment request form that is
3     filled out for a variety of reasons, and if
4     you're not available, if you're injured, if
5     you're on vacation.  That goes through your chain
6     of command, and it's pushed to the court
7     administration section, and they make their
8     arrangements.  It's not always granted.
9  Q  All right.  But there is a mechanism to request
10     being excused from a subpoena if you're not able
11     to attend because of injuries.
12  A  There's a mechanism to request not being able to
13     attend a state or a municipal subpoena for a
14     variety of reasons.
15  Q  Okay.  At the department what is injured on duty
16     status?
17  A  If you received an injury related to an on-duty
18     action.
19  Q  Okay.  And does injured on duty status come with
20     pay or without pay?
21  A  No.  You are paid while you are injured.
22  Q  Okay.  If someone is injured and off duty and on
23     FMLA, is that paid or unpaid?
24  A  I'm not an FMLA expert.  I don't know.
25  Q  Okay.  Are there occasions or circumstances under

Page 36

1     which an officer can be injured and not at work
2     and not being paid?
3  A  Injured, not at work, and not being paid.
4  Q  Right.
5  A  I don't know.
6  Q  Okay.  Do you know if Detective Lewandowski
7     received pay while she was off work with her
8     injuries?
9  A  If she was on an IOD status, she would be getting
10     paid because that is a specific code for payroll.
11  Q  And if she were not on IOD status, would she be
12     getting paid?
13  A  That's dependent on a lot of factors, you know,
14     sick time and comp time and vacation time.  I
15     don't know the details of her balances in those
16     areas.
17  Q  Okay.  Do you recall her calling you a couple of
18     months after she had been off work to inquire
19     about her status being off work?
20  A  Call me about her status?
21  Q  Whether she was on IOD or FMLA?
22  A  I don't recall a specific conversation about
23     that, no.
24  Q  Okay.  In any of your conversations with
25     Detective Lewandowski after her accident in

Page 37

1     January, 2015, did you observe that she had
2     problems speaking to you or interacting with you
3     in any way?
4  A  I believe there came a time -- it wasn't a
5     problem with speaking or interacting.  It was she
6     had conveyed some issues -- and I don't recall
7     specifics -- about not being healthy.  That would
8     have been in a setting with another supervisor.
9     I don't recall specifics, but it was in my office
10     and she -- it was something to do with either
11     serving a discipline that had come down or giving
12     her some kind of documentation, but I don't
13     remember the exact details.
14  Q  Okay.  Did you suspend her from work at some
15     point after her accident after she had returned?
16  A  I believe so.
17  Q  And for what reason?
18  A  I don't recall the exact reason.  It would have
19     been an order that came from my boss, because I
20     didn't have that authority.
21  Q  Okay.  But you would be the one to advise her
22     that she was being suspended?
23  A  Correct.
24  Q  Okay.  Do you recall if Detective Carr returned
25     to work after the accident?

10 (Pages 34 to 37)

Page 38

1  A    Yes, I know for a fact she did.  She's still
2       working.
3  Q    Is she?  Okay.  Did you ever become aware that
4       Ms. Lewandowski was having trouble testifying in
5       court under subpoena after her accident?
6  A    I don't believe so.
7  Q    Did you ever observe Ms. Lewandowski stutter when
8       she spoke after the accident?
9  A    I don't think so.
10 Q    Do you recall an incident where Ms. Lewandowski
11      was accused of being drunk while testifying at
12      court?
13 A    I don't.
14 Q    Okay.  Do you recall which of the detectives was
15      driving the car at the time of the accident?
16 A    I don't.  I think it was Shannon.
17 Q    Okay.  Was there ever a determination that she
18      had been the cause of the accident?
19 A    I wasn't part of that investigation.  I don't
20      know what the details of it were.
21 Q    Okay.  Do you recall that -- do you recall any
22      details about the accident?
23 A    Yes.
24 Q    What do you recall?
25 A    That she and her partner had been dispatched by a

Page 39

1       supervisor to do some follow-up on a case, and
2       that was in proximity to the district, it would
3       have been in a north or west direction.  And then
4       some accident occurred after that instruction
5       east of the district, and that was contrary to
6       what the supervisor had told her.  That's really
7       the extent of what I knew about how the accident
8       occurred.
9  Q    Do you recall anything about the other driver in
10      the accident?
11 A    I believe it was a female driver, and that the
12      accident was significant.  I don't know.  I
13      didn't get -- recall her name or anything about
14      her.
15 Q    Okay.  After the accident did you ever reassign
16      Ms. Lewandowski to a different position?
17 A    Well, assignments are only at the authority of
18      the Chief.  Do you mean like a transfer?
19 Q    Transfer or recommend reassigning?
20 A    Well, I would have had the authority to reassign
21      her within my bureau to a different task.  I'm
22      just trying to think back.  I don't remember
23      because there was -- we did a lot of things in
24      the division, and a lot of detectives performed a
25      lot of different tasks.

Page 40

1  Q    Okay.
2  A    I mean, if you can be more specific, I might be
3       able to help you on that.
4  Q    You mentioned just a couple minutes ago that you
5       recall Ms. Lewandowski being in your office with
6       another person from command staff, and you were
7       talking about paperwork or something.  Do you
8       remember that?
9  A    Yes.
10 Q    Was that Lieutenant Armbruster?
11 A    It could have been Lieutenant Armbruster, it
12      could have been Lieutenant Berard.  I'm just
13      trying to think who worked day shift hours.  It
14      could have been Lieutenant Lough.  Exactly who, I
15      don't know.
16 Q    All right.  At some point after the accident, did
17      you take away Ms. Lewandowski's police powers,
18      her gun, her badge, that sort of thing?
19 A    Well, that again if you're referring to a
20      suspension, if she was suspended, I believe she
21      was.
22 Q    Okay.  Do you recall what led to the suspension?
23      Was there a particular incident?
24 A    I know there were a few different incidents
25      involving the rationale why that was -- order was

Page 41

1       pushed down to me.  Most of -- what I recall more
2       specifically was after I was notified by a
3       Children's Court Center judge of some conduct she
4       had been engaged in.
5  Q    Was that Judge Swanson?
6  A    Perhaps.  A male Children's Court Center judge.
7  Q    Okay.  Do you recall specifically what
8       information you received from that judge?
9  A    Well, I documented the information I received.
10      What I recall is that he had contacted me
11      directly, which was very -- highly unusual to be
12      called by a judge, and reported essentially what
13      was misconduct on her behalf while in his
14      courtroom.
15 Q    Okay.  You mentioned that you thought there were
16      a few incidents that led to her suspension.  What
17      were the other ones?
18 A    I recall that one, and then I thought there was
19      another instance where she was suspended but it
20      could -- the interactions kind of run together.
21      I know with certainty she was suspended at least
22      once.  I know that I was in order to serve that
23      paperwork on her.  And maybe it wasn't twice, but
24      I do know at least once, or of my once.
25 Q    Okay.  Do you recall if there were any other

11 (Pages 38 to 41)

Page 42

1    incidents involving Detective Lewandowski's
2    testimony in court?
3  **A    I don't understand the question.**
4  Q    You mentioned you thought there were a few
5    incidents that led to her suspension.  Would one
6    of those, one or more of those instances have
7    related to other court appearances where she was
8    testifying?
9  **A    Well, to clarify, I don't know if these incidents**
10   **compounded into a suspension.  I know that the**
11   **one incident about the misconduct in court, I**
12   **referred that for investigation.  I don't know**
13   **what the outcome of that was.  But I also**
14   **recall -- and I don't know if it was a result of**
15   **that or if it was prior -- but I do recall being**
16   **given the order to suspend her.  So it could have**
17   **been from the court incident or it might have**
18   **been prior.**
19 Q    Okay.
20 **A    I don't remember.  And as far as her testimony in**
21   **court, I never have witnessed that.  I've never**
22   **been in court when she's testifying, so.**
23        MR. PEDERSON:  For the record, I
24   would like to make something clear.  You were
25   told that you were suspending her.  Are you

