# MILWAUKEE POLICE DEPARTMENT
## MEMORANDUM

Date: December 8, 2015

TO: Fire and Police Commission

FR: Officer Nancy Nelson

RE: Discrimination/Misconduct in office



EXHIBIT 6
WIT: MaryNell Regan
DATE: 1-17-19
Halma Reporting Group, Inc.



---

This report is written by Police Officer Nancy Nelson, assigned to District Three, Power shift. I am writing this memorandum in regards to the mistreatment, the inequitable, and discriminatory ways that I have been subjected to, in comparison to several male members of the Milwaukee Police Department.

Members of District Three supervisors have longed referred to themselves as a police family, one that protects and maintains loyalty and solidarity. This is true, but only as a double standard. They protect other men, and have a separate set of rules for the women. Male officers of this Department use their power to cover up criminal acts for other male's officers and treat the females dissimilarly, with a separate set of rules. Supervision of the Milwaukee Police Department continues to condone domestic violence against women.

I have been repeatedly abused by members of this department and constantly live with fear from those that gloat that they have the highest ethical and professional standards, but they do not. I cannot imagine what is overlooked and disregarded by the police when they are serving the public as they treat one of their own the way I am treated.

In order to remain at work, I have had to tolerate the malicious and oppressive work environment. The intentional disregard that is carried out on women is obvious. This again was overtly demonstrated at my home on March 31, 2015, and also again on November 29, 2015.
I suffer unbearable harassment and discrimination day in and out at work. When other females on this department dare to address these types of incidents, the unfairness, the harassment, the retaliation that they experience, they are labeled radical or troublemakers. It is impossible for so many of my coworkers, (that are supervisors) to separate their own personal issues from doing the right thing. When I say "the right thing" I mean to carry out as the law has ordered and the oath that they have taken. This callous attitude toward women seen over and over has become troublesome not only professionally, but now personally.

On March 31, 2015, a "Call for police" was received by the Milwaukee Police Dispatch, when my husband called the police from our home. My husband called because he was angry with me, as he has severe anxiety, and suffers symptoms of PTSD. Unfortunately, my husband decided recently to control his disorder by medicating with alcohol. My husband's name is Grant Nelson, and he served in Saudi Arabia as a paramedic. Grant has had many "bad calls" that will not leave him alone. Grant has seen many trauma counsellors because he often feels angry, tired,

- - - - - 1101

and irritable. Grant is also aware that he scares me when he has invasive memories, but in order to wash those memoires aside, he has turned to alcohol.

I, as a police officer and Grant as a former paramedic, understand that we work in the industry of injury and death. Grant has recently left his employment as a paramedic after several years and felt that he did not have this under control, and it is not. I have tried, as his wife, to work through his pain with him. The struggles of my job are many, however it is not the problems that I am sent out to that are the product of my stress. My stresses stem from the disparate treatment between the men and women in the Milwaukee Police Department, and when I need to reach out for help, I am failed, Grant, my husband was also failed.

On March 31, 2015, while on duty, I had menorrhagia (severe menstrual bleeding) and needed to return home for a quick change of clothing. I had already explained at roll call that I was having this problem, but I was still sent out on the street. My condition is a normal one, did not require any preferential treatment that constituted favor or privilege, but just a favorable understanding of what I needed to do to get through the night. While at home an argument escalated, as Grant was suffering symptoms of increased hypervigilance. I was not aware of his status, or I would not have went home. Soon the police were called. Although Grant informed the officers that were at the scene, that he called 911, that he should not have, apologized and did not want to have any unintended consequences, they remained at my home for five hours. For a simple argument, I was subjected to a five hour investigation, and without any evidence of any wrongdoing, I was punished.

Taken from me was my dignity, my confidence in the basic element of being treated fairly. This suspension of my police powers was for a mere minor infringement, and used against me as a punishment on top of the fact that I was punished at the district level. The supervision is supposed to promote a healthy work environment, but instead they have created a gossiping group of therapists, and all confidentiality has been lost as those such as Sergeant Adam Riley speak openly about my home situation.

Ironically, other males have been treated differently in comparative situations. Police Officer Leon Davis of District Three has had multiple incidents of intoxication and Domestic Violence incidents. His incident CAD 15 251 2987 was not investigated and then taken to the District Attorney's Office as mine was. This Domestic Incident ended in a C9, and C10. Officer Leon Davis was back to work, with his gun and with his police powers. Additionally, the following to mention just a few never get subjected to the treatment that other females do; Lieutenant Daniel Bell, Officer Patrick Fuhrman, Sergeant Jesus Ortiz, Officer Robert Wilkinson.

