# MPD conducted surveillance on two high-ranking officials to see if they were having affair

Daniel Bice and Mary Spicuzza, Milwaukee     Published 6:00 a.m. CT March 7, 2018 | **Updated 7:31 a.m. CT March 7, 2018**



*(Photo: Michael Sears, Milwaukee Journal Sentinel)*

The Milwaukee Police Department conducted surveillance on a police captain and the head of the civilian Fire and Police Commission last year in an unsuccessful effort to prove the two were in a relationship, according to newly released records.

In a May 2017 memo (https://www.documentcloud.org/documents/4403869-201803061809.html), Sgt. Thomas Hines said he staked out the residence of Capt. Johnny Sgrignuoli and followed the car of MaryNell Regan, executive director of the Fire and Police Commission, as part of what had been an ongoing internal affairs investigation.

Hines said he was acting on information supplied by then-Chief Edward Flynn's office and at the direction of a police lieutenant and captain.

"I did this only for the purpose of confirming that Captain Sgrignuoli was in a relationship with (Regan)," Hines wrote of his surveillance efforts in the three-page memo.

The records were released Tuesday by the Police Department in response to an open records request regarding disciplinary action taken against Sgrignuoli last year. The Journal Sentinel requested the records in early September.

"I'm not authorized to comment," Sgrignuoli told the Journal Sentinel on Tuesday. "Please respect the fact that I can't make any comments. I'm not authorized to."

**RELATED:** Days from retirement, Milwaukee Police Chief Ed Flynn and his boss accuse each other of misconduct (/story/news/crime/2018/02/13/days-retirement-milwaukee-police-chief-ed-flynn-and-his-boss-accuse-each-other-misconduct/332061002/)

Details of the investigation emerged last month after a copy of the internal investigation was leaked to WISN-TV (Channel 12).

At the time, Flynn and Regan exchanged allegations of misconduct. Flynn accused Regan of trying to interfere with the Sgrignuoli investigation, and she, in turn, accused the chief of abusing his police powers.



- - - - - 1 0 3 4

Case 2:16-cv-01089-WED    Filed 06/24/19    Page 1 of 4    Document 91-5

Buy Photo



Milwaukee Police Captain Johnny Sgrignuoli. *(Photo: John Klein, Milwaukee Journal Sentinel)*

But Flynn, who resigned Feb. 16, denied her accusation, saying he did not direct or authorize anyone to do such surveillance.

"The major concern regarding her in this matter was that she might be being stalked," Flynn told the Journal Sentinel last month. "Therefore the nature of her relationship with the subject was relevant, insofar as determining that it was consensual, to allay fears for her safety."

Flynn and Regan could not be reached Tuesday.

Flynn suspended Sgrignuoli for five days after the captain went to City Hall while on duty and in uniform on Jan. 13, 2017, to review surveillance video from the previous evening.

**BY VENUS FASHION**
**Venus Women's Plunging V**

(https://eb2.3lift.com/pass?tl_clickthrough=true&redir=https%3A%2F%2Fcat.va.us.criteo.com%2Fdelivery%2Fckn.php%3Fcppv%3D1%26cpp%3D_-Criteo-_-UN-_-General%2526utm_medium%253Dremarketing%2526utm_source%253Dcriteo%2526utm_campai

See more →

According to a four-page memo by Capt. James Shepard (https://www.documentcloud.org/documents/4403870-201803061809-1.html) detailing the internal investigation, Sgrignuoli offered several explanations for his actions. It appeared, authorities said, that he was looking for a specific vehicle at the city's Market St. parking garage.

Initially, Sgirgnuoli told an inspector that he was helping out a friend with a marital problem.

But in March 2017, Shepard said Sgrignuoli told him that the friend was a doctor who might lose his license if the captain disclosed certain information about him.

The story changed again several months later during a formal interview, during which Sgrignuoli suggested he requested the video so he could spy on a man with whom he believed his wife might be having an affair.

Sgrignuoli was very vague about the man, however, describing him as "a person in our universe." It was also not clear why they would be at the Market St. parking garage, though Sgirgnuoli said he was acting on a "gut instinct."

------ 1 0 3 5

"I thought she was down there to meet the man," Sgrignuoli testified on June 13, 2017, according to a transcript. "I have no idea why."

As for his previous explanations, Sgrignuoli said he was misunderstood when he talked about his friend's marital problems and that he didn't recall mentioning a doctor whose license might be revoked.

In the memo summarizing the investigation, Shepard said Sgrignuoli's statements about his wife were "implausible." Sgrignuoli testified he hadn't been informed she would be in the garage or had a keycard to use it.

"This investigation was unable to determine what exactly Captain Sgrignuoli was looking for on the video and for whom," Shepard wrote, concluding that the veteran official had violated rules on integrity and using a police position for official duties.

### LIKE US ON FACEBOOK: Get the latest Journal Sentinel news in your feed (http://bit.ly/2xfZ9Bv)

Not mentioned in that report is the surveillance conducted of Sgrignuoli and Regan. The Fire and Police Commission, one of the oldest and most powerful oversight boards in the country, is responsible for hiring and firing the MPD chief and handling major disciplinary matters.

As a captain, Sgrignuoli could not appeal his disciplinary action to the commission because the panel can review only suspensions exceeding five days for police officials of his rank.

Hines, the sergeant with internal affairs, said in his report that Flynn's office informed him in March 2017 that retired Capt. Mark Stanmeyer had run into Regan and Sgrignuoli at the Total Wine store in Brookfield.

That tip prompted Hines to review the list of individuals who used the Market St. garage on the evening for which Sgrignuoli sought the surveillance video, he wrote. Records showed Regan entered the garage at 8:33 p.m. and left three minutes later.

"Based on this information, it was believed that Captain Sgrignuoli may have been untruthful during his P1-21 interview and that he was really looking to find MaryNell Regan on the video," Hines wrote.

Flynn's office then alerted Hines that Sgrignuoli had moved to a Wauwatosa apartment, the memo said. A lieutenant even called the phone number for the address and was told Regan was not living there but was a "point of contact."

At Shepard's direction, Hines got a copy of the lease and talked with the onsite manager, who said Regan was neither listed as a resident nor as a personal contact.

Between April 7 and April 20, 2017, the memo said, Hines stopped by Sgirgnuoli's apartment to see if Regan's car was there. It never was.

Also, on April 20, 2017, Hines followed Regan's car from the Market St. parking garage to see if she would drive to Sgrignuoli's apartment. She instead drove home.

Hines' memo makes no mention of concerns that Regan was being stalked, as Flynn had alleged. He included seven pictures — three of Regan and Sgrignuoli at the liquor store and four of the Market St. garage — along with his report.

- - - - - - 1 0 3 6

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

Last month, Flynn also accused Regan of telling him to drop the investigation or he would likely be sued.

Regan has denied that, saying she instead "pointed out deficiencies in the investigation that could lead to a lawsuit."

As executive director of the Fire and Police Commission, Regan runs the day-to-day operations of the board and is a key adviser. Regan, a former assistant city attorney, was appointed to the post by Mayor Tom Barrett and confirmed by the Common Council in 2015.

Although she holds a powerful position, she does not vote on issues before the civilian oversight board, including matters of discipline.

- - - - - - 1 0 3 7