

**Fire and Police Commission**

MaryNell Regan
Executive Director

Steven M. DeVou
Chair

Marisabel Cabrer
Vice-Chair

Kathryn A. Hein
Ann Wilson
Fred Crouther
Angela McKenzie
Nelson Soler
Commissioners

April 22, 2018

Mayor Tom Barrett
200 East Wells, Suite 200
Milwaukee, WI, 53211

Re: Appointment to the Executive Director of the Fire and Police Commission

Dear Mayor Barrett:

Based upon notification from your new Chief of Staff, Paul Vornholt on April 20, 2018, that the Mayor "intends to take the Fire and Police Commission (FPC) in a different direction," I hereby submit my resignation effective the end of the day, Monday, April 23rd.

It has been my honor to serve as a public servant to the residents of the City of Milwaukee for 18 years. The FPC is well-positioned and in the last three years of reporting and recruiting, we have seen incredible changes and an increase in diversity in hiring. I thank both Chiefs Rohlfing and Morales and the dedicated men and women in the protective services.

I am also proud of the FPC's accomplishments in the last three years, especially in removing barriers to employment and the most recent decision to give the residents of the City of Milwaukee the police chief and the department the most qualified candidate. The residents deserve no less. I thank the staff at the FPC for their continuous dedication to doing what is right for the City. It has been a pleasure to serve alongside them all.

Sincerely,

MaryNell Regan
Executive Director

Chief Rohlfing
Chief Morales
Common Council
FPC Commissioners
FPC Staff



EXHIBIT 9
WIT: MaryNell Regan
DATE: 1-17-19
Halma Reporting Group, Inc.

200 East Wells Street, Room 706, Milwaukee, Wisconsin 53202 • Phone (414) 286-5000
Fax (414) 286-5050 • Testing Fax (414) 286-5059
E-mail fpc@milwaukee.gov • www.milwaukee.gov/fpc



MILWAUK

Case 2:16-cv-01089-WED   Filed 06/24/19   Page 1 of 1   Document 91-7