UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHANNON LEWANDOWSKI,

    Plaintiff,

v.      Case No. 16C1089

CITY OF MILWAUKEE,

    Defendant.

## DECLARATION OF ROBIN PEDERSON

I, Robin Pederson, hereby declare as follows:

1. I am employed by the City of Milwaukee in the Office of the City Attorney as an assistant city attorney.

2. I am assigned to the above captioned case to represent the Defendant, City of Milwaukee, and I am the attorney of record.

3. On July 11, 2019, I communicated with the Milwaukee Police Department Internal Affairs Division who verified that they had no record of Shannon Lewandowski ever filing a complaint with them alleging the facts as set forth in ECF Doc. 87 ¶20.

4. Attached hereto as Exhibit 24 is a true and correct copy of a memo drafted by Captain Chad Wagner.

5. Attached hereto as Exhibit 25 is a true and correct copy of the minutes and partial transcript of Milwaukee County Case no. 2015CV488, *Melanie M. Beasley v. Robert S. Wilkinson*, concerning Beasley's application for restraining order.

6. Attached hereto as Exhibit 26 is a true and correct copy of a notice of charges and specifications issues to Lewandowski on April 15, 2015.

7. Attached hereto as Exhibit 27 is a true and correct copy of the charge and specifications, and decision of discipline against Lewandowski in IAS #15-0026.

8. Attached hereto as Exhibit 28 is a true and correct copy of Personnel Order 2015-56 regarding personnel reassignments in MPD dated June 2, 2015.

9. Attached hereto as Exhibit 29 is a true and correct copy of Lewandowski's paid time off calendar for 2015.

10. Attached hereto as Exhibit 30 is a true and correct copy of Personnel Order 2019-21, regarding a modification of prior discipline.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2019.

s/ ROBIN PEDERSON