Form PM-9E
11/09

# MILWAUKEE POLICE DEPARTMENT
## MEMORANDUM

Date: Thursday, May 17, 2012

TO: Inspector Kurt Leibold

FR: Captain Chad Wagner

RE: Argument Between Detectives Shannon Lewandowski and Robert St. Onge

---

This report is being submitted by Captain Chad Wagner assigned to the Central Investigations Division.

On Thursday, May, 17, 2012 at approximately 10:30AM I was in the C.I.B. assembly when I overheard an argument occuring between Det.'s Shannon Lewandowski and Robert St. Onge who were both seated at computers at the West end of the assembly room. They were loudly arguing over a chair. I didn't hear either detective use profanity or threaten each other

Lt. Ray Richards, Det.'s Tracy Becker, Brian Hardrath, Andre Matthews, Rudy Gudgeon, Troy Jankowski, and P.O. Dan Davis were present in the assembly during the argument.

I instructed Det.'s Lewandowski and St. Onge to meet with me in N.I.D.'s briefing room.

Det. Lewandowski explained that Det. St. Onge had taken the chair from the computer she had been working at before she came to C.I.D.'s briefing table at the East end of the assembly. Det. Lewandowski had met with myself and Det.'s Matthews and Jankowski to update us on an investigation regarding a man that had been severly beaten and was in critical condition.

Det. St. Onge explained that he moved a chair over to a computer that he was going to use because it was one of the better chairs and he didn't think anyone was using it because it had been empty for approximately half an hour.

I reminded both detectives of the importance of conducting themselves professionally and suggested that they work on computers that were in seprate areas of the C.I.B. Both Det's Lewandowski and St. Onge agreed that the argument was over.

Both Det.'s Lewandowski and St. Onge sat back down at the computers they had been working on. Within a few seconds I heard Det.'s Lewandowski and St. Onge start to argue again and began walking towards them. I didn't hear the content of the argument. They became quite when they saw me approaching them. I instructed Det. Lewandowski to log off the computer

Ex. 24

LW-MPD 001363

and move to a computer on the 3rd floor. Det. Lewandowski logged off the computer and secured from her shift.

Respectfully submitted,

*Chad Wagner*

Captain Chad Wagner, 000912
Central Investigations Division