# Wisconsin Circuit Court Access (WCCA)

## Melanie M Beasley vs. Robert S Wilkinson

## Milwaukee County Case Number 2015CV000488

### Court Record Events

| | Date | Event | Court Official | Court Reporter |
|---|---|---|---|---|
| 1 | 01-15-2015 | Temporary restraining order | Conen-30, Jeffrey A. | |
| 2 | 01-15-2015 | Petition for TRO/injunction | | |
| 3 | 01-26-2015 | Petitioners statement of resp possession firearms | TRO Court | |

**Additional Text:**

filed. Yes, I believe the respondent currently, or within the past six months, owned or possessed firearm. .40 caliber smith and wesson (1); ruger lcp .380 (1); rifles, shotgun

| | | | | |
|---|---|---|---|---|
| 4 | 01-26-2015 | Injunction hearing | Rustad, Janice M. | Digital Recording |

**Additional Text:**

Petitioner appears in court with attorney Jamie Lavora. Respondent appears in court with attorney Dan Sanders. Hearing for Injunction proceeded. Sworn: Petitioner and Respondent. Examined and cross-examined: Petitioner 10:58 Break 11:12 Recall Case Same Appearances Continued cross-examination of petitioner. Redirect. Recross. Exhibits moved into evidence. 11:53 case adjourned to 1:15pm. 1:25 Recall Case Same Appearances. Redirect/Recross of petitioner. Exhibits moved into evidence. Sworn for petitioner: Shannon Lewandowski 2:35 take a break. 3:11 Recall Case Same Appearances. Petitioner rest. Sworn for respondent: Christine Wilkinson. Exhibit moved into evidence. Respondent examined. The time for hearing on an Injunction is extended and rescheduled for MARCH 23, 2015 at 2:15PM, ROOM 712, COURTHOUSE. If a temporary restraining order has been issued, it remains in effect until the injunction hearing is held. Parties given copies of Order. Filed, signed Order Extending Time for Hearing. 4:18 pm hearing concluded.

| | | | | |
|---|---|---|---|---|
| 5 | 03-09-2015 | Transcript | | |

**Additional Text:**

from Injunction Hearing on 1/26/15 (173 pages), filed.

| | | | | |
|---|---|---|---|---|
| 6 | 03-23-2015 | Stipulation and Order | Conen-30, Jeffrey A. | |

**Additional Text:**

for Substitution of Counsel, signed and filed.

| | | | | |
|---|---|---|---|---|
| 7 | 03-23-2015 | Injunction hearing | Rustad, Janice M. | Digital Recording |

**Additional Text:**

Petitioner appears in court with attorney Richard J. Smith. Respondent appears in court with attorney Dan Sanders. Hearing for injunction proceeded. Sworn and examined: Respondent Petitioner through counsel introduce photograph. Sworn for rebuttal: Petitioner Closing

Ex. 25

argument. The petitioner failed to meet the burden of proof. Harassment: 813.125 and 48.25(6), Wis. Stats. Domestic abuse: 813.12, Wis. Stats. Filed, signed Order Dismissing/Denying Petition for Injunction.

| | | | |
|---|---|---|---|
| 8 | 03-23-2015 | Injunction denied | Rustad, Janice M. |

**Event Party**

Wilkinson, Robert S

| | | | |
|---|---|---|---|
| 9 | 03-23-2015 | Dismissed | Conen-30, Jeffrey A. |

| | | |
|---|---|---|
| 10 | 04-13-2015 | Transcript |

**Additional Text:**

of Injunction Hearing on March 23, 2015 (84 pages), filed.

| | | |
|---|---|---|
| 11 | 05-13-2015 | Petition |

**Additional Text:**

Affidavit and Proposed Order Concerning Removal of Address Information from Online Records, received. Forwarded to the Court for review/signature

| | | | |
|---|---|---|---|
| 12 | 06-09-2015 | Order | Conen-30, Jeffrey A. |

**Additional Text:**

Petition, Affidavit and Order Concerning Removal of Address Information from Online Records, signed and filed.

| | | | |
|---|---|---|---|
| 13 | 06-09-2015 | Order to seal party address | Conen-30, Jeffrey A. |

**Event Party**

Wilkinson, Robert S

story about the forcible sex on November 10th of 2014.

It was not even remotely hinted at by her on January 26th. It comes out for the first time today in Attorney Smith's cross-examination of my client, who denied it; and then he put her on in rebuttal to then say the dirty deed that he had done this -- this horrible thing to her on November 10th of 2014; and it comes to light for the first time in this courtroom 15 minutes ago.

This is ludicrous. There's no reasonable grounds to grant this injunction.

THE COURT: I've heard hours and hours of testimony. Ms. Beasley was not rushed. We spent most of the -- what, from 10:15 until noon and most of the afternoon.

Mr. Wilkinson didn't even get a chance to testify until probably, what, about 20 minutes toward the end of the day.

We heard from Detective Lewandowski. We heard from Mrs. Wilkinson for probably an hour.

The rest of that was Ms. Beasley's testimony.

I've looked -- I've listened to all of that and everything I've heard today. I've reviewed all the documents that were in the file, and a lot of that is these text messages that were past due last time.

Some of them were on camera, were like screen
shots.  Others were things that were printed off.
                A lot of things that were said were taken out of
context.  Things that said in the testimony were taken out
of context.
                And then when I got the complete text messages,
the more context -- this was a tawdry affair.  No question
about it.  Nobody here is blameless in that regard.
                But having a tawdry affair is not harassment.
I've listened to the testimony.  As I said, a lot of
these -- this testimony about these text messages when
you've got the whole context of the text messages, there's
a complete over glowing of what it was about.
                I think the move today to go through those two
events again where we had quite a bit of detail last time
and for the first time drop a couple of bombshells is not
credible.
                The testimony was already shaky last time.  Today
it's completely incredible.
                I do not -- I do not condone their behavior, not
by a long shot; but it is not harassing.
                And the petition for the harassment injunction is
denied.
                Case is dismissed.  Temporary restraining order's
are lifted.

```
 1              ATTORNEY SANDERS:  Thank you, Your Honor.
 2              THE COURT:  Mr. Wilkinson will take a seat in the
 3    green chairs so he can get a copy of the dismissal.
 4              Ms. Beasley will have a seat in the gold chairs
 5    so she can get a copy of the dismissal.
 6              (Whereupon proceedings were concluded at
 7    3:58 p.m.)
 8
 9                              * * * *
10
11    STATE OF WISCONSIN)
                        )   SS:
12    MILWAUKEE COUNTY  )
13
14
15
16              I, FRANCINE L. O'CLAIRE, an official court
17    reporter in and for the Circuit Court of Milwaukee County,
18    do hereby certify that I have carefully transcribed from
19    and compared the foregoing pages with the original
20    electronic recording from said proceeding and that this
21    transcript is true and correct to the best of my ability.
22
23
24
25              Dated at Milwaukee, Wisconsin, this 6th day
```