

**Milwaukee Police Department**
Police Administration Building
749 West State Street
Milwaukee, Wisconsin 53233
http://www.milwaukee.gov/police

**Edward A. Flynn**
Chief of Police

(414) 933-4444

April 15, 2015

Shannon Lewandowski
Detective
P.S. #012860

Detective Lewandowski:

     There is reason to believe that you have violated the department Code of Conduct, including but not limited to the following Core Value, which is detailed in the enclosed copy of Charges and Specifications:

     Core Value 3.00 - Integrity, referencing Guiding Principle 3.01

     Included with this letter is a summary of the investigation. If you wish to do so, you are hereby afforded the opportunity to respond in writing to the information contained in the summary of the investigation. Your department Memo (PM-9E) may include the following:

    a.)    A written statement of your side of the story including the names, addresses and phone numbers of additional witnesses you wish the department investigators to interview, specifying the nature of the information possessed by the additional witnesses.

    b.)    Any mitigating factors or circumstances you may wish the Chief to consider in determining a possible penalty.

     You have the right to consult with your union representative in the preparation of your written response. The Chief of Police will carefully consider the contents of your department Memo (PM-9E) before making any decision on your guilt or innocence. Similarly, he will weigh any mitigating circumstances against the nature and seriousness of the charges before deciding upon any possible penalty. If you choose not to take this opportunity, the Chief will be compelled to base his disciplinary decisions solely upon the information possessed by the department.

     Your department Memo (PM-9E) must be received in the Office of the Internal Affairs Division no later than 4:00 P.M. on or before the seventh (7th) day following the date you received this notice. If the seventh (7th) day falls on a Saturday, a Sunday, or a

Ex. 26

LEW-MPD 000572

holiday, your department Memo (PM-9E) may be received on the next regular business day.

If you have any questions regarding this matter, please contact the Internal Affairs Division at 935-7942.

Sincerely,

EDWARD A. FLYNN
CHIEF OF POLICE

Michael J. BRUNSON
Deputy Inspector of Police
Internal Affairs Division

EAF:MJB:rls

Enclosures (2)

# MILWAUKEE POLICE DEPARTMENT

## CHARGES

April 15, 2015

AGAINST ........ SHANNON LEWANDOWSKI ........

RANK — POSITION: DETECTIVE

P.S. #012860, I.A.S. #15-0026

*(PAGE 1 OF 2)*

*Violation of Department Core Values as follows:*

### CHARGE

#### CORE VALUE 3.00 – INTEGRITY

We recognize the complexity of police work and exercise discretion in ways that are beyond reproach and worthy of public trust. Honesty and truthfulness are fundamental elements of integrity. It is our duty to earn public trust through consistent words and actions. We are honest in word and deed.

#### REFERENCING: GUIDING PRINCIPLE 3.01

Our behavior shall inspire and sustain the confidence of our community. Whether on or off duty, department members shall not behave in such a way that a reasonable person would expect that discredit could be brought upon the department, or that it would create the appearance of impropriety or corruptive behavior.

### SPECIFICATION

#### CORE VALUE 3.00 – INTEGRITY
#### REFERENCING GUIDING PRINCIPLE 3.01:

On January 23, 2015, while off-duty and not having been subpoenaed, Detective Shannon LEWANDOWSKI appeared at Milwaukee County Children's Court to witness a "waiver hearing" for Mr. Nathan KING. The proceedings were presided by the Honorable David SWANSON. During the proceedings, Judge SWANSON was alerted by a court deputy that Detective LEWANDOWSKI recorded portions of the hearing, contrary to court rules. Detective LEWANDOWSKI was instructed to stop her recordings, and the interaction between the court deputy and Detective LEWANDOWSKI interrupted the proceedings, causing Judge SWANSON to intervene.

Judge SWANSON indicated that Detective LEWANDOWSKI, when questioned about her recording, reported being a "back-up" to a court authorized documentarian, who denied knowing Detective LEWANDOWSKI or having her as an assistant. Judge SWANSON then indicated he instructed Detective LEWANDOWSKI to leave the court, but he did not hold her in contempt of court as a courtesy to a law enforcement officer.

Respectfully submitted,

_D.I. Michael J. Brunson_ _____ Commanding Officer, Internal Affairs Division

Michael J. BRUNSON, Deputy Inspector of Police

# MILWAUKEE POLICE DEPARTMENT

# CHARGES

April 15, 2015

AGAINST .................... SHANNON LEWANDOWSKI ....................

RANK — POSITION } .... DETECTIVE ....................

(PAGE 2 OF 2)

P.S. #012860; I.A.S. #15-0026

---

*Violation of Department Core Values as follows:*

### SPECIFICATION (Continued)

### CORE VALUE 3.00 – INTEGRITY
### REFERENCING GUIDING PRINCIPLE 3.01:

During a PI-21 interview, Detective LEWANDOWSKI confirmed her off-duty presence at the waiver hearing. Regarding the proceedings on January 23, 2015, Detective LEWANDOWSKI indicated she was invited by a victim, Mr. Claudaire MOTLEY, because it was a public hearing and she wanted to be present to support him. Detective LEWANDOWSKI stated she recorded only one or two verbal conversations before she was approached by a deputy and asked to stop recording. Detective LEWANDOWSKI indicated the deputy attempted to take her phone, but she refused to give it to her. Detective LEWANDOWSKI stated she was very cooperative and deleted the recordings as she was instructed. Detective LEWANDOWSKI stated she did not see the prohibitive sign prior to entering the court room, but she is aware that cell phones must be turned off inside of a court room.

Detective Shannon LEWANDOWSKI, while off-duty, behaved in such a way as to bring discredit to the department and failed to abide by Milwaukee County Circuit Court Rules regarding electronic devices.

*Respectfully submitted,*

_____          Commanding Officer, Internal Affairs Division

Michael J. BRUNSON, Deputy Inspector of Police