

**BE A FORCE**

Milwaukee Police Department
Police Administration Building
749 West State Street
Milwaukee, Wisconsin 53233
http://www.milwaukee.gov/police

Edward A. Flynn
Chief of Police

(414) 933-4444

PERSONNEL ORDER 2015 - 53

May 21, 2015

RE: DISCIPLINARY ACTION

DETECTIVE SHANNON LEWANDOWSKI, (012860), Central Investigations Division, charged with violation of department Core Values as follows:

Core Value 3.00– Integrity, referencing Guiding Principle 3.01: Behaving in such a way that created the appearance of impropriety.

The charge having been substantiated, she is found guilty as charged and the penalty adjudged appropriate by the Chief of Police is as follows:

| | |
|---|---|
| Behaving in such a way that created the appearance of impropriety. | Official Reprimand. |

It is hereby ordered that DETECTIVE SHANNON LEWANDOWSKI receive an Official Reprimand.

EDWARD A. FLYNN
CHIEF OF POLICE

EAF:rls
(15-0026)

Ex. 27

# MILWAUKEE POLICE DEPARTMENT

## CHARGES

April 15, 2015

AGAINST .................... SHANNON LEWANDOWSKI ....................

RANK — POSITION } DETECTIVE

P.S. #012860, I.A.S. #15-0026

(PAGE 1 OF 2)

---

*Violation of Department Core Values as follows:*

### CHARGE

**CORE VALUE 3.00 – INTEGRITY**

*We recognize the complexity of police work and exercise discretion in ways that are beyond reproach and worthy of public trust. Honesty and truthfulness are fundamental elements of integrity. It is our duty to earn public trust through consistent words and actions. We are honest in word and deed.*

**REFERENCING: GUIDING PRINCIPLE 3.01**

*Our behavior shall inspire and sustain the confidence of our community. Whether on or off duty, department members shall not behave in such a way that a reasonable person would expect that discredit could be brought upon the department, or that it would create the appearance of impropriety or corruptive behavior.*

### SPECIFICATION

**CORE VALUE 3.00 – INTEGRITY**
**REFERENCING GUIDING PRINCIPLE 3.01:**

On January 23, 2015, while off-duty and not having been subpoenaed, Detective Shannon LEWANDOWSKI appeared at Milwaukee County Children's Court to witness a "waiver hearing" for Mr. Nathan KING. The proceedings were presided by the Honorable David SWANSON. During the proceedings, Judge SWANSON was alerted by a court deputy that Detective LEWANDOWSKI recorded portions of the hearing, contrary to court rules. Detective LEWANDOWSKI was instructed to stop her recordings, and the interaction between the court deputy and Detective LEWANDOWSKI interrupted the proceedings, causing Judge SWANSON to intervene.

Judge SWANSON indicated that Detective LEWANDOWSKI, when questioned about her recording, reported being a "back-up" to a court authorized documentarian, who denied knowing Detective LEWANDOWSKI or having her as an assistant. Judge SWANSON then indicated he instructed Detective LEWANDOWSKI to leave the court, but he did not hold her in contempt of court as a courtesy to a law enforcement officer.

Respectfully submitted,

_D.C. Michael J. Brunson_ _____ Commanding Officer, Internal Affairs Division

Michael J. BRUNSON, Deputy Inspector of Police

LEW-MPD 000433

## WITNESSES

## JUDGMENT—ORDER

Dated _____

_____
Chief of Police

LEW-MPD 000434

# MILWAUKEE POLICE DEPARTMENT

## CHARGES

*April 15, 2015*

AGAINST ................ *SHANNON LEWANDOWSKI* ................

RANK — *DETECTIVE*
POSITION

P.S. #012860, I.A.S. #15-0026

**(PAGE 2 OF 2)**

*Violation of Department Core Values as follows:*

### SPECIFICATION (Continued)

### CORE VALUE 3.00 – INTEGRITY
### REFERENCING GUIDING PRINCIPLE 3.01:

During a PI-21 interview, Detective LEWANDOWSKI confirmed her off-duty presence at the waiver hearing. Regarding the proceedings on January 23, 2015, Detective LEWANDOWSKI indicated she was invited by a victim, Mr. Claudaire MOTLEY, because it was a public hearing and she wanted to be present to support him. Detective LEWANDOWSKI stated she recorded only one or two verbal conversations before she was approached by a deputy and asked to stop recording. Detective LEWANDOWSKI indicated the deputy attempted to take her phone, but she refused to give it to her. Detective LEWANDOWSKI stated she was very cooperative and deleted the recordings as she was instructed. Detective LEWANDOWSKI stated she did not see the prohibitive sign prior to entering the court room, but she is aware that cell phones must be turned off inside of a court room.

Detective Shannon LEWANDOWSKI, while off-duty, behaved in such a way as to bring discredit to the department and failed to abide by Milwaukee County Circuit Court Rules regarding electronic devices.

*Respectfully submitted,*

_____ Commanding Officer, Internal Affairs Division
*Michael J. BRUNSON, Deputy Inspector of Police*

## WITNESSES
SERGEANT THOMAS HINES

## JUDGMENT—ORDER

DATE: 19 MAY 2015

**I HAVE REVIEWED THE CHARGE CONTAINED HEREIN AND ORDER**

OFFICIAL REPRIMAND.

I.A.D. FILE NO. 15-0026
ORDER NO. 2015-53
ORDER DATE 05-21-15

Dated 05/19/15

_____
Chief of Police

MPD 000436