

**BE A FORCE**

Milwaukee Police Department
Police Administration Building
749 West State Street
Milwaukee, Wisconsin 53233
http://www.milwaukee.gov/police

Edward A. Flynn
Chief of Police

(414) 935-7200

PERSONNEL ORDER 2015 - 56

June 2, 2015

RE: PERSONNEL – ASSIGNMENT & TRANSFER OF

The following transfers and assignments shall be made effective SUNDAY, JUNE 7, 2015:

| | FROM | TO |
|---|---|---|
| SGT THOMAS M. LIESKE (013216) | No. 3, Nights | No. 4, Nights |
| SGT AMY C. RIVERA (017477) | No. 4, Nights | No. 3, Nights |
| DET LUKE D. ARDIS (009152) | Central Investigations Division, Nights | North Investigations Division, Nights |
| DET NATHAN A. BUTZ (018527) | South Investigations Division, Nights | North Investigations Division, Nights |
| DET MARLON E. DAVIS (008171) | Metropolitan Investigations Division, Nights | North Investigations Division, Nights |
| DET OCTAVIO DELGADO (003325) | South Investigations Division, Days | North Investigations Division, Days |
| DET JASON J. ENK (015473) | South Investigations Division, Nights | Metropolitan Investigations Division, Nights |
| DET MATTHEW M. GADZALINSKI (017783) | Central Investigations Division, Nights | Metropolitan Investigations Division, Nights |
| DET MATTHEW A. GOLDBERG (009043) | Metropolitan Investigations Division, Nights | South Investigations Division, Nights |
| DET RUDY A. GUDGEON (007341) | South Investigations Division, Days | Central Investigations Division, Days |
| DET JAMES A. HENNER (011125) | Central Investigations Division, Nights | North Investigations Division, Nights |
| DET JOHN H. IVY (016403) | North Investigations Division, Nights | Narcotics Division, Nights |
| DET TIMOTHY J. KELLER (015096) | South Investigations Division, Nights | Metropolitan Investigations Division, Nights |
| DET SCOTT G. LACKOVIC (015116) | Central Investigations Division, Nights | North Investigations Division, Nights |
| DET SHANNON LEWANDOWSKI (012860) | Central Investigations Division, Nights | Intelligence Fusion Center, Nights |
| DET ANDRE L. MATTHEWS (006723) | Central Investigations Division, Days | North Investigations Division, Days |
| DET DAVID J. METZ (008511) | South Investigations Division, Nights | Intelligence Fusion Center, Nights |
| DET MICHAEL SARENAC (008025) | Metropolitan Investigations Division, Nights | Metropolitan Investigations Division, Days |
| DET ELZABETH STEWART (010038) | South Investigations Division, Nights | North Investigations Division, Nights |

IN SOME JOBS, SUCCESS IS MEASURED BY WHAT DOESN'T HAPPEN.

Ex. 28

| Name | From | To |
|---|---|---|
| DET CHAD D. VARTANIAN (018031) | Central Investigations Division, Nights | North Investigations Division, Nights |
| DET MITCHELL G. WARD (007360) | Central Investigations Division, Nights | North Investigations Division, Nights |
| DET KENYATTE R. WOODEN (011351) | Central Investigations Division, Nights | North Investigations Division, Nights |
| DET RICHARD J. WROBLEWSKI (006473) | Central Investigations Division, Days | North Investigations Division, Days |
| PO KIMBERLY N. ANDERSON (014710) | No. 4, Nights | Sensitive Crimes Division, Nights, (Temp) |
| PO THOMAS A. BALISTRERI (007821) | No. 1, Days | Sensitive Crimes Division, Days, (Temp) |
| PO JOSHUA A. BROWN (016398) | No. 4, Nights | Technical Communications Division, (Police Differential Response Unit), Nights |
| PO CARRIE L. FINLEY (009038) | No. 7, Days | Sensitive Crimes Division, Days, (Temp) |
| PO HECTOR PAGAN (018017) | No. 3, Nights | Sensitive Crimes Division, Nights, (Temp) |
| PO JEFFREY S. MAIO (007112) | No. 6, Days | Sensitive Crimes Division, Days, (Temp) |
| PO DANA M. REBRO (022635) | No. 5, Nights | Sensitive Crimes Division, Nights, (Temp) |
| PO LISA M. SAFFOLD (015264) | No. 7, Nights | Sensitive Crimes Division, Nights |
| PO DAVID A. WALISZEWSKI (015966) | No. 2, Nights | Sensitive Crimes Division, Nights, (Temp) |
| OAIII JAMES W. KIRSCHLING (016167) | Human Resources Division, (Medical Section), Days | Technical Communications, Division, Days |

---

The following transfers and assignments shall be made retroactive to SUNDAY, MAY 24, 2015:

| | FROM | TO |
|---|---|---|
| PO AARON V. FRANTAL (021481) | Neighborhood Task Force, (Street Crimes Unit), Nights | No. 2, Nights |
| PO KEVIN D. TIPTON (019248) | No. 2, Nights | Neighborhood Task Force, (Street Crimes Unit), Nights |

---

The following transfer and assignment shall be made retroactive SUNDAY, MAY, 10, 2015:

| | FROM | TO |
|---|---|---|
| PO NICOLE M. GENGLER (016249) | Police Academy, Nights, (Temp) | No. 1, (Marine Operations Unit), Nights |

MARSHA Y. SHAW, (025911), newly appointed to the position of OFFICE ASSISTANT I, is assigned to No. 2, Nights, made retroactive to TUESDAY, MAY 26, 2015.

EDWARD A. FLYNN
CHIEF OF POLICE

EDITH L. HUDSON
ASSISTANT CHIEF OF POLICE

EAF:ELH:sp