

# Absence Calendar

## ALL paid time off for LEWANDOWSKI,SHANNON

☑ January  ☑ 2015                    Nov. 9, 2015

**Crew**
331 58

**Employee**
LEWANDOWSKI,SHANNON

**Earn code**
ALL PAID OFF TIME

Show Calendar

Print Calendar

Current PP / Year
24 2015

Change Eff. Date

Clear Calendar

Exit Calendar

Vacation    Sick Leave
Holiday     Comp Time
Injury Pay   All Others

Summarize

Case 2:16-cv-01089-WED   Filed 07/12/19   Page 1 of 1   Document 96-6

Ex.  29