

**Milwaukee Police Department**
Police Administration Building
749 West State Street
Milwaukee, Wisconsin 53233
http://www.milwaukee.gov/police

**Alfonso Morales**
Chief of Police

(414) 933-4444

# PERSONNEL ORDER 2019 – 21

January 31, 2019

RE:   MODIFICATION OF DISCIPLINARY ACTION

CAPTAIN OF POLICE JOHNNY C. SGRIGNUOLI (008383), Criminal Investigation Bureau {HIDTA}, was suspended for two (2) working days without pay for violation of the Department Code of Conduct, Core Value 1.00 – Competence, Guiding Principle 1.03 as follows: Failing to use time to accomplish the mission of the department and suspended for three (3) working days without pay for violation of the Department Code of Conduct, Core Value 3.00 – Integrity; Guiding Principle 3.06 as follows: Use of official position to unnecessarily interfere in the personal business of another. (Personnel Order 2017-89, promulgated August 16, 2017.) The Chief has decided to reduce the discipline imposed.

Accordingly, pursuant to Personnel Order 2017-89, the Chief has decided that the two (2) day suspension without pay and the corresponding charge shall be rescinded, and the three (3) day suspension shall be reduced to an Official Reprimand. It is further ordered that CAPTAIN OF POLICE JOHNNY C. SGRIGNUOLI be made whole for the five (5) days pay and benefits, computed on the basis of his pay in effect at the time the suspension was imposed.

ALFONSO MORALES
CHIEF OF POLICE

AM:map
(17-0015)