# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

SHANNON LEWANDOWSKI,
    Plaintiff,

  v.          Case No. 16-CV-1089

CITY OF MILWAUKEE,
    Defendant.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

  **IT IS THEREFORE ORDERED** that the City of Milwaukee's Motion for Summary Judgment (ECF No. 76) is **GRANTED**. Shannon Lewandowski's amended complaint and this action are dismissed with prejudice.

Date: September 13, 2019.

         Stephen C. Dries, Clerk of Court
         EASTERN DISTRICT OF WISCONSIN
         (By) Deputy Clerk, s/Mary Murawski
         Approved this 13th day of September, 2019.

         _____
         WILLIAM E. DUFFIN
         United States Magistrate Judge