UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

SHANNON LEWANDOWSKI

    Plaintiff-Appellant,

 v.             Case No: 16-CV-1089

CITY OF MILWAUKEE      Magistrate Judge William E. Duffin, presiding

    Defendant-Appellee.

---

## NOTICE OF APPEAL

---

  Notice is hereby given that Plaintiff-Appellant in this case, Shannon Lewandowski, by her counsel Heins Employment Law Practice LLC, by Attorney Janet L. Heins, hereby appeals to the United States Court of Appeals for the Seventh Circuit from all aspects of the final Judgment entered in this action on September 13, 2019, granting the Defendant City of Milwaukee's Motion for Summary Judgment and any award of costs to Defendant.

  Dated this 10th day of October, 2019.

              HEINS EMPLOYMENT LAW PRACTICE LLC
              Counsel for the Plaintiff-Appellant

              *s/ Janet L. Heins* .
              Janet L. Heins, State Bar No. 1000677

HEINS EMPLOYMENT LAW PRACTICE LLC
200 South Executive Drive, Suite 101
Brookfield, WI 53005
(262) 241-8444 voice
e-mail: jheins@heinslawoffice.com