Page 43

1    talking about suspending as discipline or
2    suspending of police powers?
3        THE WITNESS:  Well, a suspension -- I
4    can't impose discipline to that level.  So that
5    would have been an order simply to suspend her
6    police powers.
7        MR. PEDERSON:  Okay.
8        THE WITNESS:  Which involves taking a
9    member's equipment and informing them that, you
10   know, they don't have arrest authority.
11 BY MS. HEINS:
12 Q    Okay.  A person whose police powers have been
13   suspended, can that person still testify in court
14   under a subpoena?
15 **A    When a person's on suspension?**
16 Q    Yes.
17 **A    You have to honor a subpoena.**
18 Q    Okay.  So, yes.
19 **A    Yes, if you get subpoenaed, you have to honor it.**
20 Q    Okay.  So having your police powers suspended
21   does not mean that you can't testify in court, is
22   what I'm asking?
23 **A    Yes.**
24 Q    So would it be fair to say then based on
25   counsel's question, that there are two types of

Page 44

1    suspensions for department members, either the
2    suspension of police powers or a suspension,
3    meaning sending someone home from work?
4  **A    There's a variety of different -- when you talk**
5    **about suspensions, you can be administratively**
6    **suspended, you can be completely suspended where**
7    **you are not even allowed to show up on the**
8    **property.  So there's a distinction there.**
9  Q    Okay.  What's administratively suspended mean?
10 **A    If your police powers are suspended; however, you**
11   **can still perhaps file paperwork or you can**
12   **answer a phone call.  You can perform**
13   **police-related duties that are not field**
14   **operations, if you will.**
15 Q    Okay.
16 **A    Arrest-related type situations.**
17 Q    So a member of the department then could be
18   administratively suspended but still working for
19   the department performing other job duties,
20   right, like you said paperwork or --
21 **A    Yes.**
22 Q    Not involving field work.
23 **A    Correct.**
24 Q    Was Ms. Lewandowski ever on one of those type of
25   suspensions under your supervision?

Page 45

1  **A    I don't remember.**
2  Q    Okay.  Was she ever suspended and sent home from
3    work completely under your supervision?
4  **A    What do you mean, sent home from work completely?**
5    **I don't understand.**
6  Q    The other type of suspension.
7  **A    I don't know if that did happen or not.  That**
8    **would not have been something that was up to me.**
9    **That would have to be something I received an**
10   **order for.**
11 Q    All right.  Let me back up to try to clarify
12   this.  You spoke about there were some incidents
13   that led up to Detective Lewandowski being
14   suspended.  Was that suspension administrative or
15   nonadministrative?
16 **A    I recall her equipment was taken, her firearm.**
17   **We normally also take the credentials away.  But**
18   **I don't recall the specifics if she was fully**
19   **suspended or administratively.  I make the**
20   **assumption it was administrative.  She would have**
21   **kept her identification so she could get back in**
22   **and out of the building.**
23 Q    Okay.
24 **A    But, again, to clarify, I don't know if it was a**
25   **variety of different incidents that led to a**

12 (Pages 42 to 45)

Page 46

1  suspension or if it was based upon one.  I -- I
2  didn't work in the Internal Affairs Division
3  then, so I don't know if she had other issues
4  going on or not.
5  Q    So was it up to people in the Internal Affairs
6  Division to determine whether a member should be
7  suspended in any fashion?
8  A    Well, any Captain on the police department has
9  that ability.  But when it comes to a full
10  suspension, that comes from the Commander of
11  Internal Affairs or an Assistant Chief or
12  Inspector.
13  Q    Okay.  You mentioned in speaking about the judge
14  from Children's Court incident, that you referred
15  that for investigation.  Did you refer that to
16  Internal Affairs?
17  A    Through my chain of command, yes.
18         MS. HEINS:  Why don't we take a short
19  break here.
20         (A recess was taken.)
21  BY MS. HEINS
22  Q    After you received the call from Judge Swanson,
23  did you speak to Detective Lewandowski shortly
24  after that?
25  A    No.

Page 47

1  Q    You're certain of that?
2  A    I think so, yes.
3  Q    Okay.  Did you go to her home to talk to her
4  about it after receiving the call from Judge
5  Swanson, within a day or two?
6  A    If I went to her home, that would have been the
7  instance I went with Captain Smith.  I only went
8  to her home once.
9  Q    Okay.  Do you recall telling her that she was
10  making bad decisions?
11  A    I don't recall that.
12  Q    Did you tell her that; you had a cell phone in
13  court and the judge called me and told me he
14  wanted to hold you in contempt of court and
15  decided not to do as a favor?
16  A    I don't recall saying that to her, no.
17  Q    Do you recall telling Detective Lewandowski that;
18  you called a burglary suspect the N-word?
19  A    I don't recall saying that, no.
20  Q    Do you recall an incident where Detective
21  Lewandowski apprehended an attempted burglar at
22  her own home while she was off work after the
23  accident?
24  A    I do vaguely recall that, yes.
25  Q    When you went to Detective Lewandowski's home,

Page 48

1  was that the occasion that you suspended her
2  police powers?
3  A    No.  I believe that occurred in -- at the Police
4  Administration Building in my office.
5  Q    When you were at Detective Lewandowski's home did
6  you tell her that she could not take the
7  lieutenant's exam?
8  A    No.
9  Q    Did you tell her that she could not testify for
10  Melanie Beasley?
11  A    No.
12  Q    Do you recall an occasion in February, 2015,
13  where Detective Lewandowski went to court and did
14  testify on behalf of Melanie Beasley?
15  A    I have no knowledge of anything that has to do
16  with Melanie Beasley.
17  Q    Okay.  Did you tell Detective Lewandowski that
18  she had violated the rules by testifying in court
19  for her while she was suspended?
20  A    No.
21  Q    Are aware that Detective Lewandowski sent a
22  letter to the court apologizing for the incident
23  that we've been referring to?
24  A    To the accident or the -- which incident?
25  Q    Let me try that again.  Are you aware that

Page 49

1  Detective Lewandowski wrote a letter to the judge
2  in Children's Court apologizing for that
3  incident?
4  A    I'm not.
5  Q    Okay.  Did you ever send a POST member to
6  Detective Lewandowski's home to speak to her?
7  A    I don't remember.
8  Q    Okay.  Did you ever order Detective Lewandowski
9  to write a memo for an involuntary transfer or
10  face more consequences for her complaints?
11  A    No.
12  Q    Did you ever talk to Mike Crivello about
13  Detective Lewandowski?
14  A    At least once.  I don't know how many times.
15  Q    Did you tell him that she made you look bad in
16  the eyes of the Big Guy, or the Chief?
17  A    No.
18  Q    Did you ever advise Detective Lewandowski that
19  she was not to testify in court even under
20  subpoena?
21  A    Absolutely not.  I would never do that.
22  Q    Did Detective Lewandowski ever tell you that she
23  had headaches from her accident?
24  A    I don't remember, but it's possible.
25  Q    Okay.  Do you ever cause Detective Lewandowski

13 (Pages 46 to 49)

---

Page 50

1    to be sent for a fit-for-duty examination after
2    her accident?
3  A    Those orders come from the medical section.  It
4        would not have come from me.
5  Q    Do you know if she was ever given a
6        fitness-for-duty exam?
7  A    I don't know.
8  Q    Okay.  Did you see any of the memos that
9        Detective Lewandowski gave to the Chief's office
10       and to the Fire and Police Commission complaining
11       about discrimination and retaliation against her?
12 A    No.
13 Q    Did you retaliate against Detective Lewandowski
14       for complaining?
15 A    Never.
16 Q    Do you think you treated her differently on the
17       basis of her gender?
18 A    No.
19 Q    Do you know that Detective Lewandowski has made
20       those allegations against you?
21 A    Which allegations?
22 Q    That you treated her differently because of her
23       gender and that you retaliated against her for
24       complaining?
25 A    I believe I'm aware of those two, yes.