Officer Wilkinson threatened another officer and battered her (Melanie Beasley) and during the investigation of IAD, he was never given a desk or Administrative job. There was also a restraining order on him, yet he was able to continue as if nothing was wrong. District Three Officer Joseph Carlson had an OWI and was never put on desk duty or Administrative duty. Officer Clayton Amborn of District five should not even be on the streets, and had an OWI while on probation striking several cars while the Captain and IAD lied and covered for him. Sergeant Justin Sebestyen covered for the recruit Officer Michael Braunreiter Jr when he hit two or three parked cars while on probation during an OWI. Additionally, Sergeant Jesus Ortiz covered up for Officer Michael Braunreiter Jr when he found open intoxicants in his auto during the OWI investigation. Detective Carlos Rutherford verbally and physically exploded in District Three over his girlfriend who was pregnant. No desk or Administrative job. Sergeant Adam Zeiger lied while at IAD while investigating Detective Shannon Lewandowski and Detective Juantia Carr when they were in a legitimate on-duty car accident.   - - - - - - 1 1 0 2

Joel Kujawa battered his wife also a MPD officer (2015CM000269), Officer Michael Terrell also battered his wife (2015CM000073). Officer Joseph Goggins has had the police at his home several times, and for Domestic Abuse incidents.

Supervisors have knowledge about the abuses and violations yet never intervene other than covering up the incident of misconduct. Supervisors have never helped, nor arrested a man that violated a restraining order in District three for a female Detective.

There are many emotional and psychological effects of stripping me of my badge. From the embarrassment, anxiousness, sadness, anger, severe depression, blame, grief and a sense of confusion. The negative stigma along with the entitlement of the supervisors to let my coworkers and peers know my status is gross misconduct. I am aware that this has occurred to many females, including one that was a Detective at District three by the name of Shannon Lewandowski. After an on-duty accident, she was further victimized when Lieutenants and Sergeants desecrated her reputation at roll calls telling all that she was fired.

On November 29th 2015, police were sent to my house again for my husband who was intoxicated and out of control. The CAD read that a knife was put to my throat. A knife was indeed put to my throat by my husband. My husband is always carrying around a knife. When the police arrived, I was outside waiting, and placed in the back of a squad. The squad was 6353, Officer Mark Mielcarek. Officer Mielcarek never put himself on the scene. I tried to obtain that video and have not been answered. My husband Grant Nelson was also placed in a squad and I have not been able to obtain that video either.

My husband Grant Nelson walked out of the house with his hands up that night. Grant told the Officers without them asking that he had a knife in his pocket. This information should have been the first thing that they asked him as it was in the CAD. Officer Jose Rivera squad 6330 approached me and then yelled to the officers to be careful that Grant had a knife. While in the squad officers continued to ask me what I wanted to do. I had showed two recordings that I took of Grant that night as he was raging and out of control seconds before the squads arrived. Both Officer Rivera and Sergeant Scott Randow viewed the footage and stated that they were "shocked" at Grants behavior.

Grant was captured on video not only threatening me, but stating, "I will kill you!" Grant also stated that he would "Kill the police" and he also shoved me to the ground as he raged with infuriating and irate threats. I was the victim, yet they placed me in the squad and took Grant into the home, and talk with him. Grant was extremely intoxicated, and I told the officers that he had consumed over five Long Island Iced Tea drinks.

The Officers also witnessed him full of blood and bruised as he had just returned from a fight that he was in at the Applebee's restaurant. I was originally with Grant at the restaurant when Grant pushed me to the ground. A patron intervened and I then I left alone. When Grant returned home he was bloody and suffered a broken nose. I had later found out that since Grant is 5'10 and 270#, many others jumped in to help stop Grant from hurting the man that intervened.

I played the video for Officer Mark Mielcarek two or more times, and Officer Mielcarek played the video for Sergeant Scott Randow. I still have those recordings with the threats. Instead of the mandatory arrest of Grant Nelson, this is what occurred:

------ 1103

1. They ignored the recordings and evidence.
2. They never recovered the recordings that I played for them.

3. They walked Grant in his extremely intoxicated state to the alley and did no sobriety test.
4. They allowed Grant Nelson drive his truck while intoxicated away from the scene.
5. Grant did drive from the scene intoxicated.
6. Grant asked for his knife back and Officer Jose Rivera stated that he could not give it back while in the home, but then walked Grant to his truck, Officer Rivera gave him back the knife in the alley.
7. Grant had threatened me with the knife, put the knife to my throat, and was intoxicated. This was in the CAD.
8. Grant told the officer that he could do a sobriety test before getting into his truck and the officer told him it was not necessary. This should be captured in the back of the squad.
9. Grant not only had injuries from the fight that they were from the altercation at Applebee's, but they let him drive with the severe head injury as well as intoxicated.
10. They did not allow me to file a DV yellow form.
11. They did not order me to the district attorney's office for charges.
12. They did not order Grant to not return to the home that night, which he did.
13. They did not arrest Grant nor seize his weapons.
14. Upon responding to domestic violence case, the officers ignored the law, with no penalties.
15. Under state statute, officers must arrest domestic violence regardless of victim's cooperation. I cooperated though.
16. Officers circumvented the law and put me in jeopardy as Grant did return back to the home, and I had to leave.
17. Grant became even more emboldened by the lack of authority and returned home to fight me once again.
18. After Officers and Sergeant listened to the recording and there is obvious abuse and the likeliness of physical injury was high.
19. It is not discretionary, but again a fail of the leadership of this department, with breach of basic police protocol.
20. It does not matter what I said, there is no excuse for not arresting. We have the police so they can do their job so that the prosecution and do their job, just as they did when the police were called in March. The difference is that Grant was the caller and this time, and I being a female officer was the caller and the double standards are obvious.

No IR# was pulled for my incident, however they did pull one for the allegations against Grant for the battery at Applebee's which was investigated prior to my incident or call for police. They did not arrest Grant for the Battery still allowing him to leave the scene intoxicated. The failure to protect not only me, but my animals as Grant threatened to kill the dogs, as well as protecting him from himself and others as he drove around the city intoxicated. The mental state that Grant was in plus the intoxication, plus the fact that he had a knife was enough. At a minimum, Grant should have been taken to MCMH for observation and then ordered into the District Attorney's office. I explained his mental status.

On top of that when I go to work, I am still assigned to Desk duty, and verbally attacked my Sergeant Adam Riley as he told me "you are skating on thin ice...is there something that we should know?" This is how you treat a victim?

While other male officers have been arrested for Domestic Violence as well as OWI, not one of them is treated as I am. Officer Goggin's was arrested multiple times for Domestic Violence, and his wife had called several times. He was never put on a desk job and made to go through a battery of interviews and medical observations. Officer Fuhrman of district Three, in fact he was given special assignments instead of being punished as I am. Officer Chris McBride received an OWI, never given the mental stigma of being placed on Administrative duty. Officer Robert

Velez involved in several Domestic incidents, Officer Jesus Ortiz was also involved in several domestic incidents. Officer Carlson was arrested for OWI on October 10, 2013 and was back on the street with never having to go to desk duty.

Officer Kathryn Anderer, was beaten by her husband, a MFD paramedic, and when the police arrived they told her to "get her stuff and leave" giving the assignment an advised C10 code. When Officer Anderer went to IAD, she was told "you don't really want to do that…make a complaint and be labeled as such." Officer Anderer was intimidated just as Officer Melanie Beasley was when she went to IAD for help. Officer Beasley was told, "Go home and be a responsible citizen and call the police and then get a restraining order. If you do that, Maybe, maybe we will review it." This was told to her by Sergeant Christopher Schroeder of IAD. Furthermore, when the brother of now promoted Captain Heather Wurth was working at district Three, several people made complaints about his sexual conduct, his harassment which included Officer Kathryn Anderer and many female staff members of Mt Sinai Hospital. Officer Eric Wurth was just banned from the hospital, no charges and no discipline, no desk duty and public humiliation as they do to the females.

Currently Detective Shannon Lewandowski is still without her police powers and she had a mere infraction with a cell phone. There was nothing else done wrong, and most of the District three is aware that this is intimidation of her for assisting Officer Melanie Beasley in her restraining order of another officer, and alerting the chief of imminent problems. Officer Robert Wilkinson who never was put on desk duty, or administratively placed, as he threatened Officer Beasley's life.

These discriminately actions have great impact and substantial adverse impact and consequences on me as an officer and as a female having been treated this way. I feel isolated, excluded, and my self-esteem is terribly damaged. My emotional health is fragile as I am a target of all the gossip and negative interactions with the supervision that has place me in this situation by not doing their job. I get ill at work from the stress and make several time outs and recently been placed on anxiety medications.

I request that an outside agency review my allegations since I have no trust not only in the male members to handle a domestic violence complaint fairly, but Internal Investigations cannot handle since so many members currently have a history of deceit and one-sided disparate treatment. I can be contacted at (414) 704-1404.

Respectfully submitted,

Nancy Nelson

1105