---

Page 51

1  Q    I'm going to show you what we've marked as
2        Exhibit 3 to your deposition.  Have you seen that
3        before?
4  A    Well, I signed it.  So if I could read through
5        it, I'm going to say, yes.
6  Q    Sure.  Take your time.
7  A    Okay.
8  Q    Have you seen Exhibit 3 before?
9  A    Yes.
10 Q    Did you take any action in response to receiving
11       this memo from Detective Lewandowski?
12 A    Yes.
13 Q    What action did you take?
14 A    First I forward -- as you say, I sent a copy to
15       the medical section that oversees all of her
16       concerns as far as medical leave, FMLA, workman's
17       comp.  I also sent it to her Captain, Dave
18       Salazar, because she no longer worked for me at
19       that time.
20 Q    Okay.
21 A    And it also looks like I asked for a copy to go
22       in her file.
23 Q    Did you ask Captain Salazar to take any
24       particular action on Exhibit 3?
25 A    No.  He doesn't require guidance on this.

---

Page 52

1        Medical section is the place for all of these
2        concerns to be addressed.
3  Q    Okay.  And you and Captain Salazar were peers at
4        that point, both of you were Captains?
5  A    No.  I was a Lieutenant, Acting Captain; he was a
6        Captain.
7  Q    Okay.  So it would have been a couple of months
8        after the date of this memo that you actually
9        became a Captain, June so -- or August?  I'm
10       sorry.
11 A    Yeah, August.  So a few months.
12 Q    All right.  Now I'll have you take a look at
13       Exhibit 2 to your deposition.
14           And it looks like the last page of
15       this exhibit was inadvertently attached to this,
16       as it does not relate.  So if you could just
17       remove that.
18 A    This one?
19 Q    Yes.  Sorry about that.
20           Have you had a chance to look at
21       this?
22 A    Not in detail, but I'm familiar with the format
23       of an AIM Report.
24 Q    This report concerns the accident that we've been
25       referring to in January, 2015 that Detective

---

Page 53

1        Lewandowski was involved in?
2  A    Correct.  This is the -- it's an administrative
3        report that the supervisor files that responds to
4        the scene of any particular incident.
5  Q    Okay.  Did you author any of the information
6        that's contained in Exhibit 2?
7  A    Highly unlikely.  This is done by a Sergeant or a
8        Lieutenant.  No, this appears to be a narrative
9        from Lieutenant Hanley regarding the notes.
10       Yeah, that's -- all I would have done on this is
11       recommend it forward to Internal Affairs, which
12       all accidents go there.
13 Q    Okay.  So all accidents involving department
14       squads go there?
15 A    Yes, all department accidents get reviewed by
16       Internal Affairs.
17 Q    Okay.  And did you have to request that it be
18       reviewed or does that happen automatically?
19 A    That's an automatic.
20 Q    Okay.  One more exhibit.  Have you take a look at
21       Exhibit 4.
22           MS. HEINS:  And this exhibit is
23       confidential, so we need to have this part of the
24       transcript marked confidential.
25       (pages 54-106 CONFIDENTIAL).

---

14 (Pages 50 to 53)

**A**

**ability** 26:23
46:9
**able** 34:1 35:10
35:12 40:3
**absolutely** 14:15
20:17,24 30:2
32:20,24,25
49:21
**accessible** 18:8
**accident** 3:4
27:22 28:8,13
29:2,4,12,18
29:22 30:16,22
31:11,16,25
32:7,14,19,21
33:3,5,15,18
33:22 36:25
37:15,25 38:5
38:8,15,18,22
39:4,7,10,12
39:15 40:16
47:23 48:24
49:23 50:2
52:24
**accidents** 30:20
53:12,13,15
**accused** 38:11
**acronym** 7:13
**Acting** 6:1 7:24
10:14 12:22
19:4 22:21,25
52:5
**action** 35:18
51:10,13,24
**added** 8:3
**addressed** 52:2
**adjournment**
35:2
**administration**
10:5 35:7 48:4
**administrative**
45:14,20 53:2
**administrativ...**
44:5,9,18
45:19
**Admonish** 21:15
**advise** 37:21
49:18
**Affairs** 5:22 7:6
8:10,18,25 9:5
14:5,6,17 15:4
24:10 46:2,5
46:11,16 53:11
53:16
**agencies** 10:3
**agency** 14:2

**agents** 7:18
**ages** 12:11
**ago** 20:25 34:13
40:4
**ahead** 20:11
**AIM** 52:23
**allegations**
15:10 50:20,21
**allocated** 22:3
**allow** 26:14
**allowed** 44:7
**allowing** 20:3
**Amended** 18:12
**answer** 12:16
20:11 44:12
**Anthony** 17:20
**anybody** 30:17
**apologize** 20:20
**apologizing**
48:22 49:2
**appearances**
42:7
**appeared** 2:5,9
2:15
**appears** 53:8
**apprehended**
47:21
**approach** 21:20
**appropriate** 22:3
22:9
**approved** 16:14
**April** 23:25
**areas** 7:13 36:16
**Armbruster**
18:21 40:10,11
**arrangements**
35:8
**arrest** 17:7
18:24 22:15
43:10
**Arrest-related**
44:16
**asked** 51:21
**asking** 6:22 16:7
26:19 43:22
**assigned** 4:19,22
5:15,21,22 6:4
6:14,18 7:10
7:11,24 10:13
10:22,23,24
12:22 13:1
**assignment** 7:8
7:9
**assignments**
6:23 7:2 9:16
39:17
**assist** 26:15,23

**Assistant** 2:14
6:5 17:18 29:8
46:11
**assisting** 26:7
**assume** 29:11
**assumes** 20:9
**Assuming** 19:18
**assumption**
45:20
**attached** 3:23
52:15
**attempted** 47:21
**attempts** 18:19
**attend** 27:10,13
35:11,13
**attention** 13:10
23:23
**Attorney** 2:11
2:15 3:22
**Attorney's** 15:1
15:8
**August** 5:8,9
52:9,11
**author** 53:5
**authored** 24:15
**authority** 37:20
39:17,20 43:10
**authorize** 18:17
18:23
**automatic** 53:19
**automatically**
53:18
**available** 26:10
28:16 35:4
**aware** 14:21
26:10 27:25
29:24 38:3
48:21,25 50:25
**a.m** 1:20 28:24
28:25

**B**

**B** 3:1
**bachelor** 11:18
**back** 4:18 5:16
6:22 9:11 10:5
16:10 17:3
22:20 29:16
33:3 39:22
45:11,21
**background**
12:15
**bad** 47:10 49:15
**badge** 40:18
**balances** 36:15
**based** 34:15
43:24 46:1

**basis** 50:17
**Bear** 4:20
**bears** 24:1
**Beasley** 25:7,12
25:17 27:11,17
27:19 32:23
48:10,14,16
**beginning** 21:19
**behalf** 2:5,10,15
32:23 41:13
48:14
**believe** 5:8,15
12:23 14:25
15:6 16:4 21:3
25:14 28:1,15
30:22 32:4
33:25 34:12
37:4,16 38:6
39:11 40:20
48:3 50:25
**benefit** 26:12
**Berard** 40:12
**best** 13:15
**beyond** 22:18
**Big** 49:16
**bill@rettkola...**
2:9
**body** 24:13
**boss** 21:10 29:6
29:7 37:19
**boy** 4:20
**Bradley** 17:21
**break** 46:19
**brief** 18:14
**briefly** 23:21
25:25 27:2
**bringing** 25:17
**Broadway** 2:12
**Brookfield** 2:8
**brought** 27:11
**Brunson** 24:1
**budgets** 9:23
**building** 2:12
7:16 10:5
45:22 48:4
**bureau** 5:4 7:5
10:20,21,22
11:2 14:2 31:3
31:9 39:21
**burglar** 47:21
**burglary** 47:18
**business** 11:9
22:17 26:24
28:25

**C**

**C** 2:1 4:1

**call** 26:9 28:1,4
28:7,13,15
29:1 36:20
44:12 46:22
47:4
**called** 4:3 5:15
11:8 12:24
25:22 27:1
29:6 31:4
41:12 47:13,18
**calling** 36:17
**capacity** 6:8
**Capitol** 2:8
**Captain** 3:16 5:5
5:6 6:1,4 7:9
7:24 9:18
10:11,14 12:22
16:3 18:20
19:5 22:21,22
22:25 25:1
32:3 46:8 47:7
51:17,23 52:3
52:5,6,9
**Captains** 52:4
**car** 38:15
**career** 20:23
**Carr** 28:10,10
33:5,8 37:24
**case** 1:6 3:3,7
4:14 17:23
18:11 22:14
39:1
**cases** 33:19,24
**cause** 38:18
49:25
**cell** 47:12
**Center** 41:3,6
**Central** 12:24,24
24:24
**certain** 47:1
**Certainly** 22:11
**certainty** 41:21
**Chad** 6:4
**chain** 17:13,16
19:21 20:2,4
21:1 31:8 35:5
46:17
**chance** 23:4
52:20
**changed** 24:16
24:21
**charge** 6:7
**charged** 22:2
**check** 32:4
**Chief** 6:6 14:13
17:6,9,18
18:21 19:10,13
19:20,23 29:8

39:18 46:11
49:16
**Chief's** 50:9
**children** 12:7
**Children's** 41:3
41:6 46:14
49:2
**chronological**
6:24
**CIB** 4:19 5:7
9:18 10:19
12:25
**circumstances**
35:25
**citizen** 26:4
**City** 1:8 2:11,14
4:15 7:22 15:1
15:7
**civilian** 28:9,11
**claims** 23:7
**clarification**
16:3
**clarify** 21:14
42:9 45:11,24
**clear** 11:3 17:15
17:17 42:24
**clearance** 18:24
**code** 36:10
**cold** 32:11
**colloquialism**
17:25
**come** 6:3 14:7
14:14 15:19
16:17 35:19
37:11 50:3,4
**comes** 24:12
34:21 46:9,10
**command** 17:13
17:16 19:21
20:3,4 21:1
31:8 35:6 40:6
46:17
**Commander**
46:10
**commanders**
17:15
**Commission**
50:10
**committed**
17:25 18:25
**comp** 36:14
51:17
**compelled** 34:20
**complaining**
50:10,14,24
**complaint** 13:25
14:4,7,13

18:10,12
**complaints**
14:22 15:5,9
26:4 49:10
**complete** 23:4
**completed**
23:10
**completely** 44:6
45:3,4
**completing**
22:14 23:8
**compounded**
42:10
**concerned** 29:24
**concerns** 21:6
51:16 52:2,24
**concussion**
31:20
**conduct** 24:11
41:3
**confident** 13:22
**confidential** 3:7
3:10 27:8
53:23,24,25
**consequences**
49:10
**considered**
26:24 29:13
30:24
**consists** 26:1
**constraints**
22:16
**contacted** 41:10
**contained** 24:23
25:5 53:6
**contempt** 47:14
**contrary** 39:5
**conversation**
36:22
**conversations**
36:24
**convey** 26:11
32:5
**conveyed** 24:14
37:6
**cop** 17:25 18:25
**copy** 17:6 51:14
51:21
**correct** 24:2
27:23 37:23
44:23 53:2
**counsel's** 43:25
**couple** 11:20
22:8 36:17
40:4 52:7
**court** 1:1 33:23
34:11 35:6

38:5,12 41:3,6
42:2,7,11,17
42:21,22 43:13
43:21 46:14
47:13,14 48:13
48:18,22 49:2
49:19
**courtroom**
41:14
**credentials**
45:17
**crimes** 10:23,24
10:25
**Criminal** 5:4 7:5
10:20 11:1
**Crivello** 49:12
**cross** 19:15 20:7
20:16
**current** 5:3 25:9
**currently** 4:25
**CV** 1:6

_____

**D**

**D** 2:18 4:1
**date** 52:8
**dates** 6:21 9:11
**Dave** 51:17
**day** 28:24 30:14
32:10 40:13
47:5
**days** 19:3 32:14
**deals** 34:2
**December** 18:16
**decided** 47:15
**decisions** 47:10
**dedicated** 13:23
**Defendant** 1:9
2:15
**degree** 11:10,12
11:16
**denied** 20:10
**department**
3:18 5:1,11,14
8:6 9:14,24
13:25 14:1,3
14:23 25:10,21
26:6,14,20
28:23 29:13
30:5 35:15
44:1,17,19
46:8 53:13,15
**department's**
21:20
**depend** 34:5
**dependent** 22:7
36:13
**deposition** 1:14

23:20 51:2
52:13
**deputized** 7:18
**describe** 9:17
13:2,15,20
14:11 26:1
**described** 33:3
**describes** 18:17
**describing** 29:2
**description** 3:2
21:22
**designated** 6:6
**DESIGNATION**
3:10
**detail** 13:10
52:22
**details** 15:3
18:14 36:15
37:13 38:20,22
**detective** 13:13
13:16 14:21
22:10 25:4
28:10 33:4,5,8
33:24 36:6,25
37:24 42:1
45:13 46:23
47:17,20,25
48:5,13,17,21
49:1,6,8,13,18
49:22,25 50:9
50:13,19 51:11
52:25
**detectives** 5:19
7:14 9:21 10:9
10:11,15,17,18
38:14 39:24
**determination**
38:17
**determine** 46:6
**different** 7:2
10:6,18 39:16
39:21,25 40:24
44:4 45:25
**differently**
50:16,22
**direct** 16:4,5
21:9 30:17,25
**direction** 39:3
**directly** 10:12
15:17 19:20
21:9 25:12
41:11
**discipline** 3:17
37:11 43:1,4
**discriminated**
14:23
**discrimination**

50:11
**discussing** 15:8
**dispatched**
38:25
**distinction** 44:8
**district** 1:1,2
6:19,21 7:3,3,7
7:8,10,17,24
7:25 8:1,2,22
8:23 9:8 39:2,5
**districts** 7:15,25
8:4
**division** 5:16
6:11 7:4,11,12
10:8 11:2
12:24 14:2,5,6
16:16 22:25
39:24 46:2,6
**divisions** 10:18
10:21
**document** 3:14
3:17
**documentation**
3:16 37:12
**documented**
15:24 16:1
41:9
**documents**
16:19 18:5
**doing** 15:15,18
19:6 23:5 32:2
**door** 17:9,11
**Drive** 2:8
**driver** 39:9,11
**driving** 38:15
**Drug** 7:12
**drunk** 14:14
38:11
**duly** 4:5
**duties** 5:10 9:17
10:6 34:1
44:13,19
**duty** 28:18
35:15,19,22
**D.A** 22:15

_____

**E**

**E** 2:1,1,18 3:1
4:1,1
**early** 25:20
**easily** 12:5
**east** 39:5
**EASTERN** 1:2
**easy** 12:2
**ECF** 18:13
**education** 11:6
**effect** 19:8

efforts 18:17
eight-hour
22:19
either 14:7
16:18 26:12
32:4 37:10
44:1
employed 4:25
Employee 3:7
EMPLOYMENT
2:2
engaged 41:4
entire 7:21,22
equipment 43:9
45:16
essentially 8:4
9:19 30:1
41:12
estimate 4:18
4:20 8:17
evaluation
16:23
evening 23:9
eventually 7:25
evidence 20:9
exact 6:20 9:11
37:13,18
exactly 6:23
28:2 32:5
40:14
exam 48:7 50:6
examination
2:20 4:7 50:1
examined 4:5
examples 22:8
exchange 27:8
excused 35:10
exhibit 3:2,3,4,5
3:7 23:20,24
24:23 25:5
51:2,8,24
52:13,15 53:6
53:20,21,22
exhibits 3:23
4:2
expected 17:12
21:11
expend 22:12
expert 35:24
explained 30:22
extent 22:6 39:7
extra 13:12
eyes 49:16
e-mail 17:6 19:4
19:6,19,23,25
21:1,9
e-mailed 18:19

e-mails 19:13

**F**

face 49:10
fact 7:17 11:19
20:9 38:1
factors 36:13
fair 43:24
fairly 9:13
familiar 19:1
52:22
far 5:24 7:21
9:12 25:1 26:3
31:8 42:20
51:16
fashion 46:7
favor 47:15
February 1:19
48:12
federal 7:18
10:3
fellow 29:17
30:3
felony 22:11
female 39:11
field 44:13,22
file 3:7 44:11
51:22
filed 14:22 15:2
15:5
files 53:3
filled 35:3
financial 27:6
find 18:15
fine 7:1
Fire 50:10
firearm 45:16
first 4:5 27:25
51:14
fitness-for-duty
50:6
fit-for-duty 50:1
Floor 2:13
Flynn 14:14
17:7,9 18:21
19:20
FMLA 35:23,24
36:21 51:16
follows 4:6
follow-up 15:13
39:1
foot 27:3
force 8:24 26:4
forced 34:18,19
34:20
form 35:2
format 52:22

forward 51:14
53:11
forwarded 25:1
four 28:25
Frank 2:11
frankly 7:20
24:11,15 31:1
friend 12:4
friends 26:18
front 24:19
full 46:9
fully 45:18
further 29:3

**G**

G 4:1
gap 28:17
gender 50:17,23
general 21:22
generally 13:24
28:6
getting 12:14
18:22 34:25
36:9,12
give 4:9,13 6:9
21:22 22:8
given 42:16 50:5
giving 37:11
Glen 2:3
go 4:24 6:22
16:10 17:3,13
20:11 21:8
23:17 31:24
32:7 34:13,25
47:3 51:21
53:12,14
goes 13:11 35:5
going 9:8,11
19:20 20:8
22:20 23:19
27:15 33:3
46:4 51:1,5
good 4:9 11:14
graduate 11:7
granted 35:8
grants 22:12
group 27:4
guessing 4:22
5:23
guidance 51:25
gun 40:18
Guy 49:16

**H**

H 3:1
hallway 19:5
handled 28:12

handles 27:1
Hanley 18:20
28:3 53:9
happen 45:7
53:18
happened 28:14
happens 23:17
29:12
hard 5:21,24
9:11 13:10
hard-working
13:13
headaches
49:23
healthy 37:7
hear 14:19
29:21 30:14
heard 17:10
hearing 25:16
27:10,11,14
hearings 33:23
Heins 2:2,4,22
2:24 3:22 4:8
12:14,18 16:6
16:9,11 20:14
27:18 31:23
43:11 46:18,21
53:22
hell 19:9
help 27:6 40:3
helped 33:19
helps 17:23
HIDTA 7:13 9:25
High 7:12
highest 11:5,10
highly 41:11
53:7
Hines 24:1,8
hit 14:14 29:23
hold 5:20 47:14
home 23:3,8
28:19 31:25
32:18 44:3
45:2,4 47:3,6,8
47:22,25 48:5
49:6
homicide 10:23
honor 43:17,19
hours 28:23,25
40:13
house 11:14
hurt 30:9 34:2
34:23,24

**I**

IAD 3:3
identification

45:21
identify 26:12
ID'D 3:2
immediate 21:6
31:7
Immediately
5:12
impose 43:4
inadvertently
52:15
incident 18:3
23:13 24:22
38:10 40:23
42:11,17 46:14
47:20 48:22,24
49:3 53:4
incidents 22:13
40:24 41:16
42:1,5,9 45:12
45:25
included 15:9
independent
13:22
indicate 21:16
24:8 28:13
indicated 16:20
24:25 33:4
indicates 18:18
19:3
indicating 18:22
indirect 16:13
indirectly 25:13
individual 17:24
individuals
19:22 20:2
informant 18:15
information
12:15 24:13
25:5 26:11
41:8,9 53:5
informed 29:10
informing 43:9
initially 6:19 8:2
8:6
initiative 9:25
injunction
27:10
injured 29:22
30:3 32:9 33:8
34:8,10 35:4
35:15,19,21,22
36:1,3
injuries 28:8
29:18 31:16,17
31:19 33:10,21
35:11 36:8
injury 34:16,18

35:17
**inquire** 36:18
**Inspector** 46:12
**instance** 41:19
  47:7
**instances** 42:6
**instruction** 39:4
**Intelligence** 7:4
**Intensity** 7:12
**interact** 24:12
**interacting** 37:2
  37:5
**interactions**
  41:20
**interest** 22:5
  30:4,8
**interested** 7:1
**interject** 27:15
**Internal** 5:22
  7:6 8:10,18,25
  9:4 14:5,6,17
  15:4 24:10
  46:2,5,11,16
  53:11,16
**intervening** 20:2
**intervention**
  25:21
**investigate**
  30:18,20 33:19
**investigates**
  14:3
**investigation**
  5:4 7:5 10:20
  11:2 38:19
  42:12 46:15
**investigations**
  5:16 6:11 10:8
  22:11,25 24:11
  24:13
**involuntary**
  49:9
**involved** 25:3
  27:22 29:18,22
  53:1
**involves** 43:8
**involving** 29:12
  40:25 42:1
  44:22 53:13
**IOD** 36:9,11,21
**IOD/FMLA** 3:5
**issue** 16:20
  26:21
**issued** 3:18
**issues** 15:21
  26:8 37:6 46:3
**issuing** 34:22

**J**

**JANET** 2:4
**January** 22:20
  22:24 27:21
  31:11 37:1
  52:25
**Jason** 32:3
**jheins@heinsl...**
  2:5
**job** 12:23 44:19
**Johnny** 1:15
  2:21 4:3,11
**Juanita** 28:10
  28:10
**judge** 41:3,5,6,8
  41:12 46:13,22
  47:4,13 49:1
**June** 52:9
**jurisdiction**
  7:19,22
**J-O-H-N-N-Y**
  4:11

**K**

**KAPARIS** 1:24
**kept** 45:21
**kind** 5:24 16:20
  37:12 41:20
**knew** 39:7
**know** 5:21 6:23
  6:24 12:3 13:8
  13:16 15:1,3
  18:8 25:7,8,9
  25:22 26:9,9
  26:17 27:3
  28:5 29:11
  31:2,18,21,22
  31:24 33:1,11
  34:22 35:24
  36:5,6,13,15
  38:1,20 39:12
  40:15,24 41:21
  41:22,24 42:9
  42:10,12,14
  43:10 45:7,24
  46:3 49:14
  50:5,7,19
**knowing** 29:5
**knowledge**
  25:19 48:15
**known** 4:17 8:24
  12:19
**Kurt** 6:6 29:8

**L**

**L** 2:4

**Lane** 2:3
**LAW** 2:2,7
**lawsuit** 18:5
  23:8
**layers** 21:5
**leadership** 11:9
**learned** 30:16
**leave** 51:16
**led** 40:22 41:16
  42:5 45:13,25
**legally** 34:20
**Leibold** 6:6 29:8
**letter** 48:22 49:1
**let's** 4:24 34:9
**level** 11:5 21:8
  27:3 43:4
**levels** 16:9
**Lewandowski**
  1:4 3:5 4:14,17
  12:20 13:3
  14:8,13,22
  15:16 16:12,21
  18:14 19:19
  20:16,19,22
  21:13 23:3,7
  23:16 25:4,15
  27:22 31:12,19
  31:25 32:22
  33:4,14 36:6
  36:25 38:4,7
  38:10 39:16
  40:5 44:24
  45:13 46:23
  47:17,21 48:13
  48:17,21 49:1
  49:8,13,18,22
  49:25 50:9,13
  50:19 51:11
  53:1
**Lewandowski's**
  15:22 30:25
  32:18 40:17
  42:1 47:25
  48:5 49:6
**liaison** 10:3
**lieutenant** 5:14
  6:5,10,12 7:7
  7:23 8:14 9:9
  9:22 10:7
  18:20,20,21
  24:24 28:3,5
  28:24 29:2
  31:3,5 40:10
  40:11,12,14
  52:5 53:8,9
**Lieutenants**
  28:2

**lieutenant's**
  15:19 48:7
**life** 20:18
**line** 3:15
**LLC** 2:2
**long** 4:17 5:6,20
  6:8,16 8:10
  11:23 12:6
  32:7
**longer** 32:15
  51:18
**look** 49:15 52:12
  52:20 53:20
**looking** 24:3,19
**looks** 51:21
  52:14
**lot** 10:25 22:16
  36:13 39:23,24
  39:25
**Lough** 18:20
  40:14
**lucky** 9:15

**M**

**making** 22:2
  47:10
**male** 41:6
**manage** 9:23
**Management**
  3:3
**March** 8:7,9
**marked** 4:2
  23:19 51:1
  53:24
**Marquette** 11:7
  11:19
**married** 11:21
  12:4,6
**master's** 11:12
**math** 11:14 12:5
**matter** 27:6,7,7
  34:21
**matters** 26:16
**MBA** 11:13
**mean** 15:24
  17:12 26:18
  34:7,19 39:18
  40:2 43:21
  44:9 45:4
**meaning** 44:3
**mechanism** 35:9
  35:12
**medical** 50:3
  51:15,16 52:1
**Melanie** 25:7
  48:10,14,16
**member** 13:24

14:1 26:20
  27:9,16 44:17
  46:6 49:5
**members** 10:22
  10:23,24 24:12
  27:4,8 29:13
  30:4 44:1
**member's** 43:9
**memo** 3:5 23:25
  24:6 49:9
  51:11 52:8
**memorandum**
  24:25
**memorandums**
  9:25
**memos** 50:8
**mentioned** 10:7
  15:7 16:13
  20:25 33:1
  34:12 40:4
  41:15 42:4
  46:13
**Mequon** 1:19 2:3
**Michael** 23:25
**Midwest** 7:20
**Mike** 49:12
**mile** 13:12
**Milwaukee** 1:8
  2:13 4:15,25
  5:10,14 7:22
  8:5 9:24 11:17
**minimizing** 22:6
**minutes** 40:4
**misconduct**
  41:13 42:11
**mobile** 34:3,17
  34:24
**mobility** 34:15
**moment** 20:25
  34:12
**monitoring** 22:2
  26:3
**month** 33:15
**months** 6:9
  36:18 52:7,11
**morning** 4:9
**MPD** 10:12
**municipal** 2:12
  35:13

**N**

**N** 2:1,18 4:1
**name** 4:9 18:1
  25:8 39:13
**named** 17:20
**Narcotics** 7:11
**narrative** 53:8

necessary 22:1
need 27:6 53:23
negatives 17:2
Neighborhood
  8:24
never 16:3 17:10
  42:21,21 49:21
  50:15
night 23:4,10
  28:21
Nineteen 11:24
nonadministr...
  45:15
normally 45:17
north 2:12 7:25
  8:3 39:3
note 29:17
noted 26:17
notes 53:9
notice 26:19
notified 41:2
N-word 47:18

**O**

O 4:1
Oaks 2:3
object 20:8
observe 37:1
  38:7
obviously 11:15
  16:10
occasion 17:5
  32:18 48:1,12
occasions 35:25
occur 9:21
occurred 8:2
  39:4,8 48:3
offer 26:6
office 2:11 15:1
  15:8 37:9 40:5
  48:4 50:9
officer 21:24
  22:9 26:23,25
  29:21 36:1
officers 9:22
  26:3,7,15,15
  29:17,17 30:3
OFFICES 2:7
off-duty 34:5
oh 4:20 25:22
Okay 4:24 5:9
  5:20 6:10 7:3,9
  7:23 8:5,8,16
  8:18 9:2,10,17
  10:7,14 11:18
  11:21 12:2,19
  13:2,9,14,18

13:20,24 14:21
  15:7,13,21
  16:8,18 17:5,9
  17:20 18:2,7
  19:3,12,18
  20:22 21:12,19
  22:8,20 23:3,7
  23:16,19,22
  24:5,22 25:9
  25:15,20,25
  26:6 27:10,21
  28:20 29:1,9
  29:12 30:16,24
  31:5,11 32:2
  32:12 33:3,14
  33:17 34:4,12
  34:24 35:15,19
  35:22,25 36:6
  36:17,24 37:14
  37:21,24 38:3
  38:14,17,21
  39:15 40:1,22
  41:7,15,25
  42:19 43:7,12
  43:18,20 44:9
  44:15 45:2,23
  46:13 47:3,9
  48:17 49:5,8
  49:25 50:8
  51:7,20 52:3,7
  53:5,13,17,20
once 41:22,24
  41:24 47:8
  49:14
ones 41:17
on-duty 35:17
open 17:9,11
operations 9:20
  9:21 44:14
order 6:25 19:23
  25:17 37:19
  40:25 41:22
  42:16 43:5
  45:10 49:8
orders 34:11
  50:3
original 3:22,23
  3:23
outcome 42:13
outliers 26:3
outside 21:1
outspoken
  13:22
overlooked
  24:16
oversee 9:19,23
  31:10

overseeing
  12:25
oversees 51:15
overtime 21:21
  21:22 22:3,6,9
  22:13

**P**

P 2:1,1,11 4:1
page 2:20 3:15
  24:2 52:14
pages 1:16 3:11
  23:24 53:25
paid 35:21,23
  36:2,3,10,12
paperwork 32:5
  40:7 41:23
  44:11,20
part 7:5 8:18
  18:4,11 22:13
  22:21,23 23:7
  30:13 38:19
  53:23
particular 7:10
  14:2 18:12
  24:22 29:16
  40:23 51:24
  53:4
partner 28:10
  38:25
partners 10:4,4
patrol 7:3
pay 35:20,20
  36:7
payroll 36:10
pays 13:10
Pederson 2:14
  2:23 27:15
  42:23 43:7
peers 52:3
people 21:11
  26:12,18 27:5
  46:5
perform 30:14
  44:12
performance
  15:15,22,25
  16:14,19,20
  17:4
performed 16:15
  39:24
performing
  44:19
period 14:12
  31:12 32:15
  33:12
persistent 13:11

person 6:7 18:16
  19:24 21:2
  31:4 34:22
  40:6 43:12,13
personal 12:14
  26:7,15,21
  27:6
personality-wi...
  13:21
personally 13:5
  13:20 15:10
  21:12 29:23
personnel 7:17
  10:2,13 14:4
  24:12 28:9
person's 43:15
phone 28:1
  44:12 47:12
PHYLLIS 1:24
physical 9:20
place 52:1
Plaintiff 1:5 2:6
  4:4
please 4:10
point 5:25 9:19
  27:21 37:15
  40:16 52:4
police 4:25 5:11
  5:14 8:6 9:22
  9:24 10:5 24:9
  26:24,25 27:23
  28:9 40:17
  43:2,6,12,20
  44:2,10 46:8
  48:2,3 50:10
police-related
  44:13
policies 17:19
  26:14,17
policy 17:9,12
  21:20,23 30:19
poorly 19:22,24
  21:2
portion 7:23
position 5:3,20
  39:16
positives 17:2
possible 22:6
  24:20 28:4
  49:24
POST 27:1,2
  49:5
powers 40:17
  43:2,6,12,20
  44:2,10 48:2
PRACTICE 2:2
present 20:1

presentation
  22:14
prior 5:9,12,22
  9:7 15:2 42:15
  42:18
private 10:3
problem 20:1,5
  37:5
problems 18:22
  37:2
process 25:2
productive 22:3
Professional
  1:25
professionally
  13:6,8
promoted 6:12
  7:7 9:8
property 10:25
  44:8
provides 26:22
proximity 39:2
public 10:4
purpose 32:2
pursuits 26:4
pushed 35:6
  41:1
p.m 1:20

**Q**

question 15:13
  16:2 19:18
  20:13 23:12,13
  29:20,25 33:20
  34:8,13 42:3
  43:25
quite 7:20 24:11
  24:14 31:1

**R**

R 2:1,9 4:1
rank 31:1,5
ranks 27:4
rationale 40:25
read 51:4
really 5:23 6:22
  28:12 39:6
reason 15:11
  20:6,15 37:17
  37:18
reasons 35:3,14
reassign 39:15
  39:20
reassigning
  39:19
recall 6:23 8:20
  13:19 14:9,12

14:16,25 15:21
16:18,22 17:3
17:5,8,20 18:6
19:6 23:3,13
23:16 24:6,22
24:24 25:4,15
28:6 29:5,9
30:19 32:5,16
32:17 36:17,22
37:6,9,18,24
38:10,14,21,21
38:24 39:9,13
40:5,22 41:1,7
41:10,18,25
42:14,15 45:16
45:18 47:9,11
47:16,17,19,20
47:24 48:12
**receive** 18:24
**received** 11:10
17:6 18:15
25:23 26:2,5
29:1 33:25
35:17 36:7
41:8,9 45:9
46:22
**receiving** 47:4
51:10
**recess** 46:20
**recollection**
17:23
**recommend**
39:19 53:11
**record** 3:3 4:10
18:11 42:23
**refer** 23:23
46:15
**reference** 18:13
**referred** 42:12
46:14
**referring** 18:10
40:19 48:23
52:25
**reflect** 19:22
21:2
**reflects** 19:24
**regard** 29:3
**regarding** 15:2
53:9
**Region** 7:20
**Registered** 1:25
**regularly** 9:13
**relate** 52:16
**related** 33:25
34:16 35:17
42:7
**relates** 34:14

**relevance** 12:12
**remember** 5:24
6:20 9:11 14:9
17:2 18:1,6
28:17 32:10,10
33:13 37:13
39:22 40:8
42:20 45:1
49:7,24
**remove** 52:17
**reorganizations**
8:12
**rephrase** 29:19
33:20
**report** 3:4 23:5
23:9,10 24:14
52:23,24 53:3
**reported** 41:12
**Reporter** 1:25
**reporting** 31:8
**reports** 15:19
22:14 24:17
**reprimand** 21:13
21:14 32:22
**reprimanded**
23:9
**request** 3:14
26:13 35:2,9
35:12 53:17
**requesting** 3:17
**requests** 27:5
**require** 51:25
**required** 33:18
33:22
**requires** 22:18
**residence** 32:3
**resolve** 21:7
**resources** 26:10
**respond** 27:5
**responds** 53:3
**response** 3:18
51:10
**responsible** 7:21
10:12 15:15,17
**rest** 25:2
**restraining**
25:17
**restructured**
5:17
**restructuring**
8:1
**result** 31:11
42:14
**retaliate** 50:13
**retaliated** 50:23
**retaliation**
50:11

**retired** 6:4
**RETTKO** 2:7,9
12:12,16 16:2
16:8 20:8
31:21
**return** 33:14,16
**returned** 37:15
37:24
**reversal** 3:17
**review** 15:16,25
23:20
**reviewed** 18:4
53:15,18
**reviews** 16:14
16:19
**right** 5:6,18 9:14
11:15 12:19,21
14:24 16:6
17:1,11 18:4
18:10 20:1,19
21:12,25 23:1
23:23 24:3,4
24:18 28:22
29:4,14 30:5,7
31:6,20 33:6
34:17 35:9
36:4 40:16
44:20 45:11
52:12
**robbery** 10:24
**Robert** 25:18
**ROBIN** 2:13
**role** 24:10
**roughly** 12:11
**rpederson@mi...**
2:14
**rule** 34:1
**rules** 48:18
**run** 41:20

———————
**S**
———————
**S** 2:1 3:1 4:1
**sake** 19:18
**Salazar** 51:18,23
52:3
**saw** 16:14
**saying** 27:16
47:16,19
**scene** 31:2 53:4
**school** 11:9
**science** 11:18
**Scrignuoli** 3:16
**second** 4:20
29:16
**section** 35:7
50:3 51:15
52:1

**sector** 10:4
12:24
**see** 14:7 50:8
**seeing** 14:12,16
16:18
**seen** 15:18
16:24 51:2,8
**send** 19:19
27:13 49:5
**sending** 20:25
23:3 24:6 44:3
**sense** 9:20
**sensitive** 10:24
**sent** 3:22 9:3
17:6 19:4,25
21:2,9 23:8
24:24 45:2,4
48:21 50:1
51:14,17
**sentence** 25:25
**sergeant** 6:15,16
6:18 8:13 9:6
9:22 24:9 31:9
31:10 53:7
**sergeant's** 24:10
**serious** 29:13
**seriously** 30:9
**serve** 6:8 41:22
**serving** 37:11
**setting** 37:8
**seven** 12:20
**severe** 28:8
30:21 33:10
**Sgrignuoli** 1:15
2:21 4:3,11
**Shannon** 1:4
4:14,17 12:19
13:2 14:8,13
15:2,16,22
16:12,21 19:19
21:13 25:15
28:9 38:16
**shift** 22:19
28:24 40:13
**shifted** 9:13
**short** 6:19 14:12
46:18
**shortly** 11:20
46:23
**show** 23:19 44:7
51:1
**sick** 36:14
**side** 7:25 8:4
**signature** 16:25
24:2,21
**signed** 51:4
**significant**

39:12
**simply** 43:5
**situation** 22:7
22:15 30:21
**situations** 44:16
**six** 6:9 12:20
**skip** 20:4
**skipped** 19:23
**slang** 21:15
**Smith** 18:21
32:3 47:7
**snow** 32:13
**someone's** 30:9
34:15,23,24
**soon** 12:22
28:15
**sorry** 18:1 19:2
52:10,19
**sort** 40:18
**sound** 12:21
19:1
**speak** 10:17
30:6 46:23
49:6
**speaking** 13:24
25:4 37:2,5
46:13
**specific** 7:17
13:4 14:10
26:2 36:10,22
40:2
**specifically**
15:24 23:24
27:17,19 31:18
41:2,7
**specifics** 14:25
37:7,9 45:18
**spell** 4:10
**spend** 8:10
**spent** 8:13,14
**spoke** 38:8
45:12
**squad** 3:4 27:23
**squads** 53:14
**staff** 40:6
**start** 8:5 13:6
34:9
**state** 7:20 35:13
**STATES** 1:1
**status** 25:9 32:4
34:5 35:16,19
36:9,11,19,20
**steps** 29:3 30:18
**Stigler** 25:1
**stint** 9:4 22:21
22:23
**Strike** 22:24

**stutter** 38:7
**submitted** 3:16
**subordinate** 10:2 31:2
**subordinates** 20:3
**subpoena** 33:23 34:7,9,21,22 34:25 35:10,13 38:5 43:14,17 49:20
**subpoenaed** 34:4,20 43:19
**subpoenas** 33:25 34:11
**subsections** 11:1
**substance** 28:6
**suicide** 17:25 18:25
**Suite** 2:3,8
**supervise** 10:1 10:11 25:12
**supervised** 10:8
**supervising** 10:15
**supervision** 16:13 21:5 30:17 44:25 45:3
**supervisor** 16:4 16:5 21:7 28:16 30:20,25 31:6,7 37:8 39:1,6 53:3
**supervisors** 15:23 22:1 25:23 30:23
**supervisory** 31:1
**supervisor's** 21:10
**support** 26:25
**sure** 4:11 8:21 20:15 22:2 24:3 28:2 33:21 51:6
**suspect** 17:20 18:24 47:18
**suspend** 37:14 42:16 43:5
**suspended** 37:22 40:20 41:19,21 43:13 43:20 44:6,6,9 44:10,18 45:2 45:14,19 46:7

48:1,19
**suspending** 42:25 43:1,2
**suspension** 40:20,22 41:16 42:5,10 43:3 43:15 44:2,2 45:6,14 46:1 46:10
**suspensions** 44:1,5,25
**sustained** 31:19
**Swanson** 41:5 46:22 47:5
**sworn** 4:5
**S-G-R-I-G-N-U...** 4:12
**S.C** 2:7

---

**T**

**T** 3:1
**take** 6:9 21:6 29:3 30:17 40:17 45:17 46:18 48:6 51:6,10,13,23 52:12 53:20
**taken** 45:16 46:20
**talk** 13:5 44:4 47:3 49:12
**talked** 19:5
**talking** 14:4 40:7 43:1
**task** 8:24 30:13 39:21
**tasks** 39:25
**team** 26:25 27:1 27:2,9
**tell** 19:12,15 20:6,15,19,22 28:16 29:6 47:12 48:6,9 48:17 49:15,22
**telling** 23:16 47:9,17
**temporary** 25:16
**term** 20:18
**testified** 4:5
**testify** 33:18,23 34:1,4,10,18 35:1 43:13,21 48:9,14 49:19
**testifying** 25:16 32:23 38:4,11 42:8,22 48:18

**testimony** 4:14 42:2,20
**Thank** 11:4
**thing** 5:19 40:18
**things** 22:17 27:7 39:23
**think** 4:18 8:22 8:22 9:3 12:20 13:17 14:11 15:11 16:13 19:24 20:17 24:15 27:7,20 29:19 33:13,16 34:21 38:9,16 39:22 40:13 47:2 50:16
**Thomas** 24:1,8
**thorough** 13:12
**thought** 41:15 41:18 42:4
**three** 12:10 28:25
**time** 6:20 8:13 8:14,15,18 14:7,12 19:5 22:16 28:17,18 28:22 29:7 30:25 31:13 32:15 33:12,17 34:6 36:14,14 36:14 37:4 38:15 51:6,19
**times** 5:17 49:14
**tip** 18:15
**title** 5:10 6:11 24:20
**today** 4:13
**told** 39:6 42:25 47:13
**topic** 25:24
**total** 8:15
**Trafficking** 7:12
**train** 21:10
**training** 25:21 25:23 26:1,2,5 26:6,9
**transcript** 3:22 3:23 53:24
**transfer** 39:18 39:19 49:9
**treated** 50:16,22
**TRO** 27:11
**trouble** 38:4
**try** 33:14 45:11 48:25
**trying** 4:18

14:11 39:22 40:13
**Turcinovic** 24:24
**twice** 41:23
**two** 16:9 25:25 32:7,21 33:15 43:25 47:5 50:25
**two-and-a-half** 8:15
**two-page** 23:25
**type** 13:25 26:5 44:16,24 45:6
**types** 27:5 43:25

---

**U**

**ultimately** 16:16 17:24 18:23
**undergraduate** 11:16
**understand** 4:13 29:19 34:8 42:3 45:5
**understanding** 10:1
**unexpected** 22:13
**unfortunate** 30:13
**unhappy** 21:16
**UNITED** 1:1
**University** 11:7
**unpaid** 35:23
**unsuccessful** 18:19
**unusual** 41:11
**use** 17:24 21:15 26:4
**usually** 28:23
**UWM** 11:17

---

**V**

**vacation** 35:5 36:14
**vaguely** 47:24
**variety** 9:15 10:6 22:12 27:4,7 35:3,14 44:4 45:25
**various** 8:11 18:18
**verbally** 32:22
**verified** 16:24
**versus** 4:15
**violated** 48:18
**violent** 10:22

**visit** 31:24
**vs** 1:6

---

**W**

**Wagner** 6:5
**want** 13:5,7 23:23 24:3
**wanted** 18:16 47:14
**wants** 30:14
**warrant** 17:7 18:18
**wasn't** 24:16,20 37:4 38:19 41:23
**way** 13:15 16:1 22:4 29:23 30:5 37:3
**week** 32:21
**weeks** 11:20
**went** 6:21 8:23 8:25 32:3,6,18 47:6,7,7,25 48:13
**west** 2:3,7 39:3
**we've** 25:23 48:23 51:1 52:24
**whichever** 13:6
**wide** 9:15
**Wilkinson** 25:18
**WILLIAM** 2:9
**Wisconsin** 1:2 1:19 2:3,8,13
**witness** 2:10,20 4:4 12:17 20:12 31:22 43:3,8
**witnessed** 42:21
**woman** 14:24
**words** 19:8
**work** 5:4 7:14,16 10:2 11:1 17:3 26:16,21 27:7 28:22 31:12,15 32:9 33:12,14 33:16,17,21 36:1,3,7,18,19 37:14,25 44:3 44:22 45:3,4 46:2 47:22
**worked** 7:4,6,6 12:23 13:1 33:24 40:13 51:18
**worker** 13:10
**working** 7:15

15:4 16:12
22:18 31:3
38:2 44:18
**workman's**
  51:16
**wouldn't** 25:2
  29:11
**wrapping** 11:19
**write** 19:9,12
  49:9
**wrong** 19:9
**wrote** 49:1

---
**X**
---
**X** 2:18 3:1

---
**Y**
---
**Yeah** 15:14
  52:11 53:10
**year** 5:23,25
**years** 6:22 8:15
  11:24 12:20
**year-and-a-half**
  5:23 6:1
**yell** 21:15

---
**Z**
---
**Zeidler** 2:12

---
**0**
---
**07** 9:7
**08** 9:7
**09** 9:1,3

---
**1**
---
**1** 1:16 3:3,15
  23:20 24:23
  25:5
**1st** 22:20,24
**1-4** 4:2
**1:00** 1:20
**10** 3:15 9:1
**10,000** 27:3
**10:00** 1:20
**100** 2:24
**1001** 2:2
**101** 2:3
**106** 3:11
**1089** 1:6
**11** 9:1
**13** 4:21 12:17
**14th** 8:9
**15** 12:17
**150** 2:8
**15460** 2:7
**16** 1:6 12:17
**19** 31:11

**1994** 8:7

---
**2**
---
**2** 3:4 8:23 52:13
  53:6
**20** 6:22
**2000** 6:17,19
  12:1,4
**2009** 6:17 8:19
**2012** 4:21 12:21
**2013** 12:21
**2014** 18:16
  21:19 23:25
**2015** 5:8,9
  21:20 22:20,24
  27:21 31:12
  37:1 48:12
  52:25
**2019** 1:19
**23** 3:3
**28** 1:19

---
**3**
---
**3** 3:5 6:21 7:3,25
  8:2 51:2,8,24

---
**4**
---
**4** 2:22 3:7 8:1,3
  23:24 53:21
**47** 18:13

---
**5**
---
**5** 7:7,8,25 8:2
  9:8 23:24 24:2
**51** 3:5
**52** 3:4
**53** 1:16 3:7
**53005** 2:8
**53092** 2:4
**53202-3653**
  2:13
**54** 3:11
**54-106** 53:25
**56** 3:15

---
**6**
---
**6** 6:19 7:3 18:16

---
**7**
---
**7** 8:1,3,22 23:25
**7th** 2:12
**7:00** 28:24

---
**8**
---
**8:00** 28:25
**841** 2:12

---
**9**
---
**99** 2